**Lifecore Biomedical, Inc. (LFCR)**  **David Carew**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 6/1/2023 | 10 | $8.6600 |
| Purchase/Acquisition | 6/1/2023 | 30 | $8.6600 |
| Purchase/Acquisition | 6/1/2023 | 100 | $8.6600 |
| Purchase/Acquisition | 6/1/2023 | 10 | $8.6600 |
| Purchase/Acquisition | 6/1/2023 | 40 | $8.6600 |
| Purchase/Acquisition | 6/1/2023 | 20 | $8.6600 |
| Purchase/Acquisition | 6/1/2023 | 1,400 | $8.6800 |
| Purchase/Acquisition | 6/1/2023 | 100 | $8.6600 |
| Purchase/Acquisition | 6/1/2023 | 100 | $8.6700 |
| Purchase/Acquisition | 6/1/2023 | 163 | $8.6700 |
| Purchase/Acquisition | 6/1/2023 | 5 | $8.6800 |
| Purchase/Acquisition | 6/1/2023 | 100 | $8.6700 |
| Purchase/Acquisition | 6/1/2023 | 300 | $8.6800 |
| Purchase/Acquisition | 6/1/2023 | 100 | $8.6800 |
| Purchase/Acquisition | 6/1/2023 | 22 | $8.6800 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 25 | $8.9500 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 25 | $8.9500 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 12 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 3 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 12 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 51 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9500 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 25 | $8.9500 |
| Purchase/Acquisition | 6/23/2023 | 339 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 97 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 8 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 14 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 54 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 15 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 8 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 3 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 50 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 200 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 99 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 25 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 1 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 99 | $8.9800 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 54 | $8.9700 |

**Lifecore Biomedical, Inc. (LFCR)**  **David Carew**

List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9800 |
| Purchase/Acquisition | 6/23/2023 | 75 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 2 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9800 |
| Purchase/Acquisition | 6/23/2023 | 50 | $8.9600 |
| Purchase/Acquisition | 6/23/2023 | 4 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 164 | $8.9800 |
| Purchase/Acquisition | 6/23/2023 | 1 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 200 | $8.9800 |
| Purchase/Acquisition | 6/23/2023 | 175 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 200 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 200 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 300 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 200 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 3 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9800 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 82 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 25 | $8.9700 |
| Purchase/Acquisition | 6/23/2023 | 100 | $8.9800 |
| Purchase/Acquisition | 7/7/2023 | 200 | $9.5800 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.5900 |
| Purchase/Acquisition | 7/7/2023 | 2 | $9.5900 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.5800 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.5900 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.5800 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.5900 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.5900 |
| Purchase/Acquisition | 7/7/2023 | 800 | $9.5900 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.5800 |
| Purchase/Acquisition | 7/7/2023 | 300 | $9.5800 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.6000 |
| Purchase/Acquisition | 7/7/2023 | 200 | $9.6000 |
| Purchase/Acquisition | 7/7/2023 | 900 | $9.6000 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.6000 |
| Purchase/Acquisition | 7/7/2023 | 200 | $9.6600 |
| Purchase/Acquisition | 7/7/2023 | 700 | $9.6600 |
| Purchase/Acquisition | 7/7/2023 | 225 | $9.6600 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.7000 |
| Purchase/Acquisition | 7/7/2023 | 200 | $9.7000 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.7300 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.7400 |
| Purchase/Acquisition | 7/7/2023 | 200 | $9.7400 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.7400 |
| Purchase/Acquisition | 7/7/2023 | 1,300 | $9.7300 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.7300 |
| Purchase/Acquisition | 7/7/2023 | 800 | $9.7680 |

**Lifecore Biomedical, Inc. (LFCR)**  **David Carew**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 7/7/2023 | 173 | $9.7690 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.7700 |
| Purchase/Acquisition | 7/7/2023 | 225 | $9.7700 |
| Purchase/Acquisition | 7/7/2023 | 600 | $9.7700 |
| Purchase/Acquisition | 7/7/2023 | 600 | $9.7700 |
| Purchase/Acquisition | 7/7/2023 | 200 | $9.7700 |
| Purchase/Acquisition | 7/7/2023 | 100 | $9.7700 |
| Purchase/Acquisition | 7/7/2023 | 475 | $9.7900 |
| Purchase/Acquisition | 7/18/2023 | 900 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 719 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 1,100 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 29 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 3,355 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 162 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 29 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 24 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 313 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 135 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 250 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 900 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 162 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 153 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 24 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 162 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 48 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 58 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 48 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 81 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 29 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 24 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 99 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 1,196 | $10.3100 |
| Purchase/Acquisition | 7/18/2023 | 1,116 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 1,300 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 16 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 20 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 3 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 32 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 20 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 121 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 100 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 700 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 32 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 20 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 11 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 100 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 470 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 79 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 61 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 2,000 | $10.3400 |

**Lifecore Biomedical, Inc. (LFCR)**                                              **David Carew**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 7/18/2023 | 2,000 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 11 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 800 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 1,098 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 244 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 31 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 61 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 61 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 434 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 98 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 61 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 16 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 686 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 61 | $10.3400 |
| Purchase/Acquisition | 7/18/2023 | 4,253 | $10.3400 |
| Sale | 6/7/2023 | (34) | $8.2000 |
| Sale | 6/7/2023 | (100) | $8.1900 |
| Sale | 6/7/2023 | (33) | $8.1900 |
| Sale | 6/7/2023 | (6) | $8.1800 |
| Sale | 6/7/2023 | (33) | $8.2000 |
| Sale | 6/7/2023 | (200) | $8.1800 |
| Sale | 6/7/2023 | (100) | $8.1900 |
| Sale | 6/7/2023 | (100) | $8.1900 |
| Sale | 6/7/2023 | (100) | $8.1800 |
| Sale | 6/7/2023 | (100) | $8.2100 |
| Sale | 6/7/2023 | (200) | $8.1800 |
| Sale | 6/7/2023 | (100) | $8.1800 |
| Sale | 6/7/2023 | (100) | $8.1270 |
| Sale | 6/7/2023 | (200) | $8.1200 |
| Sale | 6/7/2023 | (100) | $8.1300 |
| Sale | 6/7/2023 | (100) | $8.1200 |
| Sale | 6/7/2023 | (894) | $8.1220 |
| Sale | 7/6/2023 | (100) | $9.1200 |
| Sale | 7/6/2023 | (500) | $9.1200 |
| Sale | 7/6/2023 | (200) | $9.1220 |
| Sale | 7/6/2023 | (995) | $9.1100 |
| Sale | 7/6/2023 | (100) | $9.1200 |
| Sale | 7/6/2023 | (2,000) | $9.1290 |
| Sale | 7/6/2023 | (600) | $9.1200 |
| Sale | 7/6/2023 | (100) | $9.1200 |
| Sale | 7/6/2023 | (300) | $9.1210 |
| Sale | 7/6/2023 | (5) | $9.1200 |
| Sale | 7/6/2023 | (100) | $9.1200 |