UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Carew, Individually and on Behalf
of All Others Similarly Situated,

          Plaintiff,

vs.

Lifecore Biomedical, Inc., Albert D.
Bolles, James G. Hall, Brian McLaughlin,
and John Morberg,

          Defendants.

Civil File No. 0:24-cv-03028
(JWB/JFD)

**ORDER GRANTING JOINT
STIPULATION**

This matter comes before the Court on the parties' Joint Stipulation (the "Stipulation") (Dkt. No. 9). The Court finds good cause for the requested relief, and IT IS HEREBY ORDERED as follows:

1.     Defendants have waived service of the Complaint;

2.     Defendants' deadline to move against, answer or otherwise respond to the Complaint is vacated;

3.     Within ten (10) business days of an order appointing lead plaintiff and lead counsel, the Parties will confer on a schedule for the lead plaintiff to file a consolidated or amended complaint and Defendants to respond thereto (the "Proposed Schedule");

4.     Within thirty (30) business days of an order appointing lead plaintiff and lead counsel, the Parties will file the Proposed Schedule with the Court; and

5.      By entering into this Stipulation, Defendants expressly preserve and do not waive any defenses, with the exception of proper service of the Complaint.

Dated: August 22, 2024                    *s/  John F. Docherty*

JOHN F. DOCHERTY
United States Magistrate Judge