## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

DAVID CAREW, Individually and on Behalf of All Others Similarly Situated,

           Plaintiff,

    v.

LIFECORE BIOMEDICAL, INC., ALBERT D. BOLLES, JAMES G. HALL, BRIAN MCLAUGHLIN, and JOHN MORBERG,

           Defendants,

Case No. 0:24-cv-03028 (LMP/JFD)

**ORDER GRANTING JOINT STIPULATION**

This matter comes before the Court on the parties' Joint Stipulation (the "Stipulation") (Dkt. No. 39). The Court finds good cause for the requested relief, and IT IS HEREBY ORDERED as follows:

1. Plaintiffs shall file a consolidated or amended complaint on or before January 24, 2025.

2. Defendants shall move, answer, or otherwise respond to the Amended Complaint on or before March 25, 2025. If Defendants move to dismiss the Amended Complaint (the "Motion"), they shall file any opening brief(s) in support of the Motion on or before March 25, 2025.

3. Plaintiffs shall file any responding brief in opposition to the Motion on or before May 23, 2025.

4. Defendants shall file any reply brief(s) in further support of the Motion on or before July 7, 2025.

Dated: January 3, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge