**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| DAVID CAREW, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LIFECORE BIOMEDICAL, INC., ALBERT D. BOLLES, JAMES G. HALL, BRIAN MCLAUGHLIN, and JOHN MORBERG, <br><br> Defendants. | Civil File No. 0:24-cv-03028 (LMP/JFD) <br><br><br> **LR 7.1 CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' BRIEF SUPPORTING THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT** |

The undersigned attorney for Defendants Lifecore Biomedical, Inc. ("Lifecore"), Albert D. Bolles, James G. Hall, Brian McLaughlin, and John Morberg (collectively, "Defendants") certifies this memorandum brief supporting Defendants' Motion to Dismiss complies with the word count limitations set forth in Local Rule 7.1(f) and the type-size requirements of Local Rule 7.1(h). This memorandum contains 8,197 words of type, in 13-point font size. It was prepared using Microsoft Word for Office 365, and the word count function in this program was applied to include all text, including headings, footnotes, and quotations.

Dated: March 25, 2025

By  */s/ Andrew R. Gray*
   Michele D. Johnson (pro hac vice)
   Andrew R. Gray (pro hac vice)
   Spencer L. Chatellier (pro hac vice)
   Kehaulani R. Jai (pro hac vice)
   LATHAM & WATKINS LLP
   650 Town Center Drive, 20th Floor
   Costa Mesa, CA 92626

Telephone:  (714) 540-1235
michele.johnson@lw.com
andrew.gray@lw.com
spencer.chatellier@lw.com
kehaulani.jai@lw.com

Nicholas Siciliano (pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Telephone:  (312) 777-7021
nicholas.siciliano@lw.com


*/s/ Michael Rowe*
James K. Langdon (#0171931)
Michael Rowe (#0392598)
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
langdon.jim@dorsey.com
rowe.michael@dorsey.com

*Attorney for Defendants Lifecore Biomedical, Inc., Albert D. Bolles, James G. Hall, Brian McLaughlin, and John Morberg*