**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DAVID CAREW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFECORE BIOMEDICAL, INC., ALBERT D. BOLLES, JAMES G. HALL, BRIAN MCLAUGHLIN, and JOHN MORBERG,<br><br>Defendants. | Civil File No. 0:24-cv-03028 (LMP/JFD)<br><br><br>**DECLARATION OF ANDREW R. GRAY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT** |

I, Andrew R. Gray, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1.      I am a partner of the law firm of Latham & Watkins LLP, counsel for Defendants Lifecore Biomedical, Inc. ("Lifecore" or the "Company"), Albert D. Bolles, James G. Hall, Brian McLaughlin, and John Morberg (collectively, "Defendants") in the above-captioned action.  I am a member of the Bar of the State of California and have been admitted *pro hac vice* in this case.

2.      I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Lifecore's January 2, 2020 Form 8-K, filed with the SEC on January 2, 2020.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Lifecore's January 19, 2021 Press Release, filed with the SEC on January 20, 2021, as Exhibit 99.1 to the Company's January 20, 2021 Form 8-K.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Lifecore's August 10, 2022 Press Release, filed with the SEC on August 10, 2022, as Exhibit 99.2 to the Company's August 8, 2022 Form 8-K.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Lifecore's Quarterly Report for the Second Quarter of 2023 ("Q2 2023 10-Q"), filed with the SEC on March 16, 2023.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Lifecore's 2022 Annual Report ("2022 10-K"), filed with the SEC on September 14, 2022.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Lifecore's 2023 Annual Report ("2023 10-K"), filed with the SEC on March 20, 2024.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of Lifecore's September 13, 2022 Form 8-K, filed with the SEC on September 14, 2022.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of Lifecore's Historical Stock Data, prepared from Yahoo! Finance.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of Lifecore's Amended 2022 Annual Report ("2022 10-K/A"), filed with the SEC on March 16, 2023.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of Lifecore's Amended Quarterly Report for the First Quarter of 2023 ("Q1 2023 10-Q/A"), filed with the SEC on March 16, 2023.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of Form 8-K, filed with the SEC on March 21, 2024.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of Form 8-K, filed with the SEC on March 26, 2024.

15.     Attached hereto as **Exhibit 13** is a true and correct copy Lifecore's 2021 Annual Report ("2021 10-K"), filed with the SEC on July 29, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew R. Gray
Andrew R. Gray