# EXHIBIT 5

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM 10-K**

☒    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the Fiscal Year Ended May 29, 2022, or

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the Transition period from _____ to _____.

Commission file number: **000-27446**

**LANDEC CORPORATION**
(Exact name of registrant as specified in its charter)

| **Delaware** | **94-3025618** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification Number) |

**2811 Airpark Drive**
**Santa Maria, California**                    **93455**
(Address of principal executive offices)        (Zip Code)

Registrant's telephone number, including area code:
**(650) 306-1650**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | LNDC | The NASDAQ Global Select Stock Market |

Securities registered pursuant to Section 12(g) of the Act:
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definition of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer | ☐ | Accelerated Filer | ☒ |
|---|---|---|---|
| Non Accelerated Filer | ☐ | Smaller Reporting Company | ☐ |
| | | Emerging Growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of voting stock held by non-affiliates of the Registrant was approximately $225,356,000 as of November 29, 2020, the last business day of the registrant's most recently completed second fiscal quarter, based upon the closing sales price on the NASDAQ Global Select Market reported for such date. Shares of Common Stock held by each officer and director and by each person who owns 10% or more of the outstanding Common Stock have been excluded from such calculation in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

As of September 13, 2022, there were 29,595,554 shares of Common Stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive proxy statement relating to its 2022 Annual Meeting of Stockholders (the "Proxy Statement") to be filed with the Securities and Exchange Commission not later than 120 days after the end of the fiscal year covered by this Annual Report on Form 10-K, are incorporated herein by

reference where indicated. Except with respect to information specifically incorporated by reference in this Annual Report on Form 10-K, the Proxy Statement is not deemed to be filed as part hereof.

1

**LANDEC CORPORATION**
ANNUAL REPORT ON FORM 10-K

TABLE OF CONTENTS

| Item No. | Description | Page |
|---|---|---|
| | Explanatory Note | 1 |
| | Cautionary Note About Forward-Looking Statements | 2 |
| Part I | | |
| 1. | Business | 2 |
| 1A. | Risk Factors | 8 |
| 1B. | Unresolved Staff Comments | 20 |
| 2. | Properties | 20 |
| 3. | Legal Proceedings | 20 |
| 4. | Mine Safety Disclosures | 20 |
| Part II | | |
| 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 21 |
| 6. | Selected Financial Data | 21 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 21 |
| 7A. | Quantitative and Qualitative Disclosures About Market Risk | 33 |
| 8. | Financial Statements and Supplementary Data | 33 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 33 |
| 9A. | Controls and Procedures | 33 |
| 9B. | Other Information | 35 |
| 9C. | Disclosure Regarding Jurisdictions that Prevent Inspections | 35 |
| Part III | | |
| 10. | Directors, Executive Officers and Corporate Governance | 36 |
| 11. | Executive Compensation | 36 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 36 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 36 |
| 14. | Principal Accountant Fees and Services | 36 |
| Part IV | | |
| 15. | Exhibits and Financial Statement Schedules | 37 |

**Explanatory Note**

**Restatement Background**

In this Annual Report on Form 10-K for the year ended May 29, 2022, Landec Corporation (the "Company") is restating (the "Restatement") its previously issued (i) unaudited consolidated balance sheets as of February 27, 2022 and May 30, 2021, (ii) unaudited consolidated statement of comprehensive (loss) income for the three and nine months ended February 27, 2022, (iii) unaudited consolidated statement of cash flows for the nine months ended February 27, 2022, (iv) unaudited consolidated statement of changes in stockholders' equity, and unaudited notes related thereto, as previously reported in our Quarterly Report on Form 10-Q for the third quarter period ended February 27, 2022 (the "Prior Financial Statements").

The Restatement results from corrections by the Company primarily related to:

(i) the classification of certain expenses and the recording of accruals related to the Company's recent disposition activities and the Company's corporate transition of Landec Corporation to Lifecore Biomedical, which were previously classified as restructuring expenses from continuing operations in our Prior Financial Statements, but which the Company intends to correct to classify as selling, general and administrative expenses, and cost of goods sold within continuing operations;

(ii) the treatment of the fees received and costs incurred by the Company pursuant to the transition services agreement related to the sale of the Curation Foods' Eat Smart business (the "TSA"), for which the Company had previously recognized the net of the TSA fees received and costs incurred as loss on sale of Eat Smart within discontinued operations, but for which the Company intends to correct to classify the TSA fees received by the Company within transition services income and the TSA costs incurred by the Company as selling, general and administrative expenses within continuing operations; and

(iii) the classification of certain costs and expenses related to the Company's recent disposition activities and the Company's corporate transition of Landec Corporation to Lifecore Biomedical, which were previously classified as loss on sale of Eat Smart within discontinued operations, but which the Company intends to correct to classify as selling, general and administrative expenses within continuing operations.

The Company has assessed the materiality of these corrections in accordance with the U.S. Securities and Exchange Commission Staff Accounting Bulletin ("SAB") No. 99, Materiality and SAB No. 108, Quantifying Financial Statement Misstatements, and has concluded that the Prior Financial Statements should be restated. The corrections regarding the presentation of Prior Financial Statements are reflected in Note 1 Organization, Basis of Presentation, and Summary of Significant Accounting Policies, in Part IV, Item 15 of this Annual Report on Form 10-K.

**Restatement Overview**

In connection with the restatement of the Prior Financial Statements, the Company, in this Annual Report on Form 10-K:

1.      restated the Prior Financial Statements, in Note 1 Organization, Basis of Presentation, and Summary of Significant Accounting Policies, in Part IV, Item 15 of this Annual Report on Form 10-K;

2.      updated the risk factor relating to its material weakness in its internal controls over financial reporting in Item 1A. of Annual Report on Form 10-K; and

3.      updated its disclosures regarding its controls and procedures in Part II, Item 9A. of Annual Report on Form 10-K.

The financial information that has been previously filed or otherwise reported for the Prior Financial Statements is superseded by the information in this Annual Report on Form 10-K. See Note 1 Organization, Basis of Presentation, and Summary of Significant Accounting Policies, in Part IV, Item 15 of this Annual Report on Form 10-K for additional information on the restatement and the related financial statement impact.

**Internal Controls Considerations**

In connection with the Restatement described above, management has determined that there was a material weakness in the Company's design and operation of effective internal control over completeness and accuracy for non-standard transactions, which included discontinued operations and restructuring costs as of May 29, 2022. For a discussion of management's considerations of the Company's disclosures controls and procedures, internal controls over financial reporting, and material weakness identified, refer to "Controls and Procedures" in Part II, Item 9A of this Annual Report on Form 10-K.

1

*We depend on strategic partners and licenses for future development.*

Our strategy for development, clinical and field testing, manufacture, commercialization and marketing for some of our current and future products includes entering into various collaborations with corporate partners, licensees, and others. We are dependent on our corporate partners to develop, test, manufacture and/or market some of our products. Although we believe that our partners in these collaborations have an economic motivation to succeed in performing their contractual responsibilities, the amount and timing of resources to be devoted to these activities are not within our control. Our partners may not perform their obligations as expected or we may not derive any additional revenue from the arrangements. Our partners may not pay any additional option or license fees to us or may not develop, market or pay any royalty fees related to products under such agreements. Moreover, some of the collaborative agreements provide that they may be terminated at the discretion of the corporate partner, and some of the collaborative agreements provide for termination under other circumstances. Our partners may pursue existing or alternative technologies in preference to our technology. Furthermore, we may not be able to negotiate additional collaborative arrangements in the future on acceptable terms, if at all, and our collaborative arrangements may not be successful.

<u>Risks Related to Ownership of Our Common Stock</u>

*We have identified a material weakness in our internal control over financial reporting, which if not remediated, could adversely affect our business.*

Our independent registered public accountants identified a material weakness in our internal control over financial reporting related to the restatement described elsewhere in this Annual Report on Form 10-K. A "material weakness" is a deficiency, or a combination of deficiencies, in internal controls over financial reporting such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis.

Our internal control over financial reporting may not prevent or detect misstatements because of its inherent limitations, including the possibility of human error, the circumvention or overriding of controls or fraud. Even effective internal controls can provide only reasonable assurance with respect to the preparation and fair presentation of financial statements. If we fail to maintain the adequacy of our internal controls, including any failure to implement required new or improved controls or if we experience difficulties in their implementation, our business and financial results could be harmed and we could fail to meet our financial reporting obligations. As part of preparing our fiscal year 2022 consolidated financial statements, we identified an error in management's conclusions regarding the presentation of certain amounts related to discontinued operations as a result of the Eat Smart Disposition, which resulted in an error in our previously reported consolidated balance sheets and quarterly statements of operations presented in our fiscal year 2022 third quarter consolidated financial statements. See Part II, Item 8. Financial Statements and Supplementary Data, Note 1 for further information. If the steps we take do not correct the material weakness in a timely manner, we may be unable to conclude in the future that we maintain effective internal control over financial reporting.

See Item 9A., "Controls and Procedures," in this Annual Report on Form 10-K for additional information regarding the identified material weakness and our actions to date to remediate the material weakness. The implementation of procedures to remediate the material weakness is ongoing and will require validation and testing of the design and operating effectiveness of internal controls over a sustained period of financial reporting cycles. We cannot be certain that these measures will successfully remediate the material weakness or that other material weaknesses and control deficiencies will not be discovered in the future. If our efforts are not successful or other material weaknesses or control deficiencies occur in the future, we may be unable to report our financial results accurately on a timely basis or help prevent fraud, which could cause our reported financial results to be materially misstated and result in the loss of investor confidence or delisting and cause the market price of our securities to decline.

While our management believes we have made progress toward remediating the underlying causes of the material weakness, the implementation of these procedures is ongoing and will require validation and testing of the design and operating effectiveness of internal controls over a sustained period of financial reporting cycles. We cannot be certain that these measures will successfully remediate the material weakness or that other material weaknesses and control deficiencies will not be discovered in the future. If our efforts are not successful or other material weaknesses or control deficiencies occur in the future, we may be unable to report our financial results accurately on a timely basis or help prevent fraud, which could cause our reported financial results to be materially misstated and result in the loss of investor confidence or delisting and cause the market price of our securities to decline.

15

***Our future operating results are likely to fluctuate which may cause our stock price to decline.***

In the past, our results of operations have fluctuated significantly from quarter to quarter and are expected to continue to fluctuate in the future. Curation Foods can be affected by seasonal and weather-related factors which have impacted our financial results in the past due to shortages of essential value-added produce items. Lifecore can be affected by the timing of orders from its relatively small customer base and the timing of the shipment of those orders. Our earnings may also fluctuate based on our ability to collect accounts receivable from customers and on price fluctuations in fruit markets. Other factors that affect our operations include:

- our ability and our growers' ability to obtain an adequate supply of labor,
- our growers' ability to obtain an adequate supply of water,
- the seasonality and availability and quantity of our supplies,
- our ability to process produce during critical harvest periods,
- the timing and effects of ripening,
- the degree of perishability,
- the effectiveness of worldwide distribution systems,
- total worldwide industry volumes,
- the seasonality and timing of consumer demand,
- foreign currency fluctuations, and
- foreign importation restrictions and foreign political risks.

In addition, the COVID-19 pandemic has increased the risk of fluctuations in such factors. As a result of these and other factors, we expect to continue to experience fluctuations in quarterly operating results.

***Our stock price may fluctuate in response to various conditions, many of which are beyond our control.***

The market price of our common stock may fluctuate significantly in response to numerous factors, many of which are beyond our control, including the following:

- weather-related produce sourcing issues,
- technological innovations applicable to our products,
- pandemics, epidemics and other natural disasters, including the COVID-19 pandemic,
- our attainment of (or failure to attain) milestones in the commercialization of our technology,
- our development of new products or the development of new products by our competitors,
- new patents or changes in existing patents applicable to our products,
- our acquisition of new businesses or the sale or disposal of a part of our businesses,
- development of new collaborative arrangements by us, our competitors or other parties,
- changes in government regulations, interpretation, or enforcement applicable to our business,
- changes in investor perception of our business,
- fluctuations in our operating results, and
- changes in the general market conditions in our industry.

Fluctuations in our quarterly results may, particularly if unforeseen, cause us to miss projections which might result in analysts or investors changing their valuation of our stock.

***We may issue preferred stock with preferential rights that could affect your rights.***

The issuance of shares of preferred stock could have the effect of making it more difficult for a third-party to acquire a majority of our outstanding stock, and the holders of such preferred stock could have voting, dividend, liquidation and other rights superior to those of holders of our Common Stock.

16

*We have never paid any dividends on our common stock.*

We have not paid any dividends on our Common Stock since inception and do not expect to in the foreseeable future. Any dividends may be subject to preferential dividends payable on any preferred stock we may issue.

*Our corporate organizational documents and Delaware law have anti-takeover provisions that may inhibit or prohibit a takeover of us and the replacement or removal of our management.*

The anti-takeover provisions under Delaware law, as well as the provisions contained in our corporate organizational documents, may make an acquisition of us more difficult. For example:

- our certificate of incorporation includes a provision authorizing our Board of Directors to issue blank check preferred stock without stockholder approval, which, if issued, would increase the number of outstanding shares of our capital stock and could make it more difficult for a stockholder to acquire us;
- our certificate of incorporation provides for a dual-class Board of Directors, in which each class will serve for a staggered two-year term;
- our certificate of incorporation limits the number of directors that may serve on the Board of Directors without the majority approval of all of the outstanding shares of our common stock;
- our amended and restated bylaws require advance notice of stockholder proposals and director nominations;
- our Board of Directors has the right to implement additional anti-takeover protections in the future, including stockholder rights plans and other amendments to our organizational documents, without stockholder approval; and
- Section 203 of the Delaware General Corporation Law may prevent large stockholders from completing a merger or acquisition of us.

These provisions may prevent a merger or acquisition of us which could limit the price investors would pay for our common stock in the future.

<u>General Risks</u>

*Changes to U.S. trade policy, tariff and import/export regulations may have a material adverse effect on our business.*

Changes in U.S. or international social, political, regulatory and economic conditions or in laws and policies governing foreign trade, manufacturing, development and investment in the territories or countries where we currently sell our products or conduct our business, as well as any negative sentiment toward the U.S. as a result of such changes, could adversely affect our business. For example, the previous U.S. presidential administration instituted or proposed changes in trade policies that include the negotiation or termination of trade agreements, the imposition of higher tariffs on imports into the U.S., economic sanctions on individuals, corporations or countries, and other government regulations affecting trade between the U.S. and other countries where we conduct our business.

As a result of such policy changes of the previous U.S. presidential administration and U.S. government proposals, there may be greater restrictions and economic disincentives on international trade. Tariffs and other changes in U.S. trade policy could trigger retaliatory actions by affected countries, and certain foreign governments have instituted or are considering imposing trade sanctions on certain U.S. goods. Such changes have the potential to adversely impact the U.S. economy or certain sectors thereof, our industry and the global demand for our products, and as a result, could have a material adverse effect on our business, financial condition and results of operations.

17

The Company believes that its cash from operations, along with existing cash and cash equivalents and availability under its line of credit will be sufficient to finance its operational and capital requirements for at least the next twelve months.

## Item 7A.   *Quantitative and Qualitative Disclosures About Market Risk*

*Interest Rate Exposure*

Our net interest expense is sensitive to changes in the general level of interest rates. In this regard, changes in interest rates will affect our net interest expense, as well as the fair value of our debt.

On December 31, 2020, the Company refinanced its existing Term Loan and Revolver by entering into two separate Credit Agreements (the "New Credit Agreements") with BMO and Goldman Sachs Specialty Lending Group, L.P. ("Goldman") and Guggenheim Credit Services, LLC ("Guggenheim"), as lenders (collectively, the "Refinance Lenders"). Pursuant to the credit agreement related to the revolving credit facility, BMO has provided the Company, Curation Foods and Lifecore, as co-borrowers, with an up to $75.0 million revolving line of credit (the "Refinance Revolver") and serves as administrative agent of the Refinance Revolver. Pursuant to the credit agreement related to the term loan, Goldman and Guggenheim have provided the Company, Curation Foods and Lifecore, as co-borrowers, with an up to $170.0 million term loan facility (split equally between Goldman and Guggenheim) (the "Refinance Term Loan") and Goldman serves as administrative agent of the Refinance Term Loan. The Refinance Revolver and Refinance Term Loan are guaranteed, and secured by, substantially all of the Company's and the Company's direct and indirect subsidiaries' assets.

Interest on the Refinance Revolver is based upon the Company's average availability, at a per annum rate of either (i) LIBOR rate plus a spread of between 2.00% and 2.50% or (ii) base rate plus a spread of between 1.00% and 1.50%, plus a commitment fee, as applicable, of 0.375%. Interest on the Refinance Term Loan is at a per annum rate based on either (i) the base rate plus a spread of 7.50% or (ii) the LIBOR rate plus a spread of 8.50%.

A hypothetical 100 basis point increase or decrease in weighted average interest rates under our Refinance Revolver, based upon the face value of such instruments, would increase our interest expense by approximately $0.4 million over a twelve-month period.

*Foreign Currency Exposure*

Our Mexican-based operations transacts a portion of the business in Mexican pesos. Funds are transferred by our corporate office to Mexico to satisfy local Mexican cash needs. We do not currently use derivative instruments to hedge fluctuations in the Mexican peso to U.S. dollar exchange rates. Total impact from foreign currency translation is not significant.

## Item 8.   *Financial Statements and Supplementary Data*

The information contained in Part IV, Item 15 included elsewhere in this Annual Report on Form 10-K is incorporated herein by reference.

## Item 9.   *Changes in and Disagreements with Accountants on Accounting and Financial Disclosure*

Not applicable.

## Item 9A.   *Controls and Procedures*

### *Evaluation of Disclosure Controls and Procedures*

As required by Rule 13a-15(b) under the Exchange Act, we have evaluated, under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act) as of the end of the period covered by this Form 10-K. Our disclosure controls and procedures are designed to provide reasonable assurance that information required to be disclosed by us in reports that we file under the Exchange Act is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate, to allow timely decisions regarding required disclosure and is recorded, processed, summarized and reported within the time periods specified in the rules and forms of the SEC. Based upon the evaluation, our principal executive officer and principal financial officer concluded that due to a material weakness in our internal control over financial reporting as described in the "Management's Report on Internal Control over Financial Reporting", our disclosure controls and procedures were not effective as of May 29, 2022.

33

As further described below, the Company's management is in the process of developing plans to remediate the material weakness identified, but it has not been remediated as of the date of filing of this Annual Report on Form 10-K. Despite the existence of this material weakness, our management believes that the consolidated financial statements included in this Annual Report on Form 10-K fairly present, in all material respects, the Company's financial condition, results of operations and cash flows for the periods presented in conformity with U.S. generally accepted accounting principles.

### Changes in Internal Controls over Financial Reporting

Other than the identification of the material weakness as described in "Management's Report on Internal Control over Financial Reporting", there have been no changes in our system of internal control over financial reporting during the quarter ended May 29, 2022 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

### Management's Report on Internal Control over Financial Reporting

Management is responsible for establishing and maintaining an adequate system of internal control over financial reporting (as defined in Rule 13(a)-15(f) under the Securities Exchange Act of 1934, as amended). Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and presentation of consolidated financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements and even when determined to be effective, these controls can only provide reasonable assurance with respect to financial statement preparation and presentation. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that the internal controls may become inadequate because of changes in conditions or because the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of our internal control over financial reporting as of May 29, 2022. In making this assessment, which was conducted under the supervision and with the participation of management, including our Chief Executive Officer and Chief Financial Officer, management used the criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission (COSO) in Internal Control – Integrated Framework (2013). As part of our annual assessment, management has concluded that we did not design and operate effective internal controls over the completeness and accuracy of the accounting for non-standard transactions, that would include discontinued operations and restructuring activity. Specifically, we did not design controls for non-standard transactions to ensure the accurate presentation of non-standard transactions, which would include discontinued operations and certain restructuring costs in our financial statements. This resulted in a material error in our interim financial information as presented in and filed with our Quarterly Report on Form 10-Q for our fiscal third quarter ended February 27, 2022. As a result, we have restated the impacted financial information and corrected these errors in Note 1 to our consolidated financial statements included in Part IV, Item 15 of this Annual Report on Form 10-K.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is reasonable possibility that a material misstatement of the annual or interim financial statements will not be prevented or detected on a timely basis. We have determined that a gap exists in the design and operations of our controls related to the accounting and classification of certain non-standard transactions, including discontinued operations and certain restructuring costs, which constitutes a material weakness.

As discussed in Part II, Item 8. Financial Statements and Supplementary Data, Note 1 to our consolidated financial statements, the Company is restating (the "Restatement") our previously issued (i) unaudited consolidated balance sheet as of February 27, 2022 and May 30, 2021, (ii) unaudited consolidated statements of comprehensive (loss) income for the three and nine months ended February 27, 2022, (iii) unaudited consolidated statement of cash flows for the nine months ended February 27, 2022, (iv) unaudited consolidated statement of changes in stockholders' equity, and unaudited notes related thereto, as previously reported in our Quarterly Report on Form 10-Q for the third quarter period ended February 27, 2022 (the "Prior Financial Statements").

The Restatement results from corrections by the Company primarily related to:

(i) the classification of certain expenses and the recording of accruals related to the Company's recent disposition activities and the Company's corporate transition of Landec Corporation to Lifecore Biomedical, which were previously classified as restructuring expenses from continuing operations in our Prior Financial Statements, but which the Company intends to correct to classify as selling, general and administrative expenses, and cost of goods sold within continuing operations;

(ii) the treatment of the fees received and costs incurred by the Company pursuant to the transition services agreement related to the sale of the Curation Foods' Eat Smart business (the "TSA"), for which the Company had previously recognized the net of the TSA fees received and costs incurred as loss on sale of Eat Smart within discontinued operations, but for which the Company intends to correct to classify the TSA fees received by the Company within transition services income and the TSA costs incurred by the Company as selling, general and administrative expenses within continuing operations; and

(iii) the classification of certain costs and expenses related to the Company's recent disposition activities and the Company's corporate transition of Landec Corporation to Lifecore Biomedical, which were previously classified as loss on sale of Eat Smart within discontinued operations, but which the Company intends to correct to classify as selling, general and administrative expenses within continuing operations.

Based upon our current assessment, which considered the material weakness described above, our management concluded that our internal control over financial reporting was not effective at May 29, 2022.

*Management's Plan for Remediation of the Material Weakness*

In response to the material weakness described above, with the oversight of the Audit Committee of our Board of Directors, management has corrected the error in its interim financial statements. Management is currently evaluating remediation activities related to our non-standard transaction processes that will include, but are not limited to the following (i) enhancing and developing a more comprehensive review process and monitoring controls related to non-standard transactions and (ii) continuing to provide training and development to our accounting team related to non-standard transactions, including discontinued operations and restructuring activity.

The remediation efforts are intended to both address the identified material weakness and to enhance our overall financial control environment and will be subject to ongoing senior management review, as well as Audit Committee oversight. We plan to complete this remediation process as quickly as possible. Management is committed to continuous improvement of our internal control over financial reporting and will continue to diligently review our internal control over financial reporting.

Our independent registered public accounting firm, Ernst & Young LLP, has issued an audit report on our internal control over financial reporting, which appears in Part IV, Item 15 of this Annual Report on Form 10-K, and is incorporated herein by reference.

**Item 9B.    *Other Information***

None.

**Item 9C.    *Disclosure Regarding Foreign Jurisdictions that Prevent Inspections***

Not applicable.

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Stockholders and Board of Directors of Landec Corporation

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Landec Corporation and subsidiaries (the Company) as of May 29, 2022 and May 30, 2021, and the related consolidated statements of operations, comprehensive (loss) income, stockholders' equity and cash flows for each of the three years in the period ended May 29, 2022, and the related notes (collectively referred to as the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company at May 29, 2022 and May 30, 2021, and the results of its operations and its cash flows for each of the three years in the period ended May 29, 2022, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of May 29, 2022, based on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and our report dated September 13, 2022 expressed an adverse opinion thereon.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

**Critical Audit Matter**

The critical audit matter communicated below is a matter arising from the current period audit of the financial statements that was communicated or required to be communicated to the audit committee and that: (1) relates to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective or complex judgments. The communication of the critical audit matter does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

*Valuation of Goodwill and Trademarks/tradenames with Indefinite lives*

| | |
|---|---|
| *Description of the Matter* | At May 29, 2022, the Company's goodwill was $13.9 million and trademarks/tradenames with indefinite lives was $8.4 million. The carrying values of the Company's Yucatan reporting unit's goodwill and trademarks/tradenames with indefinite lives were $0 million and $3.7 million, respectively at May 29, 2022. As discussed in Note 1 of the consolidated financial statements, goodwill and trademarks/tradenames with indefinite lives are assessed by the Company's management for impairment at least annually, in the fiscal fourth quarter, unless there are indications of impairment at other points throughout the year. Goodwill is tested for impairment at the reporting unit level. The Company measured the fair value of the goodwill using an income approach and the fair value of trademarks/tradenames using a royalty savings method. In identifying an excess of the carrying value over fair value, the Company recorded an impairment of $20.0 million to the carrying amount of goodwill and $8.7 million to the carrying amount of trademarks/tradenames with indefinite lives related to the Yucatan reporting unit for the year ended May 29, 2022. |

38

Auditing the Company's annual impairment test related to the Yucatan reporting unit's goodwill and trademarks/tradenames with indefinite lives is complex and highly judgmental and required the involvement of our valuation specialist due to the significant judgment in estimating their fair values. In particular, the fair value estimate of the Yucatan reporting unit's goodwill is sensitive to assumptions such as net sales growth rates, gross margins and discount rate. The Yucatan reporting unit's trademarks/tradenames with indefinite lives are sensitive to assumptions related to the discount rate. These assumptions are forward-looking and sensitive to and affected by expected future market or economic conditions and industry and company-specific qualitative factors.

| | |
|---|---|
| *How We Addressed the Matter in Our Audit* | We obtained an understanding, evaluated the design and tested the operating effectiveness of controls over the Company's impairment review process related to the goodwill and trademarks/tradenames with indefinite lives. We tested controls over management's review of the data used in their valuation models and review of the significant assumptions described above. |

To test the estimated fair value of the Yucatan reporting unit and trademarks/tradenames with indefinite lives, we performed audit procedures that included, among others, assessing the methodologies, testing the significant assumptions discussed above used to develop the estimates of future earnings and cash flows and testing the completeness and accuracy of the underlying data. We compared the significant assumptions used by management to current industry and economic trends, the Company's historical results and other guideline companies within the same industry and evaluated how changes in the Company's business may affect the significant assumptions. We assessed the historical accuracy of management's estimates and performed sensitivity analyses of significant assumptions to evaluate the change in the fair value of the Yucatan reporting unit and trademarks/tradenames with indefinite lives resulting from changes in these assumptions. We involved our valuation specialists to assist in reviewing the valuation methodology and the royalty and discount rate assumptions. For trademarks/tradenames with indefinite lives, where applicable, we also assessed whether the assumptions used were consistent with those used in the goodwill impairment review process.

/s/ Ernst & Young LLP

We have served as the Company's auditor since 2008.

San Francisco, California

September 13, 2022

39

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Stockholders and the Board of Directors of Landec Corporation

**Opinion on Internal Control over Financial Reporting**

We have audited Landec Corporation and subsidiaries' internal control over financial reporting as of May 29, 2022, based on criteria established in Internal Control – Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) (the COSO criteria). In our opinion, because of the effect of the material weakness described below on the achievement of the objectives of the control criteria, Landec Corporation and subsidiaries' (the Company) has not maintained effective internal control over financial reporting as of May 29, 2022, based on the COSO criteria.

A material weakness is a deficiency, or combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the company's annual or interim financial statements will not be prevented or detected on a timely basis. The following material weakness has been identified and included in management's assessment. Management did not design and operate effective controls over the completeness and accuracy of accounting for non-standard transactions, which include discontinued operations and certain restructuring costs.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheets of the Company as of May 29, 2022 and May 30, 2021, and the related consolidated statements of operations, comprehensive (loss) income, stockholders' equity and cash flows for each of the three years in the period ended May 29, 2022, and the related notes. This material weakness was considered in determining the nature, timing and extent of audit tests applied in our audit of the May 29, 2022 consolidated financial statements, and this report does not affect our report dated September 13, 2022 which expressed an unqualified opinion thereon.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Ernst & Young LLP

San Francisco, California
September 13, 2022

40

**LANDEC CORPORATION**
**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except par value)**

| | May 29, 2022 | *As restated*<br>May 30, 2021 |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets: | | |
| Cash and cash equivalents | $ 1,643 | $ 1,159 |
| Accounts receivable, less allowance for credit losses | 48,172 | 41,430 |
| Inventories | 66,845 | 63,076 |
| Prepaid expenses and other current assets | 7,052 | 5,038 |
| Current assets, discontinued operations | — | 37,618 |
| Total Current Assets | 123,712 | 148,321 |
| | | |
| Property and equipment, net | 130,435 | 120,286 |
| Operating lease right-of-use assets | 8,580 | 17,098 |
| Goodwill | 13,881 | 33,916 |
| Trademarks/tradenames, net | 8,400 | 17,100 |
| Customer relationships, net | 7,150 | 8,532 |
| Other assets | 3,002 | 3,531 |
| Other assets, discontinued operations | — | 154,140 |
| Total Assets | $ 295,160 | $ 502,924 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current Liabilities: | | |
| Accounts payable | $ 15,802 | $ 16,298 |
| Accrued compensation | 9,238 | 7,754 |
| Other accrued liabilities | 7,647 | 3,955 |
| Current portion of lease liabilities | 5,026 | 1,600 |
| Deferred revenue | 919 | 637 |
| Line of credit | 40,000 | 29,000 |
| Current portion of long-term debt, net | 599 | — |
| Current liabilities, discontinued operations | — | 42,644 |
| Total Current Liabilities | 79,231 | 101,888 |
| | | |
| Long-term debt, net | 97,579 | 164,902 |
| Long-term lease liabilities | 9,983 | 20,359 |
| Deferred taxes, net | 232 | 6,140 |
| Other non-current liabilities | 190 | 2,870 |
| Non-current liabilities, discontinued operations | — | 3,981 |
| Total Liabilities | 187,215 | 300,140 |
| | | |
| Stockholders' Equity: | | |
| Common stock, $0.001 par value; 50,000 shares authorized; 29,513 and 29,333 shares issued and outstanding at May 29, 2022 and May 30, 2021, respectively | 30 | 29 |
| Additional paid-in capital | 167,352 | 165,533 |
| Retained earnings (accumulated deficit) | (58,851) | 38,580 |
| Accumulated other comprehensive loss | (586) | (1,358) |
| Total Stockholders' Equity | 107,945 | 202,784 |
| Total Liabilities and Stockholders' Equity | $ 295,160 | $ 502,924 |

*See accompanying notes to the consolidated financial statements.*

41

**LANDEC CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts)**

| | Year Ended | | |
|---|---|---|---|
| | May 29, 2022 | May 30, 2021 | May 31, 2020 |
| Product sales | $ 185,786 | $ 171,546 | $ 160,066 |
| Cost of product sales | 135,416 | 121,075 | 120,679 |
| Gross profit | 50,370 | 50,471 | 39,387 |
| Operating costs and expenses: | | | |
| Research and development | 7,841 | 7,423 | 7,582 |
| Selling, general and administrative | 46,127 | 37,660 | 40,674 |
| Impairment of goodwill and intangible assets | 28,735 | — | 12,953 |
| Legal settlement charge | — | 1,763 | — |
| Restructuring costs | 8,961 | 3,759 | 4,054 |
| Total operating costs and expenses | 91,664 | 50,605 | 65,263 |
| Operating loss | (41,294) | (134) | (25,876) |
| | | | |
| Interest income | 81 | 48 | 72 |
| Interest expense, net | (17,357) | (10,387) | (4,646) |
| Transition services income | 5,814 | — | — |
| Loss on debt refinancing | — | (1,110) | — |
| Other income (expense), net | 641 | 111 | (195) |
| Net loss from continuing operations before taxes | (52,115) | (11,472) | (30,645) |
| Income tax benefit | 5,839 | 1,903 | 8,774 |
| Net loss from continuing operations | (46,276) | (9,569) | (21,871) |
| | | | |
| Discontinued operations: | | | |
| Loss from discontinued operations | (51,276) | (28,994) | (20,662) |
| Income tax benefit | 121 | 5,898 | 4,342 |
| Loss from discontinued operations, net of tax | (51,155) | (23,096) | (16,320) |
| Net loss | $ (97,431) | $ (32,665) | $ (38,191) |
| | | | |
| Basic net loss per share: | | | |
| Loss from continuing operations | $ (1.57) | $ (0.33) | $ (0.75) |
| Loss from discontinued operations | (1.74) | (0.79) | (0.56) |
| Total basic net loss per share | $ (3.31) | $ (1.12) | $ (1.31) |
| | | | |
| Diluted net loss per share: | | | |
| Loss from continuing operations | $ (1.57) | $ (0.33) | $ (0.75) |
| Loss from discontinued operations | (1.74) | (0.79) | (0.56) |
| Total diluted net loss per share | $ (3.31) | $ (1.12) | $ (1.31) |
| | | | |
| Shares used in per share computation: | | | |
| Basic | 29,466 | 29,294 | 29,162 |
| Diluted | 29,466 | 29,294 | 29,162 |

*See accompanying notes to the consolidated financial statements.*

42

**LANDEC CORPORATION**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE (LOSS) INCOME**
**(In thousands)**

|  | Year Ended | | |
|  | May 29, 2022 | May 30, 2021 | May 31, 2020 |
| --- | --- | --- | --- |
| Net loss | $  (97,431) | $  (32,665) | $  (38,191) |
| Other comprehensive (loss) income, net of tax: | | | |
| Net unrealized gains (losses) on interest rate swaps, (net of tax effect of ($430), $(445), and $878) | 772 | 1,450 | (2,872) |
| Other comprehensive (loss) income, net of tax | 772 | 1,450 | (2,872) |
| Total comprehensive loss | $  (96,659) | $  (31,215) | $  (41,063) |

*See accompanying notes to the consolidated financial statements.*

43

**LANDEC CORPORATION**
**CONSOLIDATED STATEMENTS OF CHANGES IN**
**STOCKHOLDERS' EQUITY**
**(In thousands)**

| | Common Stock | | Additional Paid-in Capital | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at May 26, 2019 | 29,102 | $ 29 | $ 160,341 | $ 109,710 | $ 64 | $ 270,144 |
| ASC 842 transition adjustment | — | — | — | (274) | — | (274) |
| Issuance of stock under stock plans, net of shares withheld | 122 | — | 30 | — | — | 30 |
| Taxes paid by Company for employee stock plans | — | — | (212) | — | — | (212) |
| Stock-based compensation | — | — | 2,419 | — | — | 2,419 |
| Net loss | — | — | — | (38,191) | — | (38,191) |
| Other comprehensive loss, net of tax | — | — | — | — | (2,872) | (2,872) |
| Balance at May 31, 2020 | 29,224 | 29 | 162,578 | 71,245 | (2,808) | 231,044 |
| Issuance of stock under stock plans, net of shares withheld | 109 | — | — | — | — | — |
| Taxes paid by Company for employee stock plans | — | — | (405) | — | — | (405) |
| Stock-based compensation | — | — | 3,360 | — | — | 3,360 |
| Net loss | — | — | — | (32,665) | — | (32,665) |
| Other comprehensive income, net of tax | — | — | — | — | 1,450 | 1,450 |
| Balance at May 30, 2021 | 29,333 | 29 | 165,533 | 38,580 | (1,358) | 202,784 |
| Issuance of stock under stock plans, net of shares withheld | 180 | 1 | — | — | — | 1 |
| Taxes paid by Company for employee stock plans | — | — | (789) | — | — | (789) |
| Stock-based compensation | — | — | 2,608 | — | — | 2,608 |
| Net loss | — | — | — | (97,431) | — | (97,431) |
| Other comprehensive income, net of tax | — | — | — | — | 772 | 772 |
| Balance at May 29, 2022 | 29,513 | $ 30 | $ 167,352 | $ (58,851) | $ (586) | $ 107,945 |

*See accompanying notes to the consolidated financial statements.*

44

**LANDEC CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | Year Ended | | |
|---|---|---|---|
| | May 29, 2022 | May 30, 2021 | May 31, 2020 |
| Cash flows from operating activities: | | | |
| Net loss | $ (97,431) | $ (32,665) | $ (38,191) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | | |
| Impairment of goodwill and intangible assets | 60,792 | — | 12,953 |
| Depreciation, amortization of intangibles, debt costs and right-of-use assets | 17,884 | 19,867 | 18,838 |
| Deferred taxes | (6,884) | (7,893) | (5,440) |
| Loss on disposal of property and equipment related to restructuring, net | 5,185 | 10,143 | 14,802 |
| Stock-based compensation expense | 2,608 | 3,360 | 2,419 |
| Loss on sale of Eat Smart | 336 | — | — |
| Net loss on disposal of property and equipment held and used | 152 | 61 | 143 |
| Provision (benefit) for expected credit losses | (14) | 418 | (284) |
| Change in investment in non-public company, fair value | — | 11,800 | 4,200 |
| Loss on debt refinancing | — | 1,110 | — |
| Pacific Harvest note receivable reserve | — | — | 1,202 |
| Change in contingent consideration liability | — | — | (500) |
| Other, net | (426) | (74) | 195 |
| Changes in current assets and current liabilities: | | | |
| Accounts receivable, net | (6,138) | 5,775 | (6,357) |
| Inventory | (5,960) | (3,352) | (12,179) |
| Prepaid expenses and other current assets | (602) | 7,941 | (6,815) |
| Accounts payable | 9,343 | (5,982) | (1,249) |
| Accrued compensation | (2,546) | 3,270 | (1,894) |
| Other accrued liabilities | (680) | 460 | 1,263 |
| Deferred revenue | (18) | 778 | (147) |
| Net cash (used in) provided by operating activities | (24,399) | 15,017 | (17,041) |
| Cash flows from investing activities: | | | |
| Proceeds from the Sale of Eat Smart | 73,500 | — | — |
| Eat Smart sale net working capital adjustment and cash sale expenses | (9,839) | — | — |
| Proceeds from sale of investment in non-public company | 45,100 | — | — |
| Purchases of property and equipment | (28,134) | (23,769) | (26,686) |
| Proceeds from sales of property and equipment | 1,141 | 12,913 | 2,434 |
| Proceeds from collections of notes receivable | — | — | 364 |
| Net cash provided by (used in) investing activities | 81,768 | (10,856) | (23,888) |
| Cash flows from financing activities: | | | |
| Proceeds from long-term debt | 20,000 | 170,000 | 27,500 |
| Payments on long-term debt | (86,411) | (114,130) | (11,125) |
| Proceeds from lines of credit | 55,111 | 100,000 | 119,300 |
| Payments on lines of credit | (44,111) | (148,400) | (93,900) |
| Payments for debt issuance costs | (821) | (10,484) | (1,576) |
| Taxes paid by Company for employee stock plans | (789) | (405) | (212) |
| Proceeds from sale of common stock | — | — | 30 |
| Net cash (used in) provided by financing activities | (57,021) | (3,419) | 40,017 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 348 | 742 | (912) |
| Cash, cash equivalents and restricted cash, beginning of period | 1,295 | 553 | 1,465 |
| Cash, cash equivalents and restricted cash, end of period | $ 1,643 | $ 1,295 | $ 553 |
| Supplemental disclosure of cash flow information: | | | |
| Cash paid during the period for interest | $ 16,888 | $ 13,223 | $ 10,130 |
| Cash paid during the period for income taxes, net of refunds received | $ 441 | $ (7,680) | $ (1,124) |
| Supplemental disclosure of non-cash investing and financing activities: | | | |
| Purchases of property and equipment on trade vendor credit | $ 2,260 | $ 4,724 | $ 2,820 |

*See accompanying notes to the consolidated financial statements.*

45

**LANDEC CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

1.  **Organization, Basis of Presentation, and Summary of Significant Accounting Policies**

**Organization**

Landec Corporation and its subsidiaries ("Landec" or the "Company") design, develop, manufacture, and sell differentiated products for food and biomaterials markets, and license technology applications to partners.

Landec's biomedical company, Lifecore Biomedical, Inc. ("Lifecore"), is a fully integrated contract development and manufacturing organization ("CDMO") that offers highly differentiated capabilities in the development, fill and finish of sterile, injectable-grade pharmaceutical products in syringes and vials. As a leading manufacturer of premium, injectable grade Hyaluronic Acid, Lifecore brings 37 years of expertise as a partner for global and emerging biopharmaceutical and biotechnology companies across multiple therapeutic categories to bring their innovations to market. Lifecore recognizes revenue in two different product categories, CDMO and Fermentation.

Landec's natural food company, Curation Foods, Inc. ("Curation Foods"), is focused on innovating and distributing plant-based foods with 100% clean ingredients to retail, club and foodservice channels throughout North America. Its products are sold in natural food, conventional grocery and mass retail stores, primarily in the United States and Canada. The company categorizes revenue in three categories, avocado products, olive oil and wine vinegars and technology which reports revenues for BreatheWay patented supply chain solutions.

**Eat Smart Sale and Discontinued Operations**

On December 13, 2021 (the "Closing Date"), Landec and Curation Foods (together, the "Sellers"), and Taylor Farms Retail, Inc. ("Taylor Farms" and together with the Sellers, the "Parties") completed the sale (the "Eat Smart Disposition") of Curation Foods' Eat Smart business, including its salad and cut vegetable businesses (the "Business"), pursuant to the terms of an asset purchase agreement executed by the Parties on December 13, 2021 (the "Asset Purchase Agreement"). Pursuant to the Asset Purchase Agreement, Taylor Farms acquired the Business for a purchase price of $73.5 million, subject to post-closing adjustments based upon negotiation of the net working capital balances at the Closing Date. As part of the Eat Smart Disposition, Taylor Farms acquired, among other assets and liabilities related to the Business, the manufacturing facility and warehouses (and corresponding equipment) located in Bowling Green, Ohio and Guadalupe, California, as well as inventory, accounts receivable, accounts payable, intellectual property and information related to the Business, and assumed certain liabilities and executory obligations under the Company's and Curation Foods' outstanding contracts related to the Business, in each case, subject to the terms of the Asset Purchase Agreement.

Following the Eat Smart Disposition, Curation Foods retains its *O* Olive Oil & Vinegar ("*O*") and Yucatan Foods businesses and its rights and interests in BreatheWay, and the Company retains its Lifecore business.

During the third quarter of its fiscal year, the Company used net proceeds from the Eat Smart Disposition to repay $67.9 million in borrowings under the Company's existing credit agreements.

The accounting requirements for reporting the Eat Smart business as a discontinued operation were met when the Eat Smart Disposition was completed on the Closing Date. Accordingly, the consolidated financial statements and notes to the consolidated financial statements reflect the results of the Eat Smart business as a discontinued operation for all periods presented. A loss of $0.3 million from the Eat Smart Disposition is included in Loss from discontinued operations, net of tax, within the Consolidated Statements of Operations during the fiscal year ended May 29, 2022. Refer to Note 12 - Discontinued Operations for additional information.

**Basis of Presentation and Consolidation**

The consolidated financial statements are presented on the accrual basis of accounting in accordance with U.S. Generally Accepted Accounting Principles ("GAAP") and include the accounts of Landec Corporation and its subsidiaries, Curation Foods and Lifecore. All material inter-company transactions and balances have been eliminated.

The Company's fiscal year is the 52- or 53-week period that ends on the last Sunday of May with quarters within each year ending on the last Sunday of August, November, and February; however, in instances where the last Sunday would result in a quarter being 12-weeks in length, the Company's policy is to extend that quarter to the following Sunday. A 14th week is included in the fiscal year every five or six years to realign the Company's fiscal quarters with calendar quarters.

46

Arrangements that are not controlled through voting or similar rights are reviewed under the guidance for variable interest entities ("VIEs"). A company is required to consolidate the assets, liabilities and operations of a VIE if it is determined to be the primary beneficiary of the VIE.

An entity is a VIE and subject to consolidation, if by design: a) the total equity investment at risk is not sufficient to permit the entity to finance its activities without additional subordinated financial support provided by any parties, including equity holders or b) as a group the holders of the equity investment at risk lack any one of the following three characteristics: (i) the power, through voting rights or similar rights to direct the activities of an entity that most significantly impact the entity's economic performance, (ii) the obligation to absorb the expected losses of the entity, or (iii) the right to receive the expected residual returns of the entity. The Company reviewed the consolidation guidance and concluded that the equity investment in the non-public company by the Company is not a VIE.

## Summary of Significant Accounting Policies

### Use of Estimates

The preparation of financial statements in conformity with GAAP requires management to make certain estimates and judgments that affect the amounts reported in the financial statements and accompanying notes. The accounting estimates that require management's most significant and subjective judgments include revenue recognition; loss contingencies; sales returns and credit losses; recognition and measurement of current and deferred income tax assets and liabilities; the assessment of recoverability of long-lived and indefinite lived assets (including intangible assets and goodwill), and inventory; and the valuation and recognition of stock-based compensation.

These estimates involve the consideration of complex factors and require management to make judgments. The analysis of historical and future trends can require extended periods of time to resolve and are subject to change from period to period. The actual results may differ from management's estimates.

### Concentrations of Risk

Cash and cash equivalents and trade accounts receivable are financial instruments that potentially subject the Company to concentrations of credit risk. Our Company policy limits, among other things, the amount of credit exposure to any one issuer and to any one type of investment, other than securities issued or guaranteed by the U.S. government. The Company routinely assesses the financial strength of customers and, as a consequence, believes that trade receivables credit risk exposure is limited. Credit losses for bad debt are provided for in the consolidated financial statements through a charge to operations. A valuation allowance is provided for known and anticipated credit losses. The recorded amounts for these financial instruments approximate their fair value.

Several of the raw materials the Company uses to manufacture its products are currently purchased from a single source, including some monomers used to synthesize Intelimer polymers, substrate materials for its breathable membrane products, and raw materials for its HA products.

During the fiscal years ended May 29, 2022, May 30, 2021,and May 31, 2020 the Company had sales concentrations of 10% or greater from two customers, accounting for 16% and 13%, 18% and 13%, and 16% and 11%, respectively. The Company's same two customers had accounts receivable concentrations of 10% or greater, accounting for 26% and 13% of accounts receivable as of May 29, 2022, and 18% and 16%, as of May 30, 2021.

### Impairment of Long-Lived Assets

Long-lived assets are reviewed for impairment whenever events or changes in circumstances indicate that their carrying amounts may not be recoverable. Recoverability of assets is measured by comparison of the carrying amount of the asset to the net undiscounted future cash flow expected to be generated from the asset. If the future undiscounted cash flows are not sufficient to recover the carrying value of the assets, the assets' carrying value is adjusted to fair value. The Company regularly evaluates its long-lived assets for indicators of possible impairment.

### Financial Instruments

The Company's financial instruments are primarily composed of commercial-term trade payables, debt instruments, and derivative instruments. For short-term instruments, the historical carrying amount approximates the fair value of the instrument. The fair value of long-term debt and lines of credit approximates their carrying value.

47

*Cash Flow Hedges*

The Company has entered into interest rate swap agreements to manage interest rate risk. These derivative instruments may offset a portion of the changes in interest expense. The Company designates these derivative instruments as cash flow hedges. The Company accounts for its derivative instruments as either an asset or a liability and carries them at fair value in Other assets or Other non-current liabilities. The accounting for changes in the fair value of the derivative instrument depends on the intended use of the derivative instrument and the resulting designation.

For derivative instruments that hedge the exposure to variability in expected future cash flows and are designated as cash flow hedges, the entire change in the fair value of the hedging instrument is recorded as a component of Accumulated other comprehensive loss ("AOCL") in Stockholders' Equity. Those amounts are subsequently reclassified to earnings in the same line item in the Consolidated Statement of Operations as impacted when the hedged item affects earnings. To receive hedge accounting treatment, cash flow hedges must be highly effective in offsetting changes to expected future cash flows on hedged transactions.

During the third quarter of fiscal year 2021, the Company discontinued its hedge accounting prospectively since it was determined that the derivatives are no longer highly effective in offsetting changes in the net investment. The derivatives continue to be carried at fair value in the accompanying Consolidated Balance Sheets with changes in their fair values from the date of discontinued hedge accounting recognized in current period earnings in Other income (expense), net in the Consolidated Statements of Operations. Amounts previously accumulated in AOCL during the period of effectiveness will continue to be realized over the remaining term of the underlying forecasted debt payments as a component of AOCL in Stockholders' Equity.

*Accumulated Other Comprehensive Loss*

Comprehensive income consists of two components, Net loss and Other comprehensive (loss) income ("OCI"). OCI refers to revenue, expenses, and gains and losses that under GAAP are recorded as a component of stockholders' equity but are excluded from net loss. The Company's OCI consists of net deferred gains and losses on its interest rate swap derivative instruments. The components of AOCL, net of tax, are as follows (in thousands):

|  | AOCL |
| --- | --- |
| Balance as of May 30, 2021 | $ (1,358) |
| Amounts reclassified from OCI | 772 |
| Other comprehensive (loss) income, net | 772 |
| Balance as of May 29, 2022 | $ (586) |

The Company expects to reclassify approximately $0.6 million into earnings in the next 12 months.

Based on these assumptions, management believes the fair market values of the Company's financial instruments are not significantly different from their recorded amounts as of May 29, 2022 and May 30, 2021.

**Accounts Receivable, Sales Returns and Allowance for Credit Losses**

The Company carries its accounts receivable at their face amounts less an allowance for estimated sales returns and credit losses. Sales return allowances are estimated based on historical sales return amounts.

The Company uses the loss rate method to estimate its expected credit losses on trade accounts receivable and contract assets. In order to estimate expected credit losses, the Company assessed recent historical experience, current economic conditions and any reasonable and supportable forecast to identify risk characteristics that are shared within the financial asset. These risk characteristics are then used to bifurcate the loss rate method into risk pools. The risk pools were determined based on the industries in which the Company operates. Historical credit loss for each risk pool is then applied to the current period aging as presented in the identified risk pool to determine the needed reserve allowance. At times when there are no current economic conditions or forecasts that may affect future credit losses, the Company has determined that recent historical experience provides the best basis for estimating credit losses.

48

The information obtained from assessing historical experience, current economic conditions and reasonable and supportable forecasts were used to identify risk characteristics that can affect future credit loss experience. There were no significant risk characteristics identified in the review of historical experiences or in the review of estimates of current economic conditions and forecasts.

Estimating credit losses based on risk characteristics requires significant judgment by management. Significant judgments include, but are not limited to: assessing current economic conditions and the extent to which they are relevant to the existing characteristics of the Company's financial assets, the estimated life of financial assets, and the level of reliance on historical experience in light of economic conditions. The Company will continually review and update, when necessary, its historical risk characteristics that are meaningful to estimating credit losses, any new risk characteristics that arise in the natural course of business, and the estimated life of its financial assets.

The changes in the Company's allowance for sales returns and credit losses are summarized in the following table (in thousands):

| | Balance at beginning of period | | Provision (benefit) for expected credit losses | | Write offs, net of recoveries | | Balance at end of period |
|---|---|---|---|---|---|---|---|
| Year Ended May 31, 2020 | $ | 644 | $ | (460) | $ | 2 | $ | 186 |
| Year Ended May 30, 2021 | $ | 186 | $ | 187 | $ | (288) | $ | 85 |
| Year Ended May 29, 2022 | $ | 85 | $ | (14) | $ | (6) | $ | 65 |

*Contract Assets and Liabilities*

Contract assets primarily relate to the Company's conditional right to consideration for work completed but not billed at the reporting date. The Company's contract assets as of May 29, 2022, and May 30, 2021, were $10.2 million and $10.6 million, respectively.

Contract liabilities primarily relate to payments received from customers in advance of performance under the contract. The Company's contract liabilities as of May 29, 2022, and May 30, 2021, were $0.9 million and $0.9 million, respectively. Revenue recognized during the fiscal year ended May 29, 2022 that was included in the contract liability balance at the beginning of fiscal year 2022, was $0.4 million.

**Revenue Recognition**

The Company follows the five step, principles-based model to recognize revenue upon the transfer of promised goods or services to customers and in an amount that reflects the consideration for which the Company expects to be entitled in exchange for those goods or services. Revenue, net of estimated allowances and returns, is recognized when or as the Company satisfies its performance obligations under a contract and control of the product is transferred to the customer.

*Lifecore*

Lifecore generates revenue from two integrated activities: CDMO and Fermentation. CDMO is comprised of aseptic and development services. Lifecore's standard terms of sale are generally included in its contracts and purchase orders. Shipping and other transportation costs charged to customers are recorded in both revenue and cost of goods sold. Lifecore has elected to account for shipping and handling as fulfillment activities, and not as a separate performance obligation. Lifecore's standard payment terms with its customers generally range from 30 days to 60 days.

*Aseptic*

Lifecore provides aseptic formulation and filling of syringes and vials with precisely formulated medical grade HA and non-HA materials for injectable products used for medical purposes. In instances where our customers contract with us to aseptically fill syringes or vials with our HA, the goods are not distinct in the context of the contract. Lifecore recognizes revenue for these products at the point in time when legal title to the product is transferred to the customer, which is at the time that shipment is made or upon delivery of the product.

49

*Development Services*

Lifecore provides product development services to assist its customers in obtaining regulatory approval for the commercial sale of their drug product. These services include activities such as technology development, material component changes, analytical method development, formulation development, pilot studies, stability studies, process validation and production of materials for use within clinical studies. The Company's customers benefit from the expertise of its scientists who have extensive experience performing such tasks.

Each of the promised goods and services are not distinct in the context of the contract as the goods and services are highly interdependent and interrelated. The services described above are significantly affected by each other because Lifecore would not be able to fulfill its promise by transferring each of the goods or services independently.

Revenues generated from development services arrangements are recognized over time as Lifecore is creating an asset without an alternate use as it is unique to the customer. Furthermore, the Company has an enforceable right to payment for the performance completed to date for its costs incurred in satisfying the performance obligation plus a reasonable profit margin. For each of the development activities performed by Lifecore as described above, labor is the primary input (i.e., labor costs represent the majority of the costs incurred in the completion of the services). The Company determined that labor hours are the best measure of progress as it most accurately depicts the effort extended to satisfy the performance obligation over time.

*Fermentation*

Lifecore manufactures and sells pharmaceutical-grade sodium hyaluronate ("HA") in bulk form to its customers. The HA produced is distinct as customers are able to utilize the product provided under HA supply contracts when they obtain control. Lifecore recognizes revenue for these products at the point in time when legal title to the product is transferred to the customer, which is at the time that shipment is made or upon delivery of the product to our customer.

*Curation Foods*

Curation Foods' standard terms of sale, both prior to and following the Eat Smart Disposition, are generally included in its contracts and purchase orders. Revenue is recognized at the time shipment is made or upon delivery as control of the product is transferred to the customer. Shipping and other transportation costs charged to customers are recorded in both revenue and cost of goods sold. Curation Foods has elected to account for shipping and handling as fulfillment activities, and not as a separate performance obligation. Curation Foods' standard payment terms with its customers generally range from 30 days to 90 days. Certain customers may receive cash-based incentives (including: volume rebates, discounts, and promotions), which are accounted for as variable consideration to Curation Foods' performance obligations. Curation Foods estimates these sales incentives based on the expected amount to be provided to its customers and reduces revenues recognized towards its performance obligations. The Company has not historically had and does not anticipate significant changes in its estimates for variable consideration.

The Company disaggregates its revenue by segment based on how it markets its products and services and reviews results of operations. The following tables disaggregate segment revenue by major product lines and services (in thousands):

| Lifecore: | | Year Ended | | | | |
| | | May 29, 2022 | | May 30, 2021 | | May 31, 2020 |
|---|---|---|---|---|---|---|
| Contract development and manufacturing organization | $ | 86,313 | $ | 75,297 | $ | 64,781 |
| Fermentation | | 23,007 | | 22,790 | | 21,052 |
| Total | $ | 109,320 | $ | 98,087 | $ | 85,833 |

| Curation Foods: | | Year Ended | | | | |
| | | May 29, 2022 | | May 30, 2021 | | May 31, 2020 |
|---|---|---|---|---|---|---|
| Avocado products | $ | 65,269 | $ | 63,575 | $ | 62,194 |
| Olive oil and wine vinegars | | 9,287 | | 7,589 | | 7,783 |
| Technology | | 1,910 | | 2,295 | | 4,256 |
| Total | $ | 76,466 | $ | 73,459 | $ | 74,233 |

**Shipping and Handling Costs**

Amounts billed to third-party customers for shipping and handling are included as a component of revenues. Shipping and handling costs incurred are included as a component of cost of products sold and represent costs incurred to ship product from the processing facility or distribution center to the end consumer markets.

**Cash and Cash Equivalents**

The Company records all highly liquid securities with three months or less from date of purchase to maturity as cash equivalents. Cash equivalents consist mainly of money market funds. The market value of cash equivalents approximates their historical cost given their short-term nature.

*Reconciliation of Cash and Cash Equivalents and Cash as presented on the Statements of Cash Flows*

The following table provides a reconciliation of cash, cash equivalents, and restricted cash reported within the Consolidated Balance Sheets that sum to the total of the same such amounts shown in the Consolidated Statements of Cash Flows (in thousands):

|  | May 29, 2022 | May 30, 2021 | May 31, 2020 |
|---|---|---|---|
| Cash and cash equivalents | $ 1,643 | $ 1,159 | $ 360 |
| Restricted cash | — | — | 193 |
| Cash and cash equivalents, discontinued operations | — | 136 | — |
| Cash, cash equivalents and restricted cash | $ 1,643 | $ 1,295 | $ 553 |

**Inventories**

Inventories are stated at the lower of cost (using the first-in, first-out method) or net realizable value. As of May 29, 2022 and May 30, 2021, inventories consisted of the following (in thousands):

|  | Year Ended | |
|---|---|---|
|  | May 29, 2022 | May 30, 2021 |
| Finished goods | $ 33,029 | $ 40,204 |
| Raw materials | 24,221 | 16,644 |
| Work in progress | 9,595 | 6,228 |
| Total inventories | $ 66,845 | $ 63,076 |

If the cost of the inventories exceeds their net realizable value, provisions are recorded currently to reduce them to net realizable value. The Company also records a provision for slow moving and obsolete inventories based on the estimate of demand for its products.

**Advertising Expense**

Advertising expenditures for the Company are expensed as incurred and included in selling, general, and administrative in the accompanying Consolidated Statements of Operations. Advertising expense for the Company for fiscal years 2022, 2021 and 2020 was $0.2 million, $0.1 million and $0.1 million, respectively.

**Related Party Transactions**

The Company sells and licenses its BreatheWay® food packaging technology to Windset Holdings 2010 Ltd. ("Windset"), in which, as further described in Note 2 - Investment in Non-public Company, the Company had a 26.9% ownership interest until it sold that interest on June 1, 2021. During fiscal years 2021 and 2020, the Company recognized revenues of $0.5 million and $0.6 million, respectively, from the sale of products to and license fees from Windset. These amounts have been included in Product sales in the accompanying Consolidated Statements of Operations. The related receivable balance of $0.1 million from Windset is included in Accounts receivable in the accompanying Consolidated Balance Sheets as of May 30, 2021.

51

All related party transactions are monitored quarterly by the Company and approved by the Audit Committee of the Board of Directors.

**Property and Equipment and Finite-Lived Intangible Assets**

Property and equipment and finite-lived intangible assets are stated at cost. Expenditures for major improvements are capitalized while repairs and maintenance are charged to expense. Depreciation is expensed on a straight-line basis over the estimated useful lives of the respective assets. Customer relationships are amortized to operating expense on an accelerated basis that reflects the pattern in which the economic benefits are consumed. Leasehold improvements are amortized on a straight-line basis over the lesser of the economic life of the improvement or the life of the lease.

The Company capitalizes software development costs for internal use. Capitalization of software development costs begins in the application development stage and ends when the asset is placed into service. The Company amortizes such costs on a straight-line basis over estimated useful lives of three to seven years.

Property, plant and equipment and finite-lived intangible assets are reviewed for possible impairment whenever events or changes in circumstances occur that indicate that the carrying amount of an asset (or asset group) may not be recoverable. The Company's impairment review requires significant management judgment including estimating the future success of product lines, future sales volumes, revenue and expense growth rates, alternative uses for the assets and estimated proceeds from the disposal of the assets. The Company conducts quarterly reviews of idle and underutilized equipment, and reviews business plans for possible impairment indicators. Impairment is indicated when the carrying amount of the asset (or asset group) exceeds its estimated future undiscounted cash flows and the impairment is viewed as other than temporary. When impairment is indicated, an impairment charge is recorded for the difference between the asset's book value and its estimated fair value. Depending on the asset, estimated fair value may be determined either by use of a discounted cash flow model or by reference to estimated selling values of assets in similar condition. The use of different assumptions would increase or decrease the estimated fair value of assets and would increase or decrease any impairment measurement.

During fiscal year 2020, the Company recorded impairment charges of $1.3 million and $0.5 million related to *O* property and equipment, and finite-lived intangible assets (customer relationships), respectively. The impairment was determined using the present value of cash flows method and was primarily a result of the recently updated (lowered) financial outlook for the *O* reporting unit, related to a recent shift in strategic focus within the Curation Foods business segment. The impairment charge of property and equipment is included in Selling, general and administrative in the Consolidated Statements of Operations. The impairment charge of the customer relationships intangible asset impairment charge is included in the line item Impairment of goodwill and intangible assets on the Consolidated Statements of Operations, and is in the Curation Foods business segment.

**Impairment Review of Goodwill and Indefinite-Lived Intangible Asset**

The Company tests its goodwill and trademarks with indefinite lives annually for impairment in the fiscal fourth quarter or earlier if there are indications during a different interim period that these assets may have become impaired.

On a quarterly basis, the Company considers the need to update its most recent annual tests for possible impairment of its indefinite-lived intangible assets and goodwill, based on management's assessment of changes in its business and other economic factors since the most recent annual evaluation. Such changes, if significant or material, could indicate a need to update the most recent annual tests for impairment of the indefinite-lived intangible assets during the current period. The results of these tests could lead to write-downs of the carrying values of these assets in the current period.

With respect to goodwill, the Company has the option to first assess qualitative factors such as macro-economic conditions, industry and market environment, cost factors, overall financial performance of the Company, cash flow from operating activities, market capitalization, litigation, and stock price. If the result of a qualitative test indicates a potential for impairment of a reporting unit, a quantitative test is performed. The quantitative test compares the carrying amount of a reporting unit that includes goodwill to its fair value. The Company determines the fair value using an income approach.

To determine the fair value of a reporting unit as part of its quantitative test, the Company uses a discounted cash flow ("DCF") method under the income approach, as it believes that this approach is the most reliable indicator of the fair value of its businesses and the fair value of their future earnings and cash flows. Under this approach, which requires significant judgments, the Company estimates the future cash flows of each reporting unit and discounts these cash flows at a rate of return that reflects their relative risk and rate of return an outside investor could expect to earn. The cash flows used in the DCF method are consistent with those the Company uses in its internal planning, which gives consideration to actual business trends experienced, and the broader business strategy for the long term. The other key estimates and factors used in the DCF method include, but are not limited to, future volumes, net sales and expense growth rates, and gross margin and gross margin growth rates. Changes in

52

such estimates or the application of alternative assumptions could produce different results. A goodwill impairment loss is recognized for the amount that the carrying amount of a reporting unit, including goodwill, exceeds its fair value, limited to the total amount of goodwill allocated to that reporting unit.

For trademarks and other intangible assets with indefinite lives, the Company has the option to first assess qualitative factors such as macro-economic conditions, industry and market environment, cost factors, overall financial performance of the Company, litigation, and changes in the business in its annual, qualitative analysis to test for impairment. If the results of a qualitative test indicate a potential for impairment of an intangible asset with an indefinite life, a quantitative test is performed. The quantitative test compares the estimated fair value of an asset to its carrying amount. If the carrying amount of such asset exceeds its estimated fair value, an impairment charge is recorded for the difference between the carrying amount and the estimated fair value. The Company uses the income approach to estimate the fair value of its trademarks. This approach requires significant judgments in determining the royalty rates and the assets' estimated cash flows as well as the appropriate discount rates applied to those cash flows to determine fair value. Changes in such estimates or the use of alternative assumptions could produce different results.

During fiscal year 2020, the Company recorded an impairment charge of $1.1 million and $3.5 million related to its *O* and Yucatan Foods trademarks, respectively. The Company also recorded an impairment charge of $5.2 million and $2.7 million related to its *O* and Yucatan Foods goodwill, respectively. The *O* impairment charges were primarily a result of the recently updated (lowered) financial outlook for the *O* reporting unit, related to a recent shift in strategic focus within the Curation Foods business segment. The Yucatan Foods impairment charges were primarily a result of an increase in the Yucatan Foods carrying value and an increase in the discount rate, as a result of uncertainty in forecasting the effects of COVID-19 and general economic uncertainties. These impairment charges are included in the line item Impairment of goodwill and intangible assets on the Consolidated Statements of Operations, and both are in the Curation Foods business segment.

During fiscal year 2022, the Company recorded impairment charges of $32.1 million and $20.0 million related to its Eat Smart business and Yucatan Foods goodwill, respectively. The Company also recorded an impairment charge of $8.7 million related to its Yucatan Foods trademarks. These impairment charges were primarily a result of an indication of a decrease in the fair market values of the Eat Smart and Yucatan Foods businesses driven by lower market valuations and a decrease in projected cash flows. The goodwill impairment charge related to the Eat Smart business goodwill is included in Loss from discontinued operations within the Consolidated Statements of Operations. The Yucatan Foods related impairment charges are included in the line item Impairment of goodwill and intangible assets on the Consolidated Statements of Operations and are in the Curation Foods business segment.

Other than the goodwill and intangibles write-offs discussed above, there were no other impairment losses for goodwill or intangibles during fiscal years 2022, 2021 and 2020.

**Investment in Non-Public Company**

On February 15, 2011, the Company made an investment in Windset which is reported at fair value in the accompanying Consolidated Balance Sheets as of May 30, 2021. The Company has elected to account for its investment in Windset under the fair value option. See Note 2 – Investment in Non-public Company for further information. On June 1, 2021, the Company sold all of its equity interest in Windset to the Newell Capital Corporation and Newell Brothers Investment 2 Corp.

**Business Interruption Insurance Recoveries**

In the third quarter of fiscal year 2019, the Company recalled five SKUs of Eat Smart single-serve Salad Shake-Ups™. In the fourth quarter of fiscal year 2019, the Company submitted a product recall claim. In fiscal year 2020, the Company recognized $3.0 million of business interruption insurance recoveries. Amounts received on insurance recoveries related to business interruption are recorded when amounts are realized and are included within Loss from discontinued operations in the Consolidated Statement of Operations and as operating cash flows.

**Deferred Revenue**

Cash received in advance of services performed are recorded as deferred revenue.

53

**Income Taxes**

The Company accounts for income taxes in accordance with accounting guidance which requires that deferred tax assets and liabilities be recognized using enacted tax rates for the effect of temporary differences between the book and tax basis of recorded assets and liabilities. The Company maintains valuation allowances when it is likely that all or a portion of a deferred tax asset will not be realized. Changes in valuation allowances from period to period are included in the Company's income tax provision in the period of change. In determining whether a valuation allowance is warranted, the Company takes into account such factors as prior earnings history, expected future earnings, unsettled circumstances that, if unfavorably resolved, would adversely affect utilization of a deferred tax asset, carryback and carryforward periods and tax strategies that could potentially enhance the likelihood of realization of a deferred tax asset.

In addition to valuation allowances, the Company establishes accruals for uncertain tax positions. The tax-contingency accruals are adjusted in light of changing facts and circumstances, such as the progress of tax audits, case law and emerging legislation. The Company recognizes interest and penalties related to uncertain tax positions as a component of income tax expense. The Company's effective tax rate includes the impact of tax-contingency accruals as considered appropriate by management.

A number of years may elapse before a particular matter, for which the Company has accrued, is audited and finally resolved. The number of years with open tax audits varies by jurisdiction. While it is often difficult to predict the final outcome or the timing of resolution of any particular tax matter, the Company believes its tax-contingency accruals are adequate to address known tax contingencies. Favorable resolution of such matters could be recognized as a reduction to the Company's effective tax rate in the year of resolution. Unfavorable settlement of any particular issue could increase the Company's effective tax rate in the year of resolution. Any resolution of a tax issue may require the use of cash in the year of resolution. The Company's tax-contingency accruals are recorded in Other accrued liabilities in the accompanying Consolidated Balance Sheets.

**Per Share Information**

Accounting guidance requires the presentation of basic and diluted earnings per share. Basic earnings per share excludes any dilutive effects of options, warrants and convertible securities and is computed using the weighted average number of common shares outstanding. Diluted earnings per share reflect the potential dilution as if securities or other contracts to issue common stock were exercised or converted into common stock. Diluted common equivalent shares consist of stock options and restricted stock units, calculated using the treasury stock method.

The following table sets forth the computation of diluted net loss per share:

| | | Year Ended | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| (in thousands, except per share amounts) | | May 29, 2022 | | May 30, 2021 | | May 31, 2020 |
| **Numerator:** | | | | | | |
| Net loss | $ | (97,431) | $ | (32,665) | $ | (38,191) |
| | | | | | | |
| **Denominator:** | | | | | | |
| Weighted average shares for basic net loss per share | | 29,466 | | 29,294 | | 29,162 |
| Effect of dilutive securities: | | | | | | |
| Stock options and restricted stock units | | — | | — | | — |
| Weighted average shares for diluted net loss per share | | 29,466 | | 29,294 | | 29,162 |
| | | | | | | |
| Diluted net loss per share | $ | (3.31) | $ | (1.12) | $ | (1.31) |

Due to the Company's net loss in fiscal years 2022, 2021, and 2020 the net loss per share includes only the weighted average shares outstanding and thus excludes restricted stock unit awards ("RSUs") and stock options, as such impact would be antidilutive. See Note 5 - Stock Based Compensation and Stockholders' Equity for more information on outstanding RSUs and stock options.

54

**Research and Development Expenses**

Costs related to both research and development contracts and Company-funded research is included in research and development expenses. Research and development costs are primarily comprised of salaries and related benefits, supplies, travel expenses, consulting expenses and corporate allocations.

**Accounting for Stock-Based Compensation**

The Company's stock-based awards include stock option grants and RSUs. The Company records compensation expense for stock-based awards issued to employees and directors in exchange for services provided based on the estimated fair value of the awards on their grant dates and is recognized over the required service periods, generally the vesting period.

The estimated fair value for stock options, which determines the Company's calculation of stock-based compensation expense, is based on the Black-Scholes option pricing model. The use of Black-Scholes requires the Company to make estimates and assumptions, such as expected volatility, expected term, and risk-free interest rate. RSUs are valued at the closing market price of the Company's common stock on the date of grant. The Company uses the straight-line single option method to calculate and recognize the fair value of stock-based compensation arrangements.

**Employee Savings and Investment Plans**

The Company sponsors a 401(k) plan ("Landec Plan"), which is available to all full-time Landec employees and allows participants to contribute from 1% to 50% of their salaries, up to the Internal Revenue Service limitation into designated investment funds. The Company matches 100% on the first 3% and 50% on the next 2% contributed by an employee. Employee and Company contributions are fully vested at the time of the contributions. The Company retains the right, by action of the Board of Directors, to amend, modify, or terminate the plan. For fiscal years 2022, 2021 and 2020, the Company contributed $1.4 million, $1.1 million and $1.1 million, respectively, to the Landec Plan.

**Fair Value Measurements**

The Company uses fair value measurement accounting for financial assets and liabilities and for financial instruments and certain other items measured at fair value. The Company has elected the fair value option for its investment in a non-public company. The Company has not elected the fair value option for any of its other eligible financial assets or liabilities.

Applicable accounting guidance establishes a three-tier hierarchy for fair value measurements, which prioritizes the inputs used in measuring fair value as follows:

Level 1 –     observable inputs such as quoted prices for identical instruments in active markets.

Level 2 –     inputs other than quoted prices in active markets that are observable either directly or indirectly through corroboration with observable market data.

Level 3 –     unobservable inputs in which there is little or no market data, which would require the Company to develop its own assumptions.

As of May 29, 2022 and May 30, 2021, the Company held certain assets and liabilities that were required to be measured at fair value on a recurring basis, including its interest rate swap, and its minority interest investment in Windset.

The fair value of the Company's interest rate swap contracts is determined based on model inputs that can be observed in a liquid market, including yield curves, and is categorized as a Level 2 fair value measurement and is included in Other assets or Other non-current liabilities in the accompanying Consolidated Balance Sheets.

As of May 29, 2022, related to the assets of Curation Foods' BreatheWay packaging technology business, the Company had $1.0 million in Prepaid expenses and other current assets within the Consolidated Balance Sheets meeting the criteria of held for sale. As of May 30, 2021, related to Curation Foods' distribution facility in Rock Hill, South Carolina the Company had $0.5 million in Current assets, discontinued operations within the Consolidated Balance Sheets meeting the criteria of assets held for sale. These assets are recognized at the lower of cost or fair value less cost to sell using market approach. The fair value of these assets are classified as level 3 in the fair value hierarchy due to a mix of unobservable inputs utilized such as independent research in the market as well as actual quotes from market participants. See Note 3 - Property and Equipment and Note 13 - Restructuring Costs for additional information.

The Company elected the fair value option of accounting for its investment in Windset. The calculation of fair value utilized significant unobservable inputs, including projected cash flows, growth rates, and discount rates. As a result, the Company's investment in Windset was considered to be a Level 3 measurement investment. The Company sold its entire investment in Windset on June 1, 2021 for $45.1 million. No gain or loss was recorded upon the sale of the Company's investment in Windset.

In determining the fair value of the Company's investment in Windset, the Company utilizes the following significant unobservable inputs in the discounted cash flow models:

|  | May 30, 2021 Range (Weighted Average) |
| --- | --- |
| Revenue growth rates | 7% (6.9%) |
| Expense growth rates | 0% to 8% (5.5%) |
| Discount rates | 10% |

Imprecision in estimating unobservable market inputs can affect the amount of gain or loss recorded for a particular position. The use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different estimate of fair value at the reporting date.

The following table summarizes the fair value of the Company's assets and liabilities that are measured at fair value on a recurring and non-recurring basis (in thousands):

|  | Fair Value at May 29, 2022 | | | Fair Value at May 30, 2021 | | |
| --- | --- | --- | --- | --- | --- | --- |
| Assets: | Level 1 | Level 2 | Level 3 | Level 1 | Level 2 | Level 3 |
| Assets held for sale - nonrecurring | $ — | $ — | $ 1,027 | $ — | $ — | $ — |
| Current assets, discontinued operations |  |  |  |  |  |  |
| Assets held for sale - nonrecurring | — | — | — | — | — | 515 |
| Other assets, discontinued operations |  |  |  |  |  |  |
| Investment in non-public company | — | — | — | — | — | 45,100 |
| Total assets | $ — | $ — | $ 1,027 | $ — | $ — | $ 45,615 |
| Liabilities: |  |  |  |  |  |  |
| Interest rate swap contracts | $ — | $ — | $ — | $ — | $ 1,736 | $ — |
| Total liabilities | $ — | $ — | $ — | $ — | $ 1,736 | $ — |

The following table reflects the fair value roll forward reconciliation of Level 3 assets and liabilities measured at fair value for the twelve months ended May 29, 2022 (in thousands):

|  | Windset Investment |
| --- | --- |
| Balance as of May 30, 2021 | $ 45,100 |
| Sale of Investment in non-public company | (45,100) |
| Balance as of May 29, 2022 | $ — |

**Correction of Error in Previously Reported Fiscal Year 2022 Interim Financial Statements (Unaudited)**

The Company is restating (the "Restatement") its previously issued (i) unaudited consolidated balance sheets as of February 27, 2022 and May 30, 2021, (ii) unaudited consolidated statements of comprehensive (loss) income for the three and nine months ended February 27, 2022, (iii) unaudited consolidated statement of cash flows for the nine months ended February 27, 2022, (iv) unaudited consolidated statement of changes in stockholders' equity, and (v) unaudited Note 4, Note 7, Note 8, and Note 9 to the consolidated financial statements, in each case, as previously reported in our Quarterly Report on Form 10-Q for the period ended February 27, 2022 (the "Prior Financial Statements"). We assessed the materiality of this error in accordance with the U.S. Securities and Exchange Commission Staff Accounting Bulletin No. 99, Materiality and have concluded that the Prior Financial Statements should be restated.

This restatement reflected in the tables below results from corrections by us primarily related to:

(i) the classification of certain expenses and the recording of accruals related to the Company's recent disposition activities and the Company's corporate transition of Landec Corporation to Lifecore Biomedical, which were previously classified as restructuring expenses from continuing operations in our Prior Financial Statements, but which the Company intends to correct to classify as selling, general and administrative expenses, and cost of goods sold within continuing operations;

(ii) the treatment of the fees received and costs incurred by the Company pursuant to the transition services agreement related to the sale of the Curation Foods' Eat Smart business (the "TSA"), for which the Company had previously recognized the net of the TSA fees received and costs incurred as loss on sale of Eat Smart within discontinued operations, but for which the Company intends to correct to classify the TSA fees received by the Company within transition services income and the TSA costs incurred by the Company as selling, general and administrative expenses within continuing operations; and

(iii) the classification of certain costs and expenses related to the Company's recent disposition activities and the Company's corporate transition of Landec Corporation to Lifecore Biomedical, which were previously classified as loss on sale of Eat Smart within discontinued operations, but which the Company intends to correct to classify as selling, general and administrative expenses within continuing operations.

The effects of this error on our previously reported February 27, 2022 and May 30, 2021 consolidated balance sheets as presented in the Company's fiscal year 2022 third quarter Form 10-Q are as follows:

| | As reported | | | | Adjustment | | As restated | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| (in thousands) | February 27, 2022 | | | | Adjustment | | February 27, 2022 | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | |
| Other accrued liabilities | $ | 13,735 | | $ | 348 | | $ | 14,083 |
| Total Current Liabilities | | 90,065 | | | 348 | | | 90,413 |
| Total Liabilities | | 181,510 | | | 348 | | | 181,858 |
| Retained earnings (accumulated deficit) | | (22,188) | | | (348) | | | (22,536) |
| Total Stockholders' Equity | | 144,072 | | | (348) | | | 143,724 |
| Total Liabilities and Stockholders' Equity | $ | 325,582 | | $ | — | | $ | 325,582 |

| | As reported | | | | Adjustment | | As restated | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| (in thousands) | May 30, 2021 | | | | Adjustment | | May 30, 2021 | |
| **ASSETS** | | | | | | | | |
| Property and equipment, net | $ | 112,770 | | $ | 7,516 | | $ | 120,286 |
| Operating lease right-of-use assets | | 7,480 | | | 9,618 | | | 17,098 |
| Other assets, discontinued operations | | 171,274 | | | (17,134) | | | 154,140 |
| Total Assets | | 502,924 | | | — | | | 502,924 |
| **LIABILITIES** | | | | | | | | |
| Current portion of lease liabilities | | 1,465 | | | 135 | | | 1,600 |
| Current liabilities, discontinued operations | | 42,779 | | | (135) | | | 42,644 |
| Total Current Liabilities | | 101,888 | | | — | | | 101,888 |
| Long-term lease liabilities | | 9,581 | | | 10,778 | | | 20,359 |
| Non-current liabilities, discontinued operations | | 14,759 | | | (10,778) | | | 3,981 |
| Total Liabilities | $ | 300,140 | | $ | — | | $ | 300,140 |

The effects of this error on our previously reported fiscal year 2022 interim consolidated statements of comprehensive (loss) income for the three month period ended February 27, 2022 are as follows:

| (in thousands, except per share amounts) | As reported February 27, 2022 | | Adjustment | As restated February 27, 2022 | |
|---|---|---|---|---|---|
| Product sales | $ | 53,074 | $ — | $ | 53,074 |
| Cost of product sales | | 39,179 | 675 | | 39,854 |
| Gross profit | | 13,895 | (675) | | 13,220 |
| Operating costs and expenses: | | | | | |
| Research and development | | 2,056 | — | | 2,056 |
| Selling, general and administrative | | 9,725 | 6,625 | | 16,350 |
| Restructuring cost | | 5,865 | (595) | | 5,270 |
| Total operating costs and expenses | | 17,646 | 6,030 | | 23,676 |
| Operating loss | | (3,751) | (6,705) | | (10,456) |
| Interest income | | 20 | — | | 20 |
| Interest expense | | (4,105) | — | | (4,105) |
| Transition services income | | — | 5,473 | | 5,473 |
| Other income (expense), net | | 454 | — | | 454 |
| Net loss from continuing operations before taxes | | (7,382) | (1,232) | | (8,614) |
| Income tax benefit | | 276 | 37 | | 313 |
| Net loss from continuing operations | | (7,106) | (1,195) | | (8,301) |
| Loss from discontinued operations, net of tax | | (5,744) | 959 | | (4,785) |
| Net loss | $ | (12,850) | $ (236) | $ | (13,086) |
| | | | | | |
| Basic and diluted net loss per share: | | | | | |
| Loss from continuing operations | $ | (0.24) | $ (0.04) | $ | (0.28) |
| Loss from discontinued operations | | (0.19) | 0.03 | | (0.16) |
| Total basic and diluted net loss per share | $ | (0.43) | $ (0.01) | $ | (0.44) |
| | | | | | |
| Other comprehensive income (loss), net of tax: | | | | | |
| Net unrealized gain (losses) on interest rate swaps (net of tax effect) | $ | 104 | $ — | $ | 104 |
| Other comprehensive income (loss), net of tax | | 104 | — | | 104 |
| Total comprehensive loss | $ | (12,746) | $ (236) | $ | (12,982) |

The effects of this error on our previously reported fiscal year 2022 interim consolidated statements of comprehensive (loss) income for the nine-month period ended February 27, 2022 are as follows:

| (in thousands, except per share amounts) | As reported February 27, 2022 | Adjustment | As restated February 27, 2022 |
|---|---|---|---|
| Product sales | $ 138,158 | $ — | $ 138,158 |
| Cost of product sales | 99,113 | 787 | 99,900 |
| Gross profit | 39,045 | (787) | 38,258 |
| Operating costs and expenses: | | | |
| Research and development | 5,785 | — | 5,785 |
| Selling, general and administrative | 27,207 | 6,906 | 34,113 |
| Restructuring costs | 8,406 | (876) | 7,530 |
| Total operating costs and expenses | 41,398 | 6,030 | 47,428 |
| Operating loss | (2,353) | (6,817) | (9,170) |
| Interest income | 66 | — | 66 |
| Interest expense | (13,877) | — | (13,877) |
| Transition services income | — | 5,473 | 5,473 |
| Other income (expense), net | 642 | — | 642 |
| Net loss from continuing operations before taxes | (15,522) | (1,344) | (16,866) |
| Income tax benefit | 5,012 | 14 | 5,026 |
| Net loss from continuing operations | (10,510) | (1,330) | (11,840) |
| Loss from discontinued operations, net of tax | (50,258) | 982 | (49,276) |
| Net loss | $ (60,768) | $ (348) | $ (61,116) |
| | | | |
| Basic and diluted net loss per share: | | | |
| Loss from continuing operations | $ (0.36) | $ (0.05) | $ (0.41) |
| Loss from discontinued operations | (1.71) | 0.03 | (1.68) |
| Total basic and diluted net loss per share | $ (2.07) | $ (0.02) | $ (2.09) |
| | | | |
| Other comprehensive income (loss), net of tax: | | | |
| Net unrealized gain (losses) on interest rate swaps (net of tax effect) | $ 646 | $ — | $ 646 |
| Other comprehensive income (loss), net of tax | 646 | — | 646 |
| Total comprehensive loss | $ (60,122) | $ (348) | $ (60,470) |

59

The effects of this error on our previously reported fiscal year 2022 consolidated statements of changes in stockholders' equity for the nine-month period ended February 27, 2022 are as follows:

| (In thousands) | As reported Retained Earnings (Accumulated Deficit) | As reported Total Stockholders' Equity | Adjustment | As restated Retained Earnings (Accumulated Deficit) | As restated Total Stockholders' Equity |
|---|---|---|---|---|---|
| Balance at May 30, 2021 | $ 38,580 | $ 202,784 | $ — | $ 38,580 | $ 202,784 |
| Net loss | (9,477) | (9,477) | (32) | (9,509) | (9,509) |
| Balance at August 29, 2021 | 29,103 | 193,865 | (32) | 29,071 | 193,833 |
| Net loss | (38,441) | (38,441) | (80) | (38,521) | (38,521) |
| Balance at November 28, 2021 | (9,338) | 156,202 | (112) | (9,450) | 156,090 |
| Net loss | (12,850) | (12,850) | (236) | (13,086) | (13,086) |
| Balance at February 27, 2022 | $ (22,188) | $ 144,072 | $ (348) | $ (22,536) | $ 143,724 |

60

The effects of this error on our previously reported fiscal year 2022 consolidated statements of cash flows for the nine-month period ended February 27, 2022 are as follows:

| (in thousands) | As reported February 27, 2022 | Adjustment | As restated February 27, 2022 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Net loss | $ (60,768) | $ (348) | $ (61,116) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | | |
| Impairment of goodwill | 32,057 | — | 32,057 |
| Depreciation, amortization of intangibles, debt costs and right-of-use assets | 14,488 | — | 14,488 |
| Loss on disposal of property and equipment related to restructuring, net | 5,185 | — | 5,185 |
| Deferred taxes | (5,471) | — | (5,471) |
| Loss on sale of Eat Smart | 4,354 | (4,119) | 235 |
| Stock-based compensation expense | 1,928 | — | 1,928 |
| Net loss on disposal of property and equipment held and used | 25 | — | 25 |
| Provision (benefit) for expected credit losses | (14) | — | (14) |
| Other, net | (551) | — | (551) |
| Changes in current assets and current liabilities: | | | |
| Accounts receivable, net | (7,525) | — | (7,525) |
| Inventories | (11,910) | — | (11,910) |
| Prepaid expenses and other current assets | (1,448) | — | (1,448) |
| Accounts payable | 13,055 | 452 | 13,507 |
| Accrued compensation | (3,849) | 1,822 | (2,027) |
| Other accrued liabilities | (4,195) | 4,125 | (70) |
| Deferred revenue | 204 | 458 | 662 |
| Net cash (used in) provided by operating activities | (24,435) | 2,390 | (22,045) |
| | | | |
| Cash flows from investing activities: | | | |
| Proceeds from sale of Eat Smart | 73,500 | — | 73,500 |
| Sale of Investment in non-public company | 45,100 | — | 45,100 |
| Purchases of property and equipment | (18,539) | — | (18,539) |
| Proceeds from sales of property and equipment | 1,096 | — | 1,096 |
| Eat Smart sale net working capital adjustment and cash sale expenses | — | (2,390) | (2,390) |
| Net cash provided by investing activities | 101,157 | (2,390) | 98,767 |
| | | | |
| Net cash used in financing activities | (76,163) | — | (76,163) |
| | | | |
| Net increase in cash, cash equivalents and restricted cash | 559 | — | 559 |
| Cash, cash equivalents and restricted cash, beginning of period | 1,295 | — | 1,295 |
| Cash, cash equivalents and restricted cash, end of period | $ 1,854 | $ — | $ 1,854 |

61

The effects of this error on our previously reported fiscal year 2022 diluted earnings per share for the three and nine month periods ended February 27, 2022 as presented in the Company's fiscal year 2022 third quarter Form 10-Q Note 4 - Diluted Earnings per share are as follows:

| | Three Months Ended | | | | Nine Months Ended | | |
| | As reported | | As restated | | As reported | | As restated |
| (in thousands, except per share amounts) | February 27, 2022 | Adjustment | February 27, 2022 | | February 27, 2022 | Adjustment | February 27, 2022 |
|---|---|---|---|---|---|---|---|
| Numerator: | | | | | | | |
| Net loss | $ (12,850) | $ (236) | $ (13,086) | $ | (60,768) $ | (348) $ | (61,116) |
| | | | | | | | |
| Denominator: | | | | | | | |
| Weighted average shares for diluted net loss per share | 29,482 | 29,482 | 29,482 | | 29,459 | 29,459 | 29,459 |
| | | | | | | | |
| Diluted net loss per share | $ (0.43) | $ (0.01) | $ (0.44) | $ | (2.07) $ | (0.02) $ | (2.09) |

62

The effects of this error on our previously reported fiscal year 2022 operations by business segment for the three and nine month periods ended February 27, 2022 as presented in the Company's fiscal year 2022 third quarter Form 10-Q Note 7 - Business Segment Reporting are as follows:

| (In Thousands) | Lifecore | Curation Foods | Other | Total |
|---|---|---|---|---|
| **Three Months Ended February 27, 2022** | | | | |
| Gross profit, As reported | $ 12,905 | $ 990 | $ — | $ 13,895 |
| Adjustment | — | (675) | — | (675) |
| Gross profit, As restated | 12,905 | 315 | — | 13,220 |
| | | | | |
| Net income (loss) from continuing operations, As reported | 5,054 | (5,848) | (6,312) | (7,106) |
| Adjustment | — | (1,195) | — | (1,195) |
| Net income (loss) from continuing operations, As restated | 5,054 | (7,043) | (6,312) | (8,301) |
| | | | | |
| Loss from discontinued operations, As reported | — | (2,703) | (3,041) | (5,744) |
| Adjustment | — | 959 | — | 959 |
| Loss from discontinued operations, As restated | — | (1,744) | (3,041) | (4,785) |
| | | | | |
| **Nine Months Ended February 27, 2022** | | | | |
| Gross profit, As reported | $ 30,384 | $ 8,661 | $ — | $ 39,045 |
| Adjustment | — | (787) | — | (787) |
| Gross profit, As restated | 30,384 | 7,874 | — | 38,258 |
| | | | | |
| Net income (loss) from continuing operations, As reported | 11,317 | 5,513 | (27,340) | (10,510) |
| Adjustment | — | (1,330) | — | (1,330) |
| Net income (loss) from continuing operations, As restated | 11,317 | 4,183 | (27,340) | (11,840) |
| | | | | |
| Loss from discontinued operations, As reported | — | (47,217) | (3,041) | (50,258) |
| Adjustment | — | 982 | — | 982 |
| Loss from discontinued operations, As restated | — | (46,235) | (3,041) | (49,276) |

The effects of this error on our previously reported fiscal year 2022 restructuring costs for the three and nine month periods ended February 27, 2022 as presented in the Company's fiscal year 2022 third quarter Form 10-Q Note 8 - Restructuring Costs are as follows:

| (In thousands) | Lifecore | Curation Foods | Other | Total |
|---|---|---|---|---|
| **Three Months Ended February 27, 2022** | | | | |
| Total restructuring costs, As reported | $ 271 | $ 5,344 | $ 250 | $ 5,865 |
| Adjustment | (271) | (124) | (200) | (595) |
| Total restructuring costs, As restated | $ — | $ 5,220 | $ 50 | $ 5,270 |

63

*(In thousands)*

| *Nine Months Ended February 27, 2022* | Lifecore | | Curation Foods | | Other | | Total | |
|---|---:|---|---:|---|---:|---|---:|---|
| Total restructuring costs, As reported | $ | 271 | $ | 5,810 | $ | 2,325 | $ | 8,406 |
| Adjustment | | (271) | | (124) | | (481) | | (876) |
| Total restructuring costs, As restated | $ | — | $ | 5,686 | $ | 1,844 | $ | 7,530 |

The effects of this error on our previously reported May 30, 2021 carrying amounts of the major classes of assets and liabilities of the Eat Smart business included in assets and liabilities of discontinued operations as presented in the Company's fiscal year 2022 third quarter Form 10-Q Note 9 - Discontinued Operations are as follows:

| | As reported | | | | As restated | |
|---|---:|---|---:|---|---:|---|
| *(in thousands)* | May 30, 2021 | | Adjustment | | May 30, 2021 | |
| **ASSETS** | | | | | | |
| Property and equipment, net | $ | 66,789 | $ | (7,516) | $ | 59,273 |
| Operating lease right-of-use assets | | 13,347 | | (9,618) | | 3,729 |
| Other assets, discontinued operations | | 171,274 | | (17,134) | | 154,140 |
| **LIABILITIES** | | | | | | |
| Current portion of lease liabilities | | 2,424 | | (135) | | 2,289 |
| Current liabilities, discontinued operations | | 42,779 | | (135) | | 42,644 |
| Long-term lease liabilities | | 14,030 | | (10,778) | | 3,252 |
| Non-current liabilities, discontinued operations | | 14,759 | | (10,778) | | 3,981 |

The effects of this error on our previously reported fiscal year 2022 components of loss from discontinued operations for the three month period ended February 27, 2022 as presented in the Company's fiscal year 2022 third quarter Form 10-Q Note 9 - Discontinued Operations are as follows:

| | As reported | | | | As restated | |
|---|---:|---|---:|---|---:|---|
| *(in thousands)* | February 27, 2022 | | Adjustment | | February 27, 2022 | |
| Operating costs and expenses: | | | | | | |
| Loss on sale of Eat Smart | $ | 4,354 | $ | (4,119) | $ | 235 |
| Restructuring cost | | 86 | | 3,123 | | 3,209 |
| Total operating costs and expenses | | 5,601 | | (996) | | 4,605 |
| Operating loss | | (5,762) | | 996 | | (4,766) |
| Income tax benefit | | 222 | | (37) | | 185 |
| Loss from discontinued operations, net of tax | $ | (5,744) | $ | 959 | $ | (4,785) |

The effects of this error on our previously reported fiscal year 2022 components of loss from discontinued operations for the nine-month period ended February 27, 2022 as presented in the Company's fiscal year 2022 third quarter Form 10-Q Note 9 - Discontinued Operations are as follows:

64

| (in thousands) | As reported February 27, 2022 | | Adjustment | | As restated February 27, 2022 | |
|---|---|---|---|---|---|---|
| Operating costs and expenses: | | | | | | |
| Loss on sale of Eat Smart | $ | 4,354 | $ | (4,119) | $ | 235 |
| Restructuring cost | | 1,519 | | 3,123 | | 4,642 |
| Total operating costs and expenses | | 53,198 | | (996) | | 52,202 |
| Operating loss | | (47,998) | | 996 | | (47,002) |
| Income tax benefit | | 422 | | (14) | | 408 |
| Loss from discontinued operations, net of tax | $ | (50,258) | $ | 982 | $ | (49,276) |

**2.  Investment in Non-public Company**

*Windset*

On February 15, 2011, Curation Foods entered into a share purchase agreement (the "Windset Purchase Agreement") with Windset. Pursuant to the Windset Purchase Agreement, Curation Foods purchased from Windset 150,000 Senior A preferred shares for $15.0 million and 201 common shares for $201. On July 15, 2014, Curation Foods increased its investment in Windset by purchasing from the Newell Capital Corporation an additional 68 common shares and 51,211 junior preferred shares of Windset for $11.0 million. After this purchase, the Company's common shares represented a 26.9% ownership interest in Windset. The Senior A preferred shares yielded a cash dividend of 7.5% annually. The dividend was payable within 90 days of each anniversary of the execution of the Windset Purchase Agreement. The non-voting junior preferred stock did not yield a dividend unless declared by the Board of Directors of Windset and no such dividend has been declared.

The Shareholders' Agreement between Curation Foods and Windset, as amended on March 15, 2017, included a put and call option (the "Put and Call Option"), which was exercisable on or after March 31, 2022, whereby Curation Foods could exercise the put to sell its common, Senior A preferred shares, and junior preferred shares to Windset, or Windset could exercise the call to purchase those shares from Curation Foods, in either case, at a price equal to 26.9% of the fair market value of Windset's common shares, plus the liquidation value of the preferred shares of $20.1 million ($15.0 million for the Senior A preferred shares and $5.1 million for the junior preferred shares). Under the terms of the arrangement with Windset, the Company was entitled to designate one of five members on the Board of Directors of Windset.

On October 29, 2014, Curation Foods further increased its investment in Windset by purchasing 70,000 shares of Senior B preferred shares for $7.0 million. The Senior B preferred shares paid an annual dividend of 7.5% on the amount outstanding at each anniversary date of the Windset Purchase Agreement. The Senior B preferred shares purchased by Curation Foods had a put feature whereby Curation Foods could sell back to Windset the Senior B preferred shares for $7.0 million at any time after October 29, 2017.

During the fourth quarter of fiscal year 2019, the Company exercised its put feature and sold the 70,000 shares of Senior B preferred shares back to Windset for $7.0 million.

The investment in Windset does not qualify for equity method accounting as the investment does not meet the criteria of in-substance common stock due to returns through the annual dividend on the non-voting senior preferred shares that were not available to the common stock holders. As the put and call options required all of the various shares to be put or called in equal proportions, the Company has deemed that the investment, in substance, should be treated as a single security for purposes of accounting.

The fair value of the Company's investment in Windset was determined utilizing the Windset Purchase Agreement's put/call calculation for value and a discounted cash flow model based on projections developed by Windset that were reviewed by Landec, and considers the put and call conversion options. These features impact the duration of the cash flows utilized to derive the estimated fair values of the investment. These two discounted cash flow models' estimate for fair value are then weighted. Assumptions included in these discounted cash flow models are evaluated quarterly based on Windset's actual and projected operating results to determine the change in fair value.

**11. Quarterly Consolidated Financial Information (unaudited)**

The following is a summary of the unaudited quarterly results of operations for fiscal years 2022 and 2012 (in thousands, except for per share amounts):

| Fiscal Year 2022 | | 1st Quarter | | 2nd Quarter | | *As restated* 3rd Quarter | | 4th Quarter | | Annual |
|---|---|---|---|---|---|---|---|---|---|---|
| Product sales | $ | 41,632 | $ | 43,452 | $ | 53,074 | $ | 47,628 | $ | 185,786 |
| Gross profit | | 10,403 | | 14,635 | | 13,220 | | 12,112 | | 50,370 |
| Net (loss) income from continuing operations | | (7,214) | | 3,675 | | (8,301) | | (34,436) | | (46,276) |
| Net (loss) income from discontinued operations | | (2,295) | | (42,196) | | (4,785) | | (1,879) | | (51,155) |
| Net (loss) income per basic and diluted share from continuing operations | $ | (0.25) | $ | 0.12 | $ | (0.28) | $ | (1.16) | $ | (1.57) |
| Net (loss) income per basic and diluted share from discontinued operations | $ | (0.08) | $ | (1.44) | $ | (0.16) | $ | (0.06) | $ | (1.74) |

| Fiscal Year 2021 | | 1st Quarter | | 2nd Quarter | | 3rd Quarter | | 4th Quarter | | Annual |
|---|---|---|---|---|---|---|---|---|---|---|
| Product sales | $ | 41,995 | $ | 39,945 | $ | 44,690 | $ | 44,916 | $ | 171,546 |
| Gross profit | | 7,849 | | 13,601 | | 14,441 | | 14,580 | | 50,471 |
| Net (loss) income from continuing operations | | (4,957) | | (2,367) | | (1,465) | | (780) | | (9,569) |
| Net (loss) income from discontinued operations | | (6,044) | | (10,934) | | (4,033) | | (2,085) | | (23,096) |
| Net (loss) income per basic and diluted share from continuing operations | $ | (0.17) | $ | (0.08) | $ | (0.05) | $ | (0.03) | $ | (0.33) |
| Net (loss) income per basic and diluted share from discontinued operations | $ | (0.21) | $ | (0.37) | $ | (0.14) | $ | (0.07) | $ | (0.79) |

Fiscal year 2022 third quarter has been restated for the correction of an error. Fiscal year 2022 first quarter and second quarter for been revised for an immaterial correction of an error. See Note 1 – Organization, Basis of Presentation, and Summary of Significant Accounting Policies – Correction of Error in Previously Reported Fiscal Year 2022 Interim Financial Statements (Unaudited) for additional information.

**12. Discontinued Operations**

As discussed in Note 1 – Organization, Basis of Presentation, and Summary of Significant Accounting Policies – Eat Smart Sale and Discontinued Operations, on December 13, 2021, we completed the Eat Smart Disposition. Eat Smart represented a component of the business within the Curation Foods segment and its sale represents a strategic shift in the Company going forward. Accordingly, concurrent with the execution of the Asset Purchase Agreement, Eat Smart meets the accounting requirements for reporting as discontinued operations for all periods presented.

82

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Santa Maria, State of California, on September 13, 2022.

**LANDEC CORPORATION**

By:  /s/ John D. Morberg

John D. Morberg
*Chief Financial Officer*
*(Principal Financial and Accounting Officer)*

## POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints James G. Hall and John D. Morberg, and each of them, as his or her attorney-in-fact, with full power of substitution, for him or her in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, hereby ratifying and confirming our signatures as they may be signed by our said attorney-in-fact to any and all amendments to said Report on Form 10-K.**

**Pursuant to the requirements of the Securities Exchange Act of 1934, this Report on Form 10-K has been signed by the following persons in the capacities and on the dates indicated:**

| Signature | Title | Date |
|---|---|---|
| /s/ James G. Hall<br>James G. Hall | President and Chief Executive Officer (Principal Executive Officer) and Director | September 13, 2022 |
| /s/ John D. Morberg<br>John D. Morberg | Chief Financial Officer (Principal Financial Officer and Principal Accounting Officer) | September 13, 2022 |
| /s/ Craig Barbarosh<br>Craig Barbarosh | Director | September 13, 2022 |
| /s/ Deborah Carosella<br>Deborah Carosella | Director | September 13, 2022 |
| /s/ Raymond Diradoorian<br>Raymond Diradoorian | Director | September 13, 2022 |
| /s/ Jeffrey Edwards<br>Jeffrey Edwards | Director | September 13, 2022 |
| /s/ Katrina Houde<br>Katrina Houde | Director | September 13, 2022 |
| /s/ Nelson Obus<br>Nelson Obus | Director | September 13, 2022 |
| /s/ Tonia Pankopf<br>Tonia Pankopf | Director | September 13, 2022 |
| /s/ Andrew K. Powell<br>Andrew K. Powell | Director | September 13, 2022 |
| /s/ Joshua E Schechter<br>Joshua E. Schechter | Director | September 13, 2022 |
| /s/ Catherine A. Sohn<br>Catherine A. Sohn | Director | September 13, 2022 |

90

**Exhibit 31.1**

CERTIFICATION OF PRINCIPAL EXECUTIVE OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002

I, James G. Hall, certify that:

1. I have reviewed this annual report on Form 10-K of Landec Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this annual report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: September 13, 2022

By:    /s/ James G. Hall
       James G. Hall
       *President and Chief Executive Officer (Principal Executive Officer)*

**Exhibit 31.2**

CERTIFICATION OF PRINCIPAL EXECUTIVE OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO SECTION 302 OF
THE SARBANES-OXLEY ACT OF 2002

I, John Morberg, certify that:

1. I have reviewed this annual report on Form 10-K of Landec Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: September 13, 2022

By:    /s/ John D. Morberg
        John D. Morberg
        *Chief Financial Officer*
        *(Principal Financial Officer and Principal Accounting Officer)*

**Exhibit 32.1**

CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report of Landec Corporation (the "Company") on Form 10-K for the period ended May 29, 2022, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, James G. Hall, Chief Executive Officer and President of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: September 13, 2022

By:    /s/ James G. Hall
_____
James G. Hall
*President and Chief Executive Officer*
*(Principal Executive Officer)*

\*    The foregoing certification is being furnished solely pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of Section 1350, Chapter 63 of Title 18, United States Code) and is not being filed as part of the Report or as a separate disclosure document.

**Exhibit 32.2**

CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report of Landec Corporation (the "Company") on Form 10-K for the period ended May 29, 2022, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, John D. Morberg, Chief Financial Officer of the Company, certify, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, that:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: September 13, 2022

By:    /s/ John D. Morberg
       John D. Morberg
       *Chief Financial Officer*
       *(Principal Financial Officer and Principal Accounting Officer)*

\*    The foregoing certification is being furnished solely pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of Section 1350, Chapter 63 of Title 18, United States Code) and is not being filed as part of the Report or as a separate disclosure document.