# EXHIBIT 8



yahoo!finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now

🔍 Quote Lookup

Sign in    ✉ Mail    🔒 UPGRADE TO PREMIUM

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Mar 1, 2024 | 8.31 | 8.45 | 8.20 | 8.40 | 8.40 | 173,700 |
| Feb 29, 2024 | 8.25 | 8.40 | 8.22 | 8.35 | 8.35 | 87,000 |
| Feb 28, 2024 | 8.18 | 8.36 | 8.13 | 8.25 | 8.25 | 103,100 |
| Feb 27, 2024 | 8.30 | 8.42 | 8.08 | 8.26 | 8.26 | 141,900 |
| Feb 26, 2024 | 8.03 | 8.42 | 8.01 | 8.32 | 8.32 | 111,400 |
| Feb 23, 2024 | 7.89 | 8.07 | 7.75 | 8.07 | 8.07 | 60,900 |
| Feb 22, 2024 | 7.97 | 8.10 | 7.80 | 7.81 | 7.81 | 44,800 |
| Feb 21, 2024 | 7.97 | 8.09 | 7.81 | 8.03 | 8.03 | 107,900 |
| Feb 20, 2024 | 8.15 | 8.21 | 7.96 | 8.03 | 8.03 | 104,100 |
| Feb 16, 2024 | 8.10 | 8.35 | 8.00 | 8.19 | 8.19 | 69,300 |
| Feb 15, 2024 | 7.90 | 8.25 | 7.86 | 8.21 | 8.21 | 98,700 |
| Feb 14, 2024 | 7.94 | 8.06 | 7.84 | 7.90 | 7.90 | 92,700 |
| Feb 13, 2024 | 8.17 | 8.23 | 7.87 | 7.89 | 7.89 | 151,600 |
| Feb 12, 2024 | 8.41 | 8.59 | 8.24 | 8.39 | 8.39 | 125,900 |
| Feb 9, 2024 | 8.32 | 8.90 | 8.28 | 8.55 | 8.55 | 216,000 |
| Feb 8, 2024 | 7.69 | 8.40 | 7.39 | 8.32 | 8.32 | 293,400 |
| Feb 7, 2024 | 7.88 | 7.88 | 7.50 | 7.61 | 7.61 | 150,700 |
| Feb 6, 2024 | 7.58 | 8.01 | 7.38 | 7.51 | 7.51 | 207,000 |
| Feb 5, 2024 | 6.50 | 7.59 | 6.50 | 7.53 | 7.53 | 296,500 |
| Feb 2, 2024 | 6.49 | 6.61 | 6.39 | 6.49 | 6.49 | 131,800 |
| Feb 1, 2024 | 6.52 | 6.77 | 6.23 | 6.48 | 6.48 | 95,700 |
| Jan 31, 2024 | 6.71 | 6.84 | 6.50 | 6.53 | 6.53 | 81,900 |
| Jan 30, 2024 | 7.05 | 7.05 | 6.61 | 6.78 | 6.78 | 98,100 |
| Jan 29, 2024 | 6.54 | 7.04 | 6.49 | 7.02 | 7.02 | 152,600 |
| Jan 26, 2024 | 6.54 | 6.64 | 6.38 | 6.64 | 6.64 | 76,800 |
| Jan 25, 2024 | 6.21 | 6.56 | 6.10 | 6.50 | 6.50 | 123,500 |
| Jan 24, 2024 | 6.53 | 6.60 | 6.13 | 6.16 | 6.16 | 115,500 |
| Jan 23, 2024 | 6.82 | 6.82 | 6.49 | 6.53 | 6.53 | 62,900 |
| Jan 22, 2024 | 7.00 | 7.17 | 6.67 | 6.82 | 6.82 | 126,800 |
| Jan 19, 2024 | 6.72 | 7.18 | 6.60 | 7.03 | 7.03 | 172,300 |
| Jan 18, 2024 | 6.56 | 6.75 | 6.55 | 6.67 | 6.67 | 96,800 |
| Jan 17, 2024 | 6.70 | 6.84 | 6.55 | 6.57 | 6.57 | 100,300 |
| Jan 16, 2024 | 6.76 | 7.05 | 6.65 | 6.76 | 6.76 | 188,300 |
| Jan 12, 2024 | 6.76 | 7.00 | 6.70 | 6.87 | 6.87 | 94,000 |
| Jan 11, 2024 | 7.09 | 7.09 | 6.73 | 6.75 | 6.75 | 123,300 |
| Jan 10, 2024 | 7.09 | 7.16 | 6.72 | 7.03 | 7.03 | 291,900 |
| Jan 9, 2024 | 7.56 | 7.85 | 7.01 | 7.14 | 7.14 | 167,700 |
| Jan 8, 2024 | 7.11 | 7.64 | 6.87 | 7.60 | 7.60 | 393,100 |
| Jan 5, 2024 | 6.41 | 7.46 | 6.41 | 7.11 | 7.11 | 275,400 |
| Jan 4, 2024 | 6.12 | 6.45 | 6.12 | 6.32 | 6.32 | 119,000 |
| Jan 3, 2024 | 6.40 | 6.53 | 6.16 | 6.35 | 6.35 | 85,700 |
| Jan 2, 2024 | 6.15 | 6.48 | 6.15 | 6.38 | 6.38 | 68,400 |

Bloom Energy Cor... +1.82 (+7.49%)
TBBB 25.95
BBB Foods Inc. +1.75 (+7.23%)
ACVA 15.47
ACV Auctions Inc. +0.86 (+5.89%)
IMVT 20.00
Immunovant, Inc. +1.12 (+5.93%)

TOP LOSERS
FG 36.81
F&G Annuities & ... -5.93 (-13.87%)
YY 41.40
JOYY Inc. -5.48 (-11.69%)
KC 16.39
Kingsoft Cloud Ho... -2.05 (-11.11%)
RGTI 8.80
Rigetti Computing, ... -1.11 (-11.18%)
ZK 25.73
ZEEKR Intelligent ... -2.51 (-8.89%)

MOST ACTIVE
NVDA 118.88
NVIDIA Corporation +1.36 (+1.16%)
PLTR 87.19
Palantir Technolo... +1.09 (+1.27%)
TSLA 234.23
Tesla, Inc. -1.63 (-0.69%)
LCID 2.3150
Lucid Group, Inc. -0.1250 (-5.12%)
F 10.02
Ford Motor Compa... -0.15 (-1.43%)

TRENDING TICKERS
NIO 4.7200
NIO Inc. -0.4500 (-8.70%)
IBM 241.93
International Busi... -10.36 (-4.11%)
ACN 299.61
Accenture plc -24.86 (-7.66%)
WINT 2.2300
Windtree The... +0.5400 (+31.95%)
CVNA 184.82
Carvana Co. +8.73 (+4.96%)

TOP ECONOMIC EVENTS
United States 🇺🇸 ⌄
Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220      N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08      N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5      N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72      N: -
‹   ›

Terms and Privacy Policy

yahoo!finance    My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now    🔒 UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...
6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Dec 29, 2023 | 6.18 | 6.35 | 6.16 | 6.19 | 6.19 | 116,300 |
| Dec 28, 2023 | 6.21 | 6.27 | 6.11 | 6.18 | 6.18 | 58,900 |
| Dec 27, 2023 | 6.39 | 6.49 | 6.22 | 6.27 | 6.27 | 104,600 |
| Dec 26, 2023 | 6.42 | 6.49 | 5.99 | 6.31 | 6.31 | 121,200 |
| Dec 22, 2023 | 6.05 | 6.45 | 6.04 | 6.32 | 6.32 | 102,300 |
| Dec 21, 2023 | 6.11 | 6.19 | 5.97 | 6.05 | 6.05 | 122,100 |
| Dec 20, 2023 | 6.29 | 6.33 | 6.04 | 6.10 | 6.10 | 161,000 |
| Dec 19, 2023 | 6.01 | 6.30 | 6.01 | 6.27 | 6.27 | 177,600 |
| Dec 18, 2023 | 5.85 | 5.96 | 5.65 | 5.91 | 5.91 | 146,900 |
| Dec 15, 2023 | 5.99 | 5.99 | 5.74 | 5.85 | 5.85 | 180,400 |
| Dec 14, 2023 | 6.16 | 6.22 | 5.84 | 5.96 | 5.96 | 204,200 |
| Dec 13, 2023 | 5.75 | 6.06 | 5.75 | 6.03 | 6.03 | 149,500 |
| Dec 12, 2023 | 5.91 | 5.92 | 5.59 | 5.76 | 5.76 | 244,400 |
| Dec 11, 2023 | 6.29 | 6.38 | 5.75 | 5.90 | 5.90 | 297,000 |
| Dec 8, 2023 | 7.07 | 7.07 | 6.25 | 6.27 | 6.27 | 135,900 |
| Dec 7, 2023 | 7.18 | 7.18 | 6.91 | 7.05 | 7.05 | 85,900 |
| Dec 6, 2023 | 7.21 | 7.32 | 7.15 | 7.15 | 7.15 | 64,300 |
| Dec 5, 2023 | 7.25 | 7.31 | 7.15 | 7.23 | 7.23 | 134,600 |
| Dec 4, 2023 | 7.35 | 7.47 | 7.20 | 7.26 | 7.26 | 538,600 |
| Dec 1, 2023 | 7.15 | 7.41 | 7.08 | 7.36 | 7.36 | 67,800 |
| Nov 30, 2023 | 7.40 | 7.40 | 7.11 | 7.17 | 7.17 | 112,700 |
| Nov 29, 2023 | 7.36 | 7.39 | 7.26 | 7.32 | 7.32 | 78,300 |
| Nov 28, 2023 | 7.27 | 7.47 | 7.25 | 7.28 | 7.28 | 59,700 |
| Nov 27, 2023 | 7.54 | 7.54 | 7.26 | 7.28 | 7.28 | 179,600 |
| Nov 24, 2023 | 7.40 | 7.51 | 7.37 | 7.51 | 7.51 | 52,100 |
| Nov 22, 2023 | 7.43 | 7.52 | 7.35 | 7.45 | 7.45 | 109,200 |
| Nov 21, 2023 | 7.42 | 7.49 | 7.22 | 7.43 | 7.43 | 94,000 |
| Nov 20, 2023 | 7.40 | 7.51 | 7.32 | 7.43 | 7.43 | 107,600 |
| Nov 17, 2023 | 7.41 | 7.51 | 7.35 | 7.39 | 7.39 | 58,300 |
| Nov 16, 2023 | 7.63 | 7.93 | 7.31 | 7.43 | 7.43 | 64,300 |
| Nov 15, 2023 | 7.70 | 7.92 | 7.58 | 7.70 | 7.70 | 141,900 |
| Nov 14, 2023 | 7.24 | 7.62 | 7.24 | 7.62 | 7.62 | 157,700 |
| Nov 13, 2023 | 6.97 | 7.22 | 6.86 | 7.14 | 7.14 | 101,500 |
| Nov 10, 2023 | 7.11 | 7.11 | 6.98 | 7.00 | 7.00 | 107,400 |
| Nov 9, 2023 | 7.23 | 7.23 | 7.00 | 7.07 | 7.07 | 116,200 |
| Nov 8, 2023 | 7.29 | 7.33 | 7.17 | 7.23 | 7.23 | 55,400 |
| Nov 7, 2023 | 7.23 | 7.36 | 7.10 | 7.27 | 7.27 | 90,800 |
| Nov 6, 2023 | 7.41 | 7.41 | 7.15 | 7.29 | 7.29 | 147,900 |
| Nov 3, 2023 | 7.18 | 7.37 | 7.04 | 7.23 | 7.23 | 150,900 |
| Nov 2, 2023 | 7.09 | 7.42 | 7.08 | 7.16 | 7.16 | 199,500 |
| Nov 1, 2023 | 6.94 | 7.19 | 6.94 | 7.03 | 7.03 | 146,700 |
| Oct 31, 2023 | 7.00 | 7.21 | 5.81 | 7.02 | 7.02 | 513,700 |

Q Quote Lookup

Bloom Energy Cor...    +1.82 (+7.49%)
TBBB    25.95
BBB Foods Inc.    +1.75 (+7.23%)
ACV    15.47
ACV Auctions Inc.    +0.86 (+5.89%)
IMVT    20.00
Immunovant, Inc.    +1.12 (+5.93%)

TOP LOSERS
FG    36.81
F&G Annuities & ...    -5.93 (-13.87%)
YY    41.40
JOYY Inc.    -5.48 (-11.69%)
KC    16.39
Kingsoft Cloud Ho...    -2.05 (-11.11%)
RGTI    8.80
Rigetti Computing, ...    -1.11 (-11.18%)
ZK    25.73
ZEEKR Intelligent ...    -2.51 (-8.89%)

MOST ACTIVE
NVDA    118.88
NVIDIA Corporation    +1.36 (+1.16%)
PLTR    87.19
Palantir Technolo...    +1.09 (+1.27%)
TSLA    234.23
Tesla, Inc.    -1.63 (-0.69%)
LCID    2.3150
Lucid Group, Inc.    -0.1250 (-5.12%)
F    10.02
Ford Motor Compa...    -0.15 (-1.43%)

TRENDING TICKERS
NIO    4.7200
NIO Inc.    -0.4500 (-8.70%)
IBM    241.93
International Busi...    -10.36 (-4.11%)
ACN    299.61
Accenture plc    -24.86 (-7.66%)
WINT    2.2300
Windtree The...    +0.5400 (+31.95%)
CVNA    184.82
Carvana Co.    +8.73 (+4.96%)

TOP ECONOMIC EVENTS
United States 🇺🇸 ⌄
Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220    N: 223
Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08    N: 4.26
Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5    N: -
MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72    N: -

‹ ›

Terms and Privacy Policy

Document title: Lifecore Biomedical, Inc. (LFCR) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/LFCR/history/?period1=1600905600&amp;period2=1712016000&amp;guccounter=1
Capture timestamp (UTC): Thu, 20 Mar 2025 18:17:12 GMT

yahoo!finance

My Portfolio   News   Markets   Research   Personal Finance   Videos   Streaming Now

🔒 UPGRADE TO PREMIUM

**LFCR**

Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Oct 30, 2023 | 7.09 | 7.21 | 7.03 | 7.09 | 7.09 | 102,800 |
| Oct 27, 2023 | 7.15 | 7.19 | 6.99 | 7.03 | 7.03 | 141,400 |
| Oct 26, 2023 | 7.17 | 7.28 | 7.06 | 7.10 | 7.10 | 98,500 |
| Oct 25, 2023 | 7.18 | 7.24 | 7.03 | 7.11 | 7.11 | 133,200 |
| Oct 24, 2023 | 7.23 | 7.45 | 7.13 | 7.28 | 7.28 | 145,800 |
| Oct 23, 2023 | 7.04 | 7.34 | 7.04 | 7.26 | 7.26 | 124,000 |
| Oct 20, 2023 | 7.16 | 7.18 | 6.93 | 7.11 | 7.11 | 141,000 |
| Oct 19, 2023 | 6.92 | 7.52 | 6.92 | 7.13 | 7.13 | 150,400 |
| Oct 18, 2023 | 7.43 | 7.49 | 7.05 | 7.06 | 7.06 | 120,500 |
| Oct 17, 2023 | 7.30 | 7.71 | 7.30 | 7.32 | 7.32 | 236,600 |
| Oct 16, 2023 | 7.11 | 7.37 | 7.07 | 7.29 | 7.29 | 124,900 |
| Oct 13, 2023 | 7.09 | 7.15 | 6.94 | 7.11 | 7.11 | 102,400 |
| Oct 12, 2023 | 7.27 | 7.27 | 6.92 | 7.09 | 7.09 | 137,200 |
| Oct 11, 2023 | 7.27 | 7.41 | 7.15 | 7.22 | 7.22 | 144,600 |
| Oct 10, 2023 | 6.91 | 7.34 | 6.67 | 7.29 | 7.29 | 467,100 |
| Oct 9, 2023 | 7.02 | 7.06 | 6.75 | 6.76 | 6.76 | 261,000 |
| Oct 6, 2023 | 6.78 | 7.12 | 6.68 | 7.06 | 7.06 | 540,000 |
| Oct 5, 2023 | 7.16 | 7.28 | 6.70 | 6.73 | 6.73 | 319,400 |
| Oct 4, 2023 | 7.20 | 7.34 | 7.03 | 7.06 | 7.06 | 312,600 |
| Oct 3, 2023 | 7.29 | 7.29 | 7.11 | 7.14 | 7.14 | 168,300 |
| Oct 2, 2023 | 7.46 | 7.74 | 7.26 | 7.30 | 7.30 | 179,300 |
| Sep 29, 2023 | 7.60 | 7.83 | 7.48 | 7.55 | 7.55 | 109,300 |
| Sep 28, 2023 | 7.51 | 7.72 | 7.48 | 7.58 | 7.58 | 165,800 |
| Sep 27, 2023 | 7.95 | 8.00 | 7.53 | 7.58 | 7.58 | 225,300 |
| Sep 26, 2023 | 7.97 | 8.11 | 7.85 | 7.92 | 7.92 | 134,400 |
| Sep 25, 2023 | 8.04 | 8.22 | 7.84 | 8.01 | 8.01 | 130,200 |
| Sep 22, 2023 | 7.93 | 8.18 | 7.81 | 8.04 | 8.04 | 172,000 |
| Sep 21, 2023 | 8.03 | 8.06 | 7.88 | 7.94 | 7.94 | 166,300 |
| Sep 20, 2023 | 8.30 | 8.32 | 8.12 | 8.12 | 8.12 | 113,700 |
| Sep 19, 2023 | 8.17 | 8.33 | 8.09 | 8.24 | 8.24 | 129,000 |
| Sep 18, 2023 | 8.10 | 8.33 | 7.99 | 8.16 | 8.16 | 192,200 |
| Sep 15, 2023 | 7.92 | 8.09 | 7.84 | 8.05 | 8.05 | 242,300 |
| Sep 14, 2023 | 8.00 | 8.22 | 7.89 | 7.95 | 7.95 | 227,700 |
| Sep 13, 2023 | 7.56 | 7.93 | 7.52 | 7.81 | 7.81 | 283,100 |
| Sep 12, 2023 | 7.47 | 7.57 | 7.41 | 7.55 | 7.55 | 141,200 |
| Sep 11, 2023 | 7.50 | 7.67 | 7.46 | 7.47 | 7.47 | 168,100 |
| Sep 8, 2023 | 7.82 | 7.82 | 7.37 | 7.49 | 7.49 | 211,900 |
| Sep 7, 2023 | 7.78 | 7.89 | 7.64 | 7.75 | 7.75 | 226,100 |
| Sep 6, 2023 | 7.86 | 8.03 | 7.73 | 7.83 | 7.83 | 156,500 |
| Sep 5, 2023 | 7.74 | 8.05 | 7.72 | 7.83 | 7.83 | 190,300 |
| Sep 1, 2023 | 8.00 | 8.05 | 7.64 | 7.87 | 7.87 | 435,400 |
| Aug 31, 2023 | 8.29 | 8.86 | 7.96 | 8.00 | 8.00 | 605,800 |

🔍 Quote Lookup   ⚙️

Bloom Energy Cor...   +1.82 (+7.49%)
**TBBB**   25.95
BBB Foods Inc.   +1.75 (+7.23%)
**ACV**   15.47
ACV Auctions Inc.   +0.86 (+5.89%)
**IMVT**   20.00
Immunovant, Inc.   +1.12 (+5.93%)

**TOP LOSERS**

**FG**   36.81
F&G Annuities & ...   -5.93 (-13.87%)
**YY**   41.40
JOYY Inc.   -5.48 (-11.69%)
**KC**   16.39
Kingsoft Cloud Ho...   -2.05 (-11.11%)
**RGTI**   8.80
Rigetti Computing, ...   -1.11 (-11.18%)
**ZK**   25.73
ZEEKR Intelligent ...   -2.51 (-8.89%)

**MOST ACTIVE**

**NVDA**   118.88
NVIDIA Corporation   +1.36 (+1.16%)
**PLTR**   87.19
Palantir Technolo...   +1.09 (+1.27%)
**TSLA**   234.23
Tesla, Inc.   -1.63 (-0.69%)
**LCID**   2.3150
Lucid Group, Inc.   -0.1250 (-5.12%)
**F**   10.02
Ford Motor Compa...   -0.15 (-1.43%)

**TRENDING TICKERS**

**NIO**   4.7200
NIO Inc.   -0.4500 (-8.70%)
**IBM**   241.93
International Busi...   -10.36 (-4.11%)
**ACN**   299.61
Accenture plc   -24.86 (-7.66%)
**WINT**   2.2300
Windtree The...   +0.5400 (+31.95%)
**CVNA**   184.82
Carvana Co.   +8.73 (+4.96%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220      N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08      N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5      N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72      N: -

‹   ›

Terms and Privacy Policy

yahoo!finance

My Portfolio   News   Markets   Research   Personal Finance   Videos   Streaming Now

UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Aug 30, 2023 | 8.81 | 9.09 | 8.79 | 9.07 | 9.07 | 223,800 |
| Aug 29, 2023 | 8.42 | 8.80 | 8.40 | 8.78 | 8.78 | 128,700 |
| Aug 28, 2023 | 8.40 | 8.48 | 8.24 | 8.38 | 8.38 | 157,700 |
| Aug 25, 2023 | 8.30 | 8.62 | 8.22 | 8.39 | 8.39 | 223,300 |
| Aug 24, 2023 | 8.51 | 8.57 | 7.92 | 8.29 | 8.29 | 533,400 |
| Aug 23, 2023 | 8.81 | 9.02 | 8.51 | 8.55 | 8.55 | 203,900 |
| Aug 22, 2023 | 9.19 | 9.58 | 8.95 | 9.00 | 9.00 | 194,700 |
| Aug 21, 2023 | 9.04 | 9.29 | 8.94 | 9.11 | 9.11 | 221,300 |
| Aug 18, 2023 | 8.80 | 9.27 | 8.80 | 9.15 | 9.15 | 194,600 |
| Aug 17, 2023 | 9.40 | 9.52 | 8.84 | 8.96 | 8.96 | 404,300 |
| Aug 16, 2023 | 9.51 | 9.68 | 9.25 | 9.48 | 9.48 | 211,600 |
| Aug 15, 2023 | 9.97 | 10.07 | 9.56 | 9.58 | 9.58 | 356,200 |
| Aug 14, 2023 | 10.15 | 10.28 | 9.96 | 9.99 | 9.99 | 264,900 |
| Aug 11, 2023 | 9.99 | 10.36 | 9.92 | 10.17 | 10.17 | 541,500 |
| Aug 10, 2023 | 10.29 | 10.62 | 10.01 | 10.01 | 10.01 | 207,700 |
| Aug 9, 2023 | 10.86 | 11.46 | 10.31 | 10.35 | 10.35 | 574,300 |
| Aug 8, 2023 | 10.73 | 10.87 | 10.33 | 10.84 | 10.84 | 215,900 |
| Aug 7, 2023 | 10.46 | 10.73 | 10.27 | 10.71 | 10.71 | 312,900 |
| Aug 4, 2023 | 10.34 | 10.53 | 10.18 | 10.46 | 10.46 | 152,800 |
| Aug 3, 2023 | 10.45 | 10.51 | 10.13 | 10.31 | 10.31 | 187,000 |
| Aug 2, 2023 | 10.39 | 10.60 | 10.15 | 10.48 | 10.48 | 364,300 |
| Aug 1, 2023 | 10.53 | 10.62 | 10.08 | 10.41 | 10.41 | 210,600 |
| Jul 31, 2023 | 10.32 | 10.66 | 10.32 | 10.46 | 10.46 | 210,500 |
| Jul 28, 2023 | 10.21 | 10.56 | 10.18 | 10.55 | 10.55 | 267,000 |
| Jul 27, 2023 | 10.49 | 10.65 | 10.05 | 10.09 | 10.09 | 215,100 |
| Jul 26, 2023 | 10.13 | 10.55 | 10.07 | 10.49 | 10.49 | 206,200 |
| Jul 25, 2023 | 9.92 | 10.40 | 9.82 | 10.13 | 10.13 | 178,500 |
| Jul 24, 2023 | 10.34 | 10.35 | 9.96 | 10.03 | 10.03 | 246,600 |
| Jul 21, 2023 | 10.42 | 10.74 | 10.21 | 10.45 | 10.45 | 318,600 |
| Jul 20, 2023 | 10.13 | 10.61 | 10.02 | 10.52 | 10.52 | 320,500 |
| Jul 19, 2023 | 10.41 | 10.86 | 9.94 | 10.02 | 10.02 | 692,400 |
| Jul 18, 2023 | 10.22 | 10.64 | 10.21 | 10.38 | 10.38 | 309,900 |
| Jul 17, 2023 | 9.86 | 10.36 | 9.86 | 10.16 | 10.16 | 272,700 |
| Jul 14, 2023 | 9.91 | 9.98 | 9.58 | 9.86 | 9.86 | 182,700 |
| Jul 13, 2023 | 9.95 | 10.23 | 9.80 | 9.90 | 9.90 | 172,300 |
| Jul 12, 2023 | 9.86 | 9.96 | 9.70 | 9.90 | 9.90 | 128,100 |
| Jul 11, 2023 | 9.82 | 9.92 | 9.60 | 9.81 | 9.81 | 206,500 |
| Jul 10, 2023 | 9.60 | 9.99 | 9.56 | 9.78 | 9.78 | 148,300 |
| Jul 7, 2023 | 9.37 | 9.79 | 9.37 | 9.56 | 9.56 | 178,100 |
| Jul 6, 2023 | 9.34 | 9.49 | 9.05 | 9.37 | 9.37 | 198,600 |
| Jul 5, 2023 | 9.61 | 9.86 | 9.35 | 9.42 | 9.42 | 286,500 |
| Jul 3, 2023 | 9.59 | 9.99 | 9.37 | 9.75 | 9.75 | 240,100 |

Quote Lookup

Bloom Energy Cor...   +1.82 (+7.49%)
TBBB   25.95
BBB Foods Inc.   +1.75 (+7.23%)
ACV   15.47
ACV Auctions Inc.   +0.86 (+5.89%)
IMVT   20.00
Immunovant, Inc.   +1.12 (+5.93%)

TOP LOSERS
FG   36.81
F&G Annuities & ...   -5.93 (-13.87%)
YY   41.40
JOYY Inc.   -5.48 (-11.69%)
KC   16.39
Kingsoft Cloud Ho...   -2.05 (-11.11%)
RGTI   8.80
Rigetti Computing, ...   -1.11 (-11.18%)
ZK   25.73
ZEEKR Intelligent ...   -2.51 (-8.89%)

MOST ACTIVE
NVDA   118.88
NVIDIA Corporation   +1.36 (+1.16%)
PLTR   87.19
Palantir Technolo...   +1.09 (+1.27%)
TSLA   234.23
Tesla, Inc.   -1.63 (-0.69%)
LCID   2.3150
Lucid Group, Inc.   -0.1250 (-5.12%)
F   10.02
Ford Motor Compa...   -0.15 (-1.43%)

TRENDING TICKERS
NIO   4.7200
NIO Inc.   -0.4500 (-8.70%)
IBM   241.93
International Busi...   -10.36 (-4.11%)
ACN   299.61
Accenture plc   -24.86 (-7.66%)
WINT   2.2300
Windtree The...   +0.5400 (+31.95%)
CVNA   184.82
Carvana Co.   +8.73 (+4.96%)

TOP ECONOMIC EVENTS
United States 🇺🇸 ∨

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220   N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08   N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5   N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72   N: -

‹   ›

Terms and Privacy Policy

Document title: Lifecore Biomedical, Inc. (LFCR) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/LFCR/history/?period1=1600905600&amp;period2=1712016000&amp;guccounter=1
Capture timestamp (UTC): Thu, 20 Mar 2025 18:17:12 GMT



| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Jun 30, 2023 | 9.86 | 10.07 | 9.61 | 9.67 | 9.67 | 370,500 |
| Jun 29, 2023 | 9.10 | 9.99 | 9.05 | 9.84 | 9.84 | 354,900 |
| Jun 28, 2023 | 8.50 | 9.81 | 8.45 | 9.22 | 9.22 | 837,700 |
| Jun 27, 2023 | 8.39 | 8.42 | 8.21 | 8.29 | 8.29 | 382,100 |
| Jun 26, 2023 | 8.89 | 8.92 | 8.19 | 8.35 | 8.35 | 410,900 |
| Jun 23, 2023 | 8.58 | 9.20 | 8.51 | 8.91 | 8.91 | 3,741,800 |
| Jun 22, 2023 | 8.07 | 8.69 | 7.96 | 8.62 | 8.62 | 477,000 |
| Jun 21, 2023 | 8.19 | 8.19 | 7.98 | 8.05 | 8.05 | 540,100 |
| Jun 20, 2023 | 8.18 | 8.39 | 7.87 | 8.20 | 8.20 | 876,700 |
| Jun 16, 2023 | 8.67 | 8.67 | 8.28 | 8.28 | 8.28 | 483,900 |
| Jun 15, 2023 | 8.56 | 8.71 | 8.25 | 8.55 | 8.55 | 363,900 |
| Jun 14, 2023 | 8.67 | 8.90 | 8.47 | 8.60 | 8.60 | 263,000 |
| Jun 13, 2023 | 8.46 | 8.82 | 8.45 | 8.77 | 8.77 | 375,500 |
| Jun 12, 2023 | 8.54 | 8.76 | 8.51 | 8.64 | 8.64 | 445,600 |
| Jun 9, 2023 | 8.30 | 8.80 | 8.29 | 8.61 | 8.61 | 386,700 |
| Jun 8, 2023 | 8.36 | 8.55 | 8.27 | 8.38 | 8.38 | 344,300 |
| Jun 7, 2023 | 8.54 | 8.97 | 7.91 | 8.34 | 8.34 | 896,200 |
| Jun 6, 2023 | 8.36 | 8.56 | 8.17 | 8.50 | 8.50 | 401,000 |
| Jun 5, 2023 | 8.18 | 8.56 | 8.06 | 8.36 | 8.36 | 391,200 |
| Jun 2, 2023 | 8.66 | 8.66 | 8.09 | 8.15 | 8.15 | 428,300 |
| Jun 1, 2023 | 8.20 | 8.70 | 8.00 | 8.25 | 8.25 | 537,200 |
| May 31, 2023 | 8.04 | 8.32 | 8.00 | 8.19 | 8.19 | 269,700 |
| May 30, 2023 | 7.98 | 8.19 | 7.83 | 8.01 | 8.01 | 273,400 |
| May 26, 2023 | 8.38 | 8.46 | 7.50 | 7.94 | 7.94 | 529,700 |
| May 25, 2023 | 8.20 | 9.10 | 8.10 | 8.35 | 8.35 | 797,600 |
| May 24, 2023 | 7.83 | 8.66 | 7.38 | 8.36 | 8.36 | 1,458,600 |
| May 23, 2023 | 6.00 | 9.50 | 5.91 | 8.05 | 8.05 | 15,417,600 |
| May 22, 2023 | 5.74 | 5.74 | 5.14 | 5.36 | 5.36 | 370,300 |
| May 19, 2023 | 5.33 | 5.67 | 5.21 | 5.64 | 5.64 | 262,100 |
| May 18, 2023 | 4.96 | 5.74 | 4.90 | 5.24 | 5.24 | 294,900 |
| May 17, 2023 | 4.53 | 5.04 | 4.43 | 4.98 | 4.98 | 315,200 |
| May 16, 2023 | 4.31 | 4.54 | 4.22 | 4.52 | 4.52 | 75,900 |
| May 15, 2023 | 4.33 | 4.41 | 4.13 | 4.28 | 4.28 | 146,800 |
| May 12, 2023 | 4.42 | 4.42 | 4.13 | 4.30 | 4.30 | 159,900 |
| May 11, 2023 | 4.54 | 4.54 | 4.26 | 4.37 | 4.37 | 155,400 |
| May 10, 2023 | 4.42 | 4.55 | 4.33 | 4.51 | 4.51 | 88,300 |
| May 9, 2023 | 4.43 | 4.72 | 4.22 | 4.40 | 4.40 | 187,100 |
| May 8, 2023 | 4.47 | 4.50 | 4.34 | 4.47 | 4.47 | 100,000 |
| May 5, 2023 | 4.47 | 4.59 | 4.34 | 4.40 | 4.40 | 96,100 |
| May 4, 2023 | 4.44 | 4.53 | 4.23 | 4.35 | 4.35 | 131,100 |
| May 3, 2023 | 4.38 | 4.60 | 4.35 | 4.40 | 4.40 | 168,100 |
| May 2, 2023 | 4.23 | 4.33 | 4.13 | 4.30 | 4.30 | 156,100 |
| May 1, 2023 | 4.23 | 4.39 | 4.18 | 4.24 | 4.24 | 82,700 |

Document title: Lifecore Biomedical, Inc. (LFCR) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/LFCR/history/?period1=1600905600&amp;period2=1712016000&amp;guccounter=1
Capture timestamp (UTC): Thu, 20 Mar 2025 18:17:12 GMT



| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| May 1, 2023 | 4.23 | 4.39 | 4.18 | 4.24 | 4.24 | 82,700 |
| Apr 28, 2023 | 4.39 | 4.43 | 4.18 | 4.25 | 4.25 | 157,800 |
| Apr 27, 2023 | 4.22 | 4.37 | 4.06 | 4.35 | 4.35 | 193,300 |
| Apr 26, 2023 | 4.30 | 4.39 | 4.20 | 4.22 | 4.22 | 296,000 |
| Apr 25, 2023 | 4.35 | 4.42 | 4.14 | 4.38 | 4.38 | 292,900 |
| Apr 24, 2023 | 4.32 | 4.57 | 4.30 | 4.36 | 4.36 | 341,500 |
| Apr 21, 2023 | 3.89 | 4.42 | 3.89 | 4.37 | 4.37 | 288,300 |
| Apr 20, 2023 | 3.78 | 4.05 | 3.78 | 3.93 | 3.93 | 213,800 |
| Apr 19, 2023 | 3.84 | 3.96 | 3.81 | 3.90 | 3.90 | 160,600 |
| Apr 18, 2023 | 3.93 | 3.97 | 3.69 | 3.84 | 3.84 | 196,500 |
| Apr 17, 2023 | 3.74 | 4.00 | 3.73 | 3.94 | 3.94 | 413,900 |
| Apr 14, 2023 | 3.93 | 4.11 | 3.70 | 3.83 | 3.83 | 389,200 |
| Apr 13, 2023 | 3.85 | 4.00 | 3.76 | 3.98 | 3.98 | 173,400 |
| Apr 12, 2023 | 3.85 | 3.90 | 3.69 | 3.78 | 3.78 | 368,900 |
| Apr 11, 2023 | 3.65 | 3.98 | 3.65 | 3.82 | 3.82 | 276,000 |
| Apr 10, 2023 | 3.72 | 3.87 | 3.69 | 3.74 | 3.74 | 322,400 |
| Apr 6, 2023 | 3.81 | 3.87 | 3.61 | 3.83 | 3.83 | 305,900 |
| Apr 5, 2023 | 3.57 | 3.81 | 3.54 | 3.71 | 3.71 | 374,400 |
| Apr 4, 2023 | 3.60 | 3.62 | 3.40 | 3.50 | 3.50 | 290,900 |
| Apr 3, 2023 | 3.84 | 3.89 | 3.55 | 3.67 | 3.67 | 392,000 |
| Mar 31, 2023 | 3.82 | 3.97 | 3.72 | 3.78 | 3.78 | 486,400 |
| Mar 30, 2023 | 3.36 | 3.82 | 3.36 | 3.79 | 3.79 | 500,900 |
| Mar 29, 2023 | 3.32 | 3.42 | 3.18 | 3.37 | 3.37 | 308,700 |
| Mar 28, 2023 | 3.20 | 3.49 | 3.09 | 3.32 | 3.32 | 299,900 |
| Mar 27, 2023 | 3.11 | 3.26 | 3.01 | 3.21 | 3.21 | 492,200 |
| Mar 24, 2023 | 2.96 | 3.14 | 2.76 | 3.12 | 3.12 | 571,600 |
| Mar 23, 2023 | 3.22 | 3.31 | 2.89 | 3.04 | 3.04 | 876,400 |
| Mar 22, 2023 | 3.28 | 3.49 | 3.19 | 3.26 | 3.26 | 1,340,500 |
| Mar 21, 2023 | 2.97 | 3.60 | 2.70 | 3.25 | 3.25 | 4,799,500 |
| Mar 20, 2023 | 1.81 | 3.14 | 1.80 | 3.10 | 3.10 | 32,348,200 |
| Mar 17, 2023 | 3.30 | 3.50 | 1.52 | 1.67 | 1.67 | 3,948,900 |
| Mar 16, 2023 | 5.00 | 5.14 | 4.95 | 5.11 | 5.11 | 125,600 |
| Mar 15, 2023 | 5.20 | 5.20 | 4.94 | 5.01 | 5.01 | 159,900 |
| Mar 14, 2023 | 5.21 | 5.47 | 5.13 | 5.32 | 5.32 | 169,000 |
| Mar 13, 2023 | 4.64 | 5.28 | 4.58 | 5.04 | 5.04 | 201,500 |
| Mar 10, 2023 | 4.77 | 4.84 | 4.48 | 4.58 | 4.58 | 204,900 |
| Mar 9, 2023 | 5.13 | 5.32 | 4.74 | 4.80 | 4.80 | 164,500 |
| Mar 8, 2023 | 5.29 | 5.41 | 5.11 | 5.14 | 5.14 | 79,700 |
| Mar 7, 2023 | 5.34 | 5.40 | 5.23 | 5.31 | 5.31 | 71,500 |
| Mar 6, 2023 | 5.60 | 5.65 | 5.16 | 5.31 | 5.31 | 224,600 |
| Mar 3, 2023 | 5.60 | 5.67 | 5.43 | 5.60 | 5.60 | 84,400 |
| Mar 2, 2023 | 5.63 | 5.81 | 5.52 | 5.63 | 5.63 | 94,600 |
| Mar 1, 2023 | 5.85 | 6.01 | 5.52 | 5.68 | 5.68 | 170,500 |

Document title: Lifecore Biomedical, Inc. (LFCR) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/LFCR/history/?period1=1600905600&amp;period2=1712016000&amp;guccounter=1
Capture timestamp (UTC): Thu, 20 Mar 2025 18:17:12 GMT

**yahoo!**finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now

**UPGRADE TO PREMIUM**

**LFCR**

Lifecore Biomedi...

6.72 +0.98%

- Summary
- News
- Research 🔒
- Chart
- Community
- Statistics
- **Historical Data**
- Profile
- Financials
- Analysis
- Options
- Holders
- Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Feb 28, 2023 | 6.00 | 6.00 | 5.76 | 5.79 | 5.79 | 104,300 |
| Feb 27, 2023 | 5.88 | 6.07 | 5.72 | 5.76 | 5.76 | 71,000 |
| Feb 24, 2023 | 5.86 | 5.91 | 5.77 | 5.85 | 5.85 | 86,300 |
| Feb 23, 2023 | 6.05 | 6.05 | 5.92 | 5.98 | 5.98 | 64,400 |
| Feb 22, 2023 | 6.05 | 6.22 | 5.92 | 5.98 | 5.98 | 134,100 |
| Feb 21, 2023 | 6.25 | 6.33 | 5.85 | 5.97 | 5.97 | 120,900 |
| Feb 17, 2023 | 6.06 | 6.13 | 5.84 | 5.97 | 5.97 | 71,600 |
| Feb 16, 2023 | 6.00 | 6.09 | 5.87 | 5.97 | 5.97 | 49,100 |
| Feb 15, 2023 | 5.86 | 6.02 | 5.78 | 5.98 | 5.98 | 42,100 |
| Feb 14, 2023 | 5.95 | 6.10 | 5.82 | 5.89 | 5.89 | 74,500 |
| Feb 13, 2023 | 6.00 | 6.24 | 5.90 | 5.95 | 5.95 | 69,900 |
| Feb 10, 2023 | 5.94 | 6.17 | 5.85 | 5.97 | 5.97 | 90,400 |
| Feb 9, 2023 | 6.27 | 6.34 | 5.88 | 5.93 | 5.93 | 113,700 |
| Feb 8, 2023 | 6.00 | 6.31 | 5.93 | 6.23 | 6.23 | 159,300 |
| Feb 7, 2023 | 6.13 | 6.30 | 5.76 | 5.85 | 5.85 | 169,400 |
| Feb 6, 2023 | 6.35 | 6.42 | 6.02 | 6.12 | 6.12 | 95,800 |
| Feb 3, 2023 | 6.10 | 6.58 | 6.06 | 6.31 | 6.31 | 118,800 |
| Feb 2, 2023 | 6.38 | 6.39 | 6.13 | 6.17 | 6.17 | 71,300 |
| Feb 1, 2023 | 6.28 | 6.37 | 6.01 | 6.28 | 6.28 | 147,000 |
| Jan 31, 2023 | 6.39 | 6.46 | 5.98 | 6.21 | 6.21 | 197,300 |
| Jan 30, 2023 | 6.56 | 6.59 | 6.39 | 6.40 | 6.40 | 67,400 |
| Jan 27, 2023 | 6.78 | 6.78 | 6.55 | 6.66 | 6.66 | 88,800 |
| Jan 26, 2023 | 7.07 | 7.07 | 6.75 | 6.83 | 6.83 | 35,500 |
| Jan 25, 2023 | 6.77 | 7.09 | 6.71 | 7.02 | 7.02 | 45,300 |
| Jan 24, 2023 | 6.68 | 6.85 | 6.47 | 6.81 | 6.81 | 65,100 |
| Jan 23, 2023 | 6.98 | 7.02 | 6.74 | 6.74 | 6.74 | 53,300 |
| Jan 20, 2023 | 7.14 | 7.14 | 6.87 | 7.00 | 7.00 | 115,400 |
| Jan 19, 2023 | 7.31 | 7.41 | 6.73 | 7.02 | 7.02 | 77,500 |
| Jan 18, 2023 | 7.22 | 7.33 | 6.95 | 6.99 | 6.99 | 49,200 |
| Jan 17, 2023 | 7.00 | 7.26 | 7.00 | 7.25 | 7.25 | 70,700 |
| Jan 13, 2023 | 7.00 | 7.08 | 6.96 | 7.00 | 7.00 | 79,400 |
| Jan 12, 2023 | 7.38 | 7.38 | 6.95 | 7.14 | 7.14 | 101,600 |
| Jan 11, 2023 | 6.74 | 7.34 | 6.67 | 7.26 | 7.26 | 97,700 |
| Jan 10, 2023 | 6.23 | 6.65 | 6.00 | 6.64 | 6.64 | 225,200 |
| Jan 9, 2023 | 6.20 | 6.39 | 6.12 | 6.35 | 6.35 | 105,700 |
| Jan 6, 2023 | 6.12 | 6.28 | 6.01 | 6.13 | 6.13 | 302,800 |
| Jan 5, 2023 | 6.26 | 6.30 | 5.94 | 6.07 | 6.07 | 228,100 |
| Jan 4, 2023 | 6.39 | 6.56 | 6.33 | 6.38 | 6.38 | 26,400 |
| Jan 3, 2023 | 6.60 | 6.69 | 6.27 | 6.35 | 6.35 | 65,100 |
| Dec 30, 2022 | 6.82 | 6.90 | 6.39 | 6.48 | 6.48 | 105,800 |
| Dec 29, 2022 | 6.87 | 6.99 | 6.75 | 6.91 | 6.91 | 67,600 |
| Dec 28, 2022 | 6.77 | 7.01 | 6.77 | 6.89 | 6.89 | 68,100 |

🔍 Quote Lookup ⚙️

Bloom Energy Cor... +1.82 (+7.49%)

**TBBB** 25.95
BBB Foods Inc. +1.75 (+7.23%)

**ACV** 15.47
ACV Auctions Inc. +0.86 (+5.89%)

**IMVT** 20.00
Immunovant, Inc. +1.12 (+5.93%)

**TOP LOSERS**

**FG** 36.81
F&G Annuities & ... -5.93 (-13.87%)

**YY** 41.40
JOYY Inc. -5.48 (-11.69%)

**KC** 16.39
Kingsoft Cloud Ho... -2.05 (-11.11%)

**RGTI** 8.80
Rigetti Computing, ... -1.11 (-11.17%)

**ZK** 25.73
ZEEKR Intelligent ... -2.51 (-8.89%)

**MOST ACTIVE**

**NVDA** 118.92
NVIDIA Corporation +1.40 (+1.19%)

**PLTR** 87.25
Palantir Technolog... +1.15 (+1.34%)

**TSLA** 234.39
Tesla, Inc. -1.47 (-0.62%)

**LCID** 2.3150
Lucid Group, Inc. -0.1250 (-5.12%)

**F** 10.02
Ford Motor Compa... -0.15 (-1.43%)

**TRENDING TICKERS**

**NIO** 4.7270
NIO Inc. -0.4430 (-8.57%)

**IBM** 241.93
International Busi... -10.36 (-4.11%)

**ACN** 299.54
Accenture plc -24.93 (-7.68%)

**WINT** 2.2200
Windtree The... +0.5300 (+31.46%)

**CVNA** 184.82
Carvana Co. +8.73 (+4.96%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220     N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08     N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5     N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72     N: -

‹ ›

Terms and Privacy Policy
Your Privacy Choices ✓✗

yahoo/finance

My Portfolio   News   Markets   Research   Personal Finance   Videos   Streaming Now

**LFCR**
Lifecore Biomedi...
6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Dec 27, 2022 | 6.98 | 6.98 | 6.72 | 6.76 | 6.76 | 24,800 |
| Dec 23, 2022 | 7.07 | 7.14 | 6.78 | 6.93 | 6.93 | 41,100 |
| Dec 22, 2022 | 7.06 | 7.27 | 6.82 | 7.08 | 7.08 | 61,000 |
| Dec 21, 2022 | 6.80 | 7.16 | 6.73 | 7.10 | 7.10 | 95,000 |
| Dec 20, 2022 | 6.71 | 7.06 | 6.66 | 6.83 | 6.83 | 57,400 |
| Dec 19, 2022 | 6.60 | 6.80 | 6.48 | 6.71 | 6.71 | 86,000 |
| Dec 16, 2022 | 6.51 | 6.99 | 6.23 | 6.57 | 6.57 | 283,900 |
| Dec 15, 2022 | 7.15 | 7.31 | 6.64 | 6.74 | 6.74 | 116,500 |
| Dec 14, 2022 | 7.63 | 7.66 | 7.14 | 7.23 | 7.23 | 144,900 |
| Dec 13, 2022 | 7.87 | 8.03 | 7.57 | 7.63 | 7.63 | 107,600 |
| Dec 12, 2022 | 7.71 | 7.78 | 7.52 | 7.64 | 7.64 | 56,300 |
| Dec 9, 2022 | 8.19 | 8.37 | 7.71 | 7.76 | 7.76 | 31,300 |
| Dec 8, 2022 | 7.87 | 8.29 | 7.87 | 8.08 | 8.08 | 30,800 |
| Dec 7, 2022 | 8.05 | 8.13 | 7.91 | 7.98 | 7.98 | 44,300 |
| Dec 6, 2022 | 7.85 | 8.10 | 7.83 | 8.04 | 8.04 | 105,900 |
| Dec 5, 2022 | 8.10 | 8.26 | 7.81 | 7.90 | 7.90 | 81,800 |
| Dec 2, 2022 | 8.16 | 8.45 | 8.04 | 8.13 | 8.13 | 77,700 |
| Dec 1, 2022 | 8.53 | 8.58 | 8.27 | 8.28 | 8.28 | 31,300 |
| Nov 30, 2022 | 8.73 | 8.73 | 8.39 | 8.51 | 8.51 | 43,900 |
| Nov 29, 2022 | 8.27 | 8.75 | 8.14 | 8.67 | 8.67 | 70,000 |
| Nov 28, 2022 | 8.34 | 8.36 | 8.02 | 8.32 | 8.32 | 164,000 |
| Nov 25, 2022 | 8.45 | 8.46 | 8.27 | 8.37 | 8.37 | 22,500 |
| Nov 23, 2022 | 8.37 | 8.60 | 8.36 | 8.53 | 8.53 | 32,000 |
| Nov 22, 2022 | 8.71 | 8.71 | 8.30 | 8.38 | 8.38 | 92,100 |
| Nov 21, 2022 | 8.84 | 8.86 | 8.57 | 8.73 | 8.73 | 41,400 |
| Nov 18, 2022 | 9.06 | 9.18 | 8.84 | 8.84 | 8.84 | 60,400 |
| Nov 17, 2022 | 8.97 | 9.07 | 8.74 | 8.85 | 8.85 | 54,100 |
| Nov 16, 2022 | 8.84 | 9.15 | 8.80 | 8.97 | 8.97 | 48,200 |
| Nov 15, 2022 | 9.05 | 9.39 | 8.75 | 9.21 | 9.21 | 45,600 |
| Nov 14, 2022 | 9.01 | 9.01 | 8.71 | 8.76 | 8.76 | 72,100 |
| Nov 11, 2022 | 9.12 | 9.12 | 8.94 | 9.08 | 9.08 | 57,300 |
| Nov 10, 2022 | 9.01 | 9.08 | 8.84 | 9.03 | 9.03 | 57,000 |
| Nov 9, 2022 | 8.91 | 8.95 | 8.57 | 8.65 | 8.65 | 22,800 |
| Nov 8, 2022 | 9.05 | 9.06 | 8.93 | 8.95 | 8.95 | 32,100 |
| Nov 7, 2022 | 9.03 | 9.18 | 8.95 | 9.03 | 9.03 | 29,400 |
| Nov 4, 2022 | 9.26 | 9.26 | 8.99 | 9.05 | 9.05 | 36,500 |
| Nov 3, 2022 | 9.00 | 9.25 | 8.97 | 9.13 | 9.13 | 44,000 |
| Nov 2, 2022 | 9.56 | 9.66 | 9.12 | 9.16 | 9.16 | 48,000 |
| Nov 1, 2022 | 9.85 | 9.99 | 9.65 | 9.68 | 9.68 | 48,700 |
| Oct 31, 2022 | 9.86 | 10.50 | 9.84 | 9.95 | 9.95 | 150,500 |
| Oct 28, 2022 | 9.27 | 10.00 | 9.21 | 9.91 | 9.91 | 71,300 |
| Oct 27, 2022 | 8.74 | 9.35 | 8.74 | 9.20 | 9.20 | 73,200 |

Document title: Lifecore Biomedical, Inc. (LFCR) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/LFCR/history/?period1=1600905600&amp;period2=1712016000&amp;guccounter=1
Capture timestamp (UTC): Thu, 20 Mar 2025 18:17:12 GMT

yahoo!finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now

🔒 UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Oct 26, 2022 | 8.53 | 8.76 | 8.50 | 8.56 | 8.56 | 48,300 |
| Oct 25, 2022 | 8.13 | 8.66 | 8.13 | 8.48 | 8.48 | 56,300 |
| Oct 24, 2022 | 8.08 | 8.16 | 8.06 | 8.12 | 8.12 | 334,700 |
| Oct 21, 2022 | 8.16 | 8.28 | 8.07 | 8.09 | 8.09 | 43,300 |
| Oct 20, 2022 | 8.14 | 8.15 | 8.00 | 8.09 | 8.09 | 36,900 |
| Oct 19, 2022 | 8.30 | 8.30 | 8.00 | 8.06 | 8.06 | 53,100 |
| Oct 18, 2022 | 8.40 | 8.61 | 8.23 | 8.28 | 8.28 | 48,900 |
| Oct 17, 2022 | 8.28 | 8.69 | 8.23 | 8.28 | 8.28 | 51,300 |
| Oct 14, 2022 | 8.21 | 8.30 | 8.11 | 8.18 | 8.18 | 50,400 |
| Oct 13, 2022 | 7.98 | 8.35 | 7.98 | 8.24 | 8.24 | 61,900 |
| Oct 12, 2022 | 8.18 | 8.24 | 8.03 | 8.06 | 8.06 | 54,100 |
| Oct 11, 2022 | 8.01 | 8.32 | 7.88 | 8.23 | 8.23 | 116,900 |
| Oct 10, 2022 | 8.32 | 8.32 | 8.02 | 8.05 | 8.05 | 65,400 |
| Oct 7, 2022 | 8.57 | 8.60 | 8.21 | 8.24 | 8.24 | 78,700 |
| Oct 6, 2022 | 8.69 | 8.93 | 8.29 | 8.71 | 8.71 | 79,800 |
| Oct 5, 2022 | 8.98 | 8.98 | 8.58 | 8.70 | 8.70 | 78,600 |
| Oct 4, 2022 | 9.07 | 9.36 | 9.07 | 9.14 | 9.14 | 65,400 |
| Oct 3, 2022 | 8.95 | 9.20 | 8.95 | 9.08 | 9.08 | 47,200 |
| Sep 30, 2022 | 8.85 | 9.12 | 8.85 | 8.89 | 8.89 | 38,700 |
| Sep 29, 2022 | 9.03 | 9.03 | 8.77 | 8.89 | 8.89 | 39,400 |
| Sep 28, 2022 | 8.89 | 9.21 | 8.81 | 9.13 | 9.13 | 73,100 |
| Sep 27, 2022 | 8.60 | 9.04 | 8.60 | 8.80 | 8.80 | 61,900 |
| Sep 26, 2022 | 8.83 | 8.84 | 8.44 | 8.57 | 8.57 | 58,300 |
| Sep 23, 2022 | 8.87 | 8.90 | 8.69 | 8.78 | 8.78 | 63,900 |
| Sep 22, 2022 | 9.10 | 9.11 | 8.69 | 9.00 | 9.00 | 91,700 |
| Sep 21, 2022 | 9.29 | 9.31 | 9.12 | 9.16 | 9.16 | 44,500 |
| Sep 20, 2022 | 9.33 | 9.34 | 9.17 | 9.18 | 9.18 | 48,900 |
| Sep 19, 2022 | 9.56 | 9.59 | 9.42 | 9.44 | 9.44 | 72,400 |
| Sep 16, 2022 | 9.76 | 9.83 | 9.59 | 9.67 | 9.67 | 114,000 |
| Sep 15, 2022 | 9.92 | 9.96 | 9.82 | 9.86 | 9.86 | 90,300 |
| Sep 14, 2022 | 9.86 | 10.11 | 9.86 | 9.89 | 9.89 | 51,100 |
| Sep 13, 2022 | 10.14 | 10.18 | 9.39 | 9.91 | 9.91 | 47,100 |
| Sep 12, 2022 | 10.13 | 10.33 | 10.13 | 10.32 | 10.32 | 23,500 |
| Sep 9, 2022 | 10.03 | 10.19 | 10.01 | 10.15 | 10.15 | 39,100 |
| Sep 8, 2022 | 9.79 | 10.07 | 9.66 | 9.98 | 9.98 | 59,500 |
| Sep 7, 2022 | 9.83 | 9.96 | 9.82 | 9.91 | 9.91 | 31,600 |
| Sep 6, 2022 | 9.95 | 9.96 | 9.78 | 9.87 | 9.87 | 55,500 |
| Sep 2, 2022 | 10.24 | 10.24 | 10.05 | 10.06 | 10.06 | 30,300 |
| Sep 1, 2022 | 10.30 | 10.35 | 10.15 | 10.24 | 10.24 | 186,400 |
| Aug 31, 2022 | 10.13 | 10.51 | 9.79 | 10.50 | 10.50 | 259,500 |
| Aug 30, 2022 | 10.19 | 10.19 | 9.96 | 10.14 | 10.14 | 41,700 |
| Aug 29, 2022 | 10.01 | 10.19 | 10.01 | 10.14 | 10.14 | 32,800 |

🔍 Quote Lookup ⚙

Bloom Energy Cor...  +1.82 (+7.49%)
TBBB  25.95
BBB Foods Inc.  +1.75 (+7.23%)
ACV  15.47
ACV Auctions Inc.  +0.86 (+5.89%)
IMVT  20.00
Immunovant, Inc.  +1.12 (+5.93%)

**TOP LOSERS**
FG  36.81
F&G Annuities & ...  -5.93 (-13.87%)
YY  41.40
JOYY Inc.  -5.48 (-11.69%)
KC  16.39
Kingsoft Cloud Ho...  -2.05 (-11.11%)
RGTI  8.80
Rigetti Computing,...  -1.10 (-11.16%)
ZK  25.73
ZEEKR Intelligent ...  -2.51 (-8.89%)

**MOST ACTIVE**
NVDA  118.89
NVIDIA Corporation  +1.37 (+1.17%)
PLTR  87.28
Palantir Technolog...  +1.18 (+1.37%)
TSLA  234.37
Tesla, Inc.  -1.49 (-0.63%)
LCID  2.3150
Lucid Group, Inc.  -0.1250 (-5.12%)
F  10.03
Ford Motor Compa...  -0.14 (-1.38%)

**TRENDING TICKERS**
NIO  4.7300
NIO Inc.  -0.4400 (-8.52%)
IBM  241.93
International Busi...  -10.36 (-4.11%)
ACN  299.54
Accenture plc  -24.93 (-7.68%)
WINT  2.2199
Windtree Ther...  +0.5299 (+31.36%)
CVNA  184.82
Carvana Co.  +8.73 (+4.96%)

**TOP ECONOMIC EVENTS**
United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220    N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08    N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5    N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72    N: -

‹ ›

Terms and Privacy Policy
Your Privacy Choices

Document title: Lifecore Biomedical, Inc. (LFCR) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/LFCR/history/?period1=1600905600&amp;period2=1712016000&amp;guccounter=1
Capture timestamp (UTC): Thu, 20 Mar 2025 18:17:12 GMT

yahoo!finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now

🔒 UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Aug 26, 2022 | 10.60 | 10.67 | 10.19 | 10.19 | 10.19 | 39,100 |
| Aug 25, 2022 | 10.67 | 10.75 | 10.62 | 10.67 | 10.67 | 31,700 |
| Aug 24, 2022 | 10.73 | 10.79 | 10.62 | 10.66 | 10.66 | 33,600 |
| Aug 23, 2022 | 10.72 | 10.81 | 10.53 | 10.67 | 10.67 | 61,400 |
| Aug 22, 2022 | 10.88 | 10.95 | 10.76 | 10.78 | 10.78 | 29,500 |
| Aug 19, 2022 | 11.07 | 11.15 | 10.77 | 11.05 | 11.05 | 33,600 |
| Aug 18, 2022 | 11.15 | 11.22 | 10.97 | 11.16 | 11.16 | 40,800 |
| Aug 17, 2022 | 11.43 | 11.43 | 10.66 | 11.23 | 11.23 | 121,700 |
| Aug 16, 2022 | 11.57 | 11.83 | 11.41 | 11.56 | 11.56 | 59,400 |
| Aug 15, 2022 | 11.08 | 11.63 | 11.08 | 11.57 | 11.57 | 51,600 |
| Aug 12, 2022 | 11.39 | 11.54 | 11.11 | 11.23 | 11.23 | 72,800 |
| Aug 11, 2022 | 11.40 | 11.96 | 11.23 | 11.31 | 11.31 | 134,500 |
| Aug 10, 2022 | 10.96 | 11.14 | 10.65 | 11.02 | 11.02 | 38,600 |
| Aug 9, 2022 | 10.67 | 10.87 | 10.67 | 10.80 | 10.80 | 208,300 |
| Aug 8, 2022 | 10.43 | 10.74 | 10.43 | 10.73 | 10.73 | 44,800 |
| Aug 5, 2022 | 10.43 | 10.53 | 10.32 | 10.42 | 10.42 | 28,300 |
| Aug 4, 2022 | 10.38 | 10.65 | 10.38 | 10.49 | 10.49 | 32,400 |
| Aug 3, 2022 | 10.44 | 10.46 | 10.34 | 10.38 | 10.38 | 36,500 |
| Aug 2, 2022 | 10.40 | 10.49 | 10.28 | 10.38 | 10.38 | 46,100 |
| Aug 1, 2022 | 10.40 | 10.64 | 10.32 | 10.42 | 10.42 | 40,700 |
| Jul 29, 2022 | 10.50 | 10.51 | 10.33 | 10.48 | 10.48 | 21,300 |
| Jul 28, 2022 | 10.39 | 10.52 | 10.25 | 10.43 | 10.43 | 13,600 |
| Jul 27, 2022 | 10.36 | 10.41 | 10.19 | 10.30 | 10.30 | 32,000 |
| Jul 26, 2022 | 10.19 | 10.39 | 10.14 | 10.30 | 10.30 | 28,600 |
| Jul 25, 2022 | 10.31 | 10.42 | 10.15 | 10.34 | 10.34 | 49,300 |
| Jul 22, 2022 | 10.44 | 10.99 | 10.28 | 10.29 | 10.29 | 41,400 |
| Jul 21, 2022 | 10.69 | 10.80 | 10.34 | 10.49 | 10.49 | 36,000 |
| Jul 20, 2022 | 10.50 | 10.90 | 10.30 | 10.74 | 10.74 | 89,500 |
| Jul 19, 2022 | 9.91 | 10.11 | 9.74 | 10.07 | 10.07 | 142,300 |
| Jul 18, 2022 | 10.16 | 10.16 | 9.65 | 9.78 | 9.78 | 79,100 |
| Jul 15, 2022 | 9.91 | 10.04 | 9.82 | 10.04 | 10.04 | 97,100 |
| Jul 14, 2022 | 9.81 | 9.89 | 9.70 | 9.76 | 9.76 | 22,400 |
| Jul 13, 2022 | 9.58 | 10.09 | 9.58 | 9.97 | 9.97 | 38,200 |
| Jul 12, 2022 | 9.90 | 9.90 | 9.66 | 9.70 | 9.70 | 55,600 |
| Jul 11, 2022 | 10.12 | 10.12 | 9.75 | 9.86 | 9.86 | 70,900 |
| Jul 8, 2022 | 10.23 | 10.35 | 10.09 | 10.11 | 10.11 | 93,400 |
| Jul 7, 2022 | 10.26 | 10.60 | 10.12 | 10.32 | 10.32 | 67,600 |
| Jul 6, 2022 | 10.12 | 10.33 | 10.12 | 10.27 | 10.27 | 25,000 |
| Jul 5, 2022 | 9.97 | 10.21 | 9.97 | 10.19 | 10.19 | 51,500 |
| Jul 1, 2022 | 10.02 | 10.19 | 9.99 | 10.12 | 10.12 | 46,400 |
| Jun 30, 2022 | 9.92 | 10.03 | 9.86 | 9.97 | 9.97 | 39,500 |
| Jun 29, 2022 | 10.04 | 10.10 | 9.89 | 10.06 | 10.06 | 33,100 |

🔍 Quote Lookup    ⚙️

Bloom Energy Cor...    +1.82 (+7.49%)
**TBBB**    25.95
BBB Foods Inc.    +1.75 (+7.23%)
**ACVA**    15.47
ACV Auctions Inc.    +0.86 (+5.89%)
**IMVT**    20.00
Immunovant, Inc.    +1.12 (+5.93%)

**TOP LOSERS**

**FG**    36.81
F&G Annuities & ...    -5.93 (-13.87%)
**YY**    41.40
JOYY Inc.    -5.48 (-11.69%)
**KC**    16.39
Kingsoft Cloud Ho...    -2.05 (-11.11%)
**RGTI**    8.79
Rigetti Computing, ...    -1.11 (-11.26%)
**ZK**    25.73
ZEEKR Intelligent ...    -2.51 (-8.89%)

**MOST ACTIVE**

**NVDA**    118.90
NVIDIA Corporation    +1.38 (+1.17%)
**PLTR**    87.28
Palantir Technolog...    +1.18 (+1.37%)
**TSLA**    234.36
Tesla, Inc.    -1.50 (-0.64%)
**LCID**    2.3150
Lucid Group, Inc.    -0.1250 (-5.12%)
**F**    10.02
Ford Motor Compa...    -0.15 (-1.43%)

**TRENDING TICKERS**

**NIO**    4.7250
NIO Inc.    -0.4450 (-8.60%)
**IBM**    241.93
International Busi...    -10.36 (-4.11%)
**ACN**    299.54
Accenture plc    -24.93 (-7.68%)
**WINT**    2.2199
Windtree Ther...    +0.5299 (+31.36%)
**CVNA**    184.82
Carvana Co.    +8.73 (+4.96%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ∨

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220    N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08    N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5    N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72    N: -

‹    ›

Terms and Privacy Policy
Your Privacy Choices

yahoo/finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now

🔒 UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| Jun 28, 2022 | 10.48 | 10.69 | 10.09 | 10.09 | 10.09 | 26,400 |
| Jun 27, 2022 | 10.91 | 10.91 | 10.45 | 10.48 | 10.48 | 37,800 |
| Jun 24, 2022 | 10.72 | 11.10 | 10.57 | 10.84 | 10.84 | 105,700 |
| Jun 23, 2022 | 10.14 | 10.66 | 10.14 | 10.61 | 10.61 | 27,100 |
| Jun 22, 2022 | 10.08 | 10.31 | 10.08 | 10.19 | 10.19 | 34,500 |
| Jun 21, 2022 | 9.89 | 10.27 | 9.60 | 10.09 | 10.09 | 484,800 |
| Jun 17, 2022 | 9.62 | 9.93 | 9.52 | 9.88 | 9.88 | 140,300 |
| Jun 16, 2022 | 9.46 | 9.61 | 9.34 | 9.57 | 9.57 | 52,600 |
| Jun 15, 2022 | 9.65 | 9.74 | 9.49 | 9.60 | 9.60 | 39,100 |
| Jun 14, 2022 | 9.60 | 9.76 | 9.37 | 9.55 | 9.55 | 44,200 |
| Jun 13, 2022 | 9.57 | 9.75 | 9.46 | 9.55 | 9.55 | 96,500 |
| Jun 10, 2022 | 9.90 | 9.92 | 9.62 | 9.77 | 9.77 | 39,500 |
| Jun 9, 2022 | 9.93 | 10.09 | 9.81 | 9.90 | 9.90 | 52,700 |
| Jun 8, 2022 | 9.90 | 10.38 | 9.87 | 9.91 | 9.91 | 41,000 |
| Jun 7, 2022 | 10.50 | 10.50 | 9.97 | 10.00 | 10.00 | 61,500 |
| Jun 6, 2022 | 9.64 | 10.28 | 9.63 | 10.17 | 10.17 | 72,700 |
| Jun 3, 2022 | 9.45 | 9.74 | 9.45 | 9.50 | 9.50 | 40,400 |
| Jun 2, 2022 | 9.36 | 9.52 | 9.17 | 9.49 | 9.49 | 32,200 |
| Jun 1, 2022 | 9.60 | 9.60 | 9.29 | 9.31 | 9.31 | 44,400 |
| May 31, 2022 | 9.90 | 9.90 | 9.48 | 9.50 | 9.50 | 67,700 |
| May 27, 2022 | 9.66 | 9.99 | 9.66 | 9.87 | 9.87 | 44,100 |
| May 26, 2022 | 9.55 | 9.91 | 9.51 | 9.71 | 9.71 | 33,700 |
| May 25, 2022 | 9.25 | 9.55 | 9.25 | 9.48 | 9.48 | 53,500 |
| May 24, 2022 | 9.37 | 9.49 | 9.19 | 9.24 | 9.24 | 49,900 |
| May 23, 2022 | 9.13 | 9.59 | 8.80 | 9.45 | 9.45 | 85,100 |
| May 20, 2022 | 9.24 | 9.24 | 9.03 | 9.06 | 9.06 | 73,300 |
| May 19, 2022 | 9.01 | 9.34 | 8.77 | 9.17 | 9.17 | 121,200 |
| May 18, 2022 | 9.47 | 9.47 | 9.00 | 9.05 | 9.05 | 89,300 |
| May 17, 2022 | 9.18 | 9.65 | 9.06 | 9.58 | 9.58 | 94,600 |
| May 16, 2022 | 9.15 | 9.25 | 9.04 | 9.06 | 9.06 | 57,200 |
| May 13, 2022 | 9.03 | 9.43 | 9.03 | 9.20 | 9.20 | 58,700 |
| May 12, 2022 | 8.94 | 9.11 | 8.70 | 9.03 | 9.03 | 67,200 |
| May 11, 2022 | 8.97 | 9.10 | 8.87 | 8.91 | 8.91 | 98,900 |
| May 10, 2022 | 8.94 | 9.10 | 8.85 | 8.97 | 8.97 | 104,400 |
| May 9, 2022 | 8.75 | 9.08 | 8.74 | 8.90 | 8.90 | 116,500 |
| May 6, 2022 | 9.13 | 9.29 | 8.70 | 8.84 | 8.84 | 182,600 |
| May 5, 2022 | 9.48 | 9.68 | 9.11 | 9.20 | 9.20 | 81,000 |
| May 4, 2022 | 9.56 | 9.59 | 9.29 | 9.56 | 9.56 | 57,700 |
| May 3, 2022 | 9.62 | 9.69 | 9.42 | 9.53 | 9.53 | 52,800 |
| May 2, 2022 | 9.90 | 9.92 | 9.55 | 9.67 | 9.67 | 61,900 |
| Apr 29, 2022 | 10.12 | 10.20 | 9.92 | 9.95 | 9.95 | 65,100 |
| Apr 28, 2022 | 10.18 | 10.26 | 10.05 | 10.19 | 10.19 | 70,600 |

🔍 Quote Lookup    ⚙️

Bloom Energy Cor...    +1.82 (+7.49%)
**TBBB**    25.95
BBB Foods Inc.    +1.75 (+7.23%)
**ACV**    15.47
ACV Auctions Inc.    +0.86 (+5.89%)
**IMVT**    20.00
Immunovant, Inc.    +1.12 (+5.93%)

**TOP LOSERS**
**FG**    36.81
F&G Annuities & ...    -5.93 (-13.87%)
**YY**    41.40
JOYY Inc.    -5.48 (-11.69%)
**KC**    16.39
Kingsoft Cloud Ho...    -2.05 (-11.11%)
**RGTI**    8.79
Rigetti Computing, ...    -1.11 (-11.26%)
**ZK**    25.73
ZEEKR Intelligent ...    -2.51 (-8.89%)

**MOST ACTIVE**
**NVDA**    118.90
NVIDIA Corporation    +1.38 (+1.17%)
**PLTR**    87.26
Palantir Technolog...    +1.16 (+1.35%)
**TSLA**    234.36
Tesla, Inc.    -1.50 (-0.64%)
**LCID**    2.3150
Lucid Group, Inc.    -0.1250 (-5.12%)
**F**    10.02
Ford Motor Compa...    -0.15 (-1.43%)

**TRENDING TICKERS**
**NIO**    4.7250
NIO Inc.    -0.4450 (-8.60%)
**IBM**    241.93
International Busi...    -10.36 (-4.11%)
**ACN**    299.54
Accenture plc    -24.93 (-7.68%)
**WINT**    2.2199
Windtree Ther...    +0.5299 (+31.36%)
**CVNA**    184.82
Carvana Co.    +8.73 (+4.96%)

**TOP ECONOMIC EVENTS**
United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220    N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08    N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5    N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72    N: -

‹    ›

Terms and Privacy Policy

yahoo!finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now    🔒 UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Apr 27, 2022 | 10.00 | 10.17 | 9.96 | 10.12 | 10.12 | 61,900 |
| Apr 26, 2022 | 10.05 | 10.19 | 9.94 | 10.00 | 10.00 | 81,900 |
| Apr 25, 2022 | 10.26 | 10.27 | 10.04 | 10.14 | 10.14 | 65,400 |
| Apr 22, 2022 | 10.51 | 10.54 | 10.24 | 10.32 | 10.32 | 71,100 |
| Apr 21, 2022 | 10.58 | 10.61 | 10.48 | 10.50 | 10.50 | 76,300 |
| Apr 20, 2022 | 10.45 | 10.65 | 10.42 | 10.58 | 10.58 | 76,300 |
| Apr 19, 2022 | 10.30 | 10.41 | 10.29 | 10.38 | 10.38 | 102,600 |
| Apr 18, 2022 | 10.30 | 10.36 | 10.18 | 10.23 | 10.23 | 68,800 |
| Apr 14, 2022 | 10.39 | 10.43 | 10.17 | 10.26 | 10.26 | 93,400 |
| Apr 13, 2022 | 10.42 | 10.57 | 10.30 | 10.32 | 10.32 | 91,700 |
| Apr 12, 2022 | 10.60 | 10.76 | 10.40 | 10.41 | 10.41 | 86,500 |
| Apr 11, 2022 | 10.44 | 10.63 | 10.44 | 10.53 | 10.53 | 96,200 |
| Apr 8, 2022 | 10.68 | 10.68 | 10.47 | 10.50 | 10.50 | 108,900 |
| Apr 7, 2022 | 10.69 | 10.79 | 10.61 | 10.73 | 10.73 | 71,000 |
| Apr 6, 2022 | 10.21 | 11.05 | 10.16 | 10.65 | 10.65 | 251,500 |
| Apr 5, 2022 | 11.69 | 11.77 | 11.30 | 11.33 | 11.33 | 93,100 |
| Apr 4, 2022 | 11.62 | 11.66 | 11.53 | 11.61 | 11.61 | 62,300 |
| Apr 1, 2022 | 11.64 | 11.69 | 11.33 | 11.64 | 11.64 | 69,600 |
| Mar 31, 2022 | 11.38 | 11.60 | 11.38 | 11.58 | 11.58 | 92,200 |
| Mar 30, 2022 | 11.26 | 11.56 | 11.25 | 11.42 | 11.42 | 55,500 |
| Mar 29, 2022 | 11.10 | 11.26 | 11.10 | 11.25 | 11.25 | 52,000 |
| Mar 28, 2022 | 11.16 | 11.22 | 10.96 | 11.09 | 11.09 | 45,600 |
| Mar 25, 2022 | 11.08 | 11.43 | 11.04 | 11.26 | 11.26 | 60,800 |
| Mar 24, 2022 | 11.07 | 11.12 | 10.97 | 11.07 | 11.07 | 65,500 |
| Mar 23, 2022 | 11.05 | 11.13 | 10.94 | 11.01 | 11.01 | 91,800 |
| Mar 22, 2022 | 10.86 | 11.15 | 10.86 | 11.05 | 11.05 | 82,600 |
| Mar 21, 2022 | 10.59 | 11.23 | 10.49 | 11.06 | 11.06 | 167,900 |
| Mar 18, 2022 | 10.71 | 11.41 | 10.38 | 10.42 | 10.42 | 452,500 |
| Mar 17, 2022 | 11.20 | 11.34 | 10.75 | 10.91 | 10.91 | 199,200 |
| Mar 16, 2022 | 11.55 | 11.66 | 11.24 | 11.31 | 11.31 | 75,600 |
| Mar 15, 2022 | 11.39 | 11.72 | 11.29 | 11.58 | 11.58 | 56,200 |
| Mar 14, 2022 | 11.71 | 11.73 | 11.25 | 11.36 | 11.36 | 99,800 |
| Mar 11, 2022 | 11.79 | 11.95 | 11.57 | 11.69 | 11.69 | 127,800 |
| Mar 10, 2022 | 11.65 | 11.81 | 11.60 | 11.76 | 11.76 | 39,600 |
| Mar 9, 2022 | 11.67 | 11.99 | 11.67 | 11.82 | 11.82 | 50,700 |
| Mar 8, 2022 | 11.86 | 11.91 | 11.59 | 11.60 | 11.60 | 105,300 |
| Mar 7, 2022 | 11.76 | 11.95 | 11.72 | 11.93 | 11.93 | 43,900 |
| Mar 4, 2022 | 11.62 | 11.77 | 11.62 | 11.74 | 11.74 | 30,100 |
| Mar 3, 2022 | 11.88 | 11.88 | 11.52 | 11.73 | 11.73 | 68,800 |
| Mar 2, 2022 | 11.69 | 11.90 | 11.67 | 11.82 | 11.82 | 32,200 |
| Mar 1, 2022 | 11.56 | 11.78 | 11.53 | 11.60 | 11.60 | 51,000 |
| Feb 28, 2022 | 11.48 | 11.61 | 11.48 | 11.52 | 11.52 | 48,900 |

Q Quote Lookup  ⚙

Bloom Energy Cor... +1.82 (+7.49%)
**TBBB** 25.95
BBB Foods Inc. +1.75 (+7.23%)
**ACV** 15.47
ACV Auctions Inc. +0.86 (+5.89%)
**IMVT** 20.00
Immunovant, Inc. +1.12 (+5.93%)

**TOP LOSERS**

**FG** 36.81
F&G Annuities & ... -5.93 (-13.87%)
**YY** 41.40
JOYY Inc. -5.48 (-11.69%)
**KC** 16.39
Kingsoft Cloud Ho... -2.05 (-11.11%)
**RGTI** 8.80
Rigetti Computing, ... -1.11 (-11.21%)
**ZK** 25.73
ZEEKR Intelligent ... -2.51 (-8.89%)

**MOST ACTIVE**

**NVDA** 118.91
NVIDIA Corporation +1.39 (+1.18%)
**PLTR** 87.26
Palantir Technolog... +1.16 (+1.34%)
**TSLA** 234.32
Tesla, Inc. -1.54 (-0.65%)
**LCID** 2.3150
Lucid Group, Inc. -0.1250 (-5.12%)
**F** 10.03
Ford Motor Company -0.14 (-1.41%)

**TRENDING TICKERS**

**NIO** 4.7244
NIO Inc. -0.4456 (-8.62%)
**IBM** 241.93
International Busi... -10.36 (-4.11%)
**ACN** 299.54
Accenture plc -24.93 (-7.68%)
**WINT** 2.2199
Windtree Ther... +0.5299 (+31.36%)
**CVNA** 184.92
Carvana Co. +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220        N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08        N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5        N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72        N: -

‹    ›

Terms and Privacy Policy

yahoo/finance

My Portfolio   News   Markets   Research   Personal Finance   Videos   Streaming Now

UPGRADE TO PREMIUM

**LFCR**

Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Feb 25, 2022 | 11.40 | 11.65 | 11.35 | 11.54 | 11.54 | 25,400 |
| Feb 24, 2022 | 11.42 | 11.43 | 10.97 | 11.31 | 11.31 | 70,600 |
| Feb 23, 2022 | 11.91 | 11.96 | 11.50 | 11.54 | 11.54 | 51,000 |
| Feb 22, 2022 | 11.73 | 12.04 | 11.58 | 11.89 | 11.89 | 96,900 |
| Feb 18, 2022 | 11.58 | 11.95 | 11.54 | 11.84 | 11.84 | 112,000 |
| Feb 17, 2022 | 11.32 | 11.73 | 11.13 | 11.66 | 11.66 | 62,000 |
| Feb 16, 2022 | 11.61 | 11.65 | 11.29 | 11.38 | 11.38 | 35,300 |
| Feb 15, 2022 | 11.54 | 11.79 | 11.54 | 11.66 | 11.66 | 60,400 |
| Feb 14, 2022 | 11.28 | 11.54 | 11.08 | 11.52 | 11.52 | 107,200 |
| Feb 11, 2022 | 11.26 | 11.42 | 11.14 | 11.27 | 11.27 | 88,200 |
| Feb 10, 2022 | 11.05 | 11.46 | 10.34 | 11.29 | 11.29 | 199,800 |
| Feb 9, 2022 | 10.95 | 11.41 | 10.92 | 11.25 | 11.25 | 281,800 |
| Feb 8, 2022 | 10.75 | 10.99 | 10.75 | 10.95 | 10.95 | 124,800 |
| Feb 7, 2022 | 10.76 | 10.89 | 10.55 | 10.75 | 10.75 | 101,400 |
| Feb 4, 2022 | 10.79 | 10.87 | 10.49 | 10.69 | 10.69 | 82,500 |
| Feb 3, 2022 | 10.80 | 11.05 | 10.75 | 10.78 | 10.78 | 98,800 |
| Feb 2, 2022 | 11.03 | 11.09 | 10.77 | 10.97 | 10.97 | 90,500 |
| Feb 1, 2022 | 10.74 | 11.22 | 10.57 | 10.95 | 10.95 | 202,500 |
| Jan 31, 2022 | 10.46 | 10.83 | 10.32 | 10.75 | 10.75 | 156,200 |
| Jan 28, 2022 | 10.47 | 10.48 | 10.17 | 10.45 | 10.45 | 79,600 |
| Jan 27, 2022 | 10.72 | 10.80 | 10.39 | 10.44 | 10.44 | 98,800 |
| Jan 26, 2022 | 11.05 | 11.16 | 10.56 | 10.62 | 10.62 | 79,200 |
| Jan 25, 2022 | 10.94 | 11.03 | 10.54 | 10.94 | 10.94 | 153,500 |
| Jan 24, 2022 | 10.73 | 11.16 | 10.66 | 10.98 | 10.98 | 108,500 |
| Jan 21, 2022 | 10.73 | 11.19 | 10.73 | 10.80 | 10.80 | 126,600 |
| Jan 20, 2022 | 10.63 | 11.13 | 10.54 | 10.84 | 10.84 | 255,200 |
| Jan 19, 2022 | 10.81 | 10.93 | 10.62 | 10.71 | 10.71 | 77,200 |
| Jan 18, 2022 | 11.08 | 11.33 | 10.76 | 10.88 | 10.88 | 117,800 |
| Jan 14, 2022 | 10.64 | 11.03 | 10.44 | 10.96 | 10.96 | 187,900 |
| Jan 13, 2022 | 10.38 | 10.82 | 10.35 | 10.70 | 10.70 | 221,000 |
| Jan 12, 2022 | 10.30 | 10.60 | 10.25 | 10.38 | 10.38 | 456,000 |
| Jan 11, 2022 | 10.18 | 10.30 | 9.99 | 10.25 | 10.25 | 130,900 |
| Jan 10, 2022 | 10.32 | 10.37 | 9.96 | 10.07 | 10.07 | 238,700 |
| Jan 7, 2022 | 10.67 | 10.76 | 10.43 | 10.44 | 10.44 | 178,100 |
| Jan 6, 2022 | 10.41 | 11.90 | 10.19 | 10.76 | 10.76 | 272,200 |
| Jan 5, 2022 | 10.99 | 11.05 | 10.56 | 10.65 | 10.65 | 117,300 |
| Jan 4, 2022 | 11.09 | 11.18 | 10.81 | 10.96 | 10.96 | 108,800 |
| Jan 3, 2022 | 11.20 | 11.23 | 10.97 | 11.02 | 11.02 | 146,500 |
| Dec 31, 2021 | 10.97 | 11.13 | 10.91 | 11.10 | 11.10 | 78,500 |
| Dec 30, 2021 | 11.23 | 11.23 | 10.96 | 11.03 | 11.03 | 65,700 |
| Dec 29, 2021 | 11.24 | 11.29 | 11.07 | 11.18 | 11.18 | 123,900 |
| Dec 28, 2021 | 11.07 | 11.28 | 10.91 | 11.24 | 11.24 | 56,700 |
| Dec 27, 2021 | 11.06 | 11.19 | 10.78 | 11.14 | 11.14 | 159,200 |

Quote Lookup

Bloom Energy Cor...   +1.82 (+7.49%)
**TBBB**   25.95
BBB Foods Inc.   +1.75 (+7.23%)
**ACV**   15.47
ACV Auctions Inc.   +0.86 (+5.89%)
**IMVT**   20.00
Immunovant, Inc.   +1.12 (+5.93%)

**TOP LOSERS**

**FG**   36.81
F&G Annuities & ...   -5.93 (-13.87%)
**YY**   41.40
JOYY Inc.   -5.48 (-11.69%)
**KC**   16.39
Kingsoft Cloud Ho...   -2.05 (-11.11%)
**RGTI**   8.78
Rigetti Computing,...   -1.12 (-11.36%)
**ZK**   25.73
ZEEKR Intelligent ...   -2.51 (-8.89%)

**MOST ACTIVE**

**NVDA**   118.90
NVIDIA Corporation   +1.38 (+1.17%)
**PLTR**   87.23
Palantir Technologi...   +1.13 (+1.31%)
**TSLA**   234.34
Tesla, Inc.   -1.52 (-0.65%)
**LCID**   2.3150
Lucid Group, Inc.   -0.1250 (-5.12%)
**F**   10.03
Ford Motor Company   -0.14 (-1.41%)

**TRENDING TICKERS**

**NIO**   4.7244
NIO Inc.   -0.4456 (-8.62%)
**IBM**   241.93
International Busi...   -10.36 (-4.11%)
**ACN**   299.54
Accenture plc   -24.93 (-7.68%)
**WINT**   2.2199
Windtree Ther...   +0.5299 (+31.36%)
**CVNA**   184.92
Carvana Co.   +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220      N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08      N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5      N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72      N: -

‹   ›

Terms and Privacy Policy
Your Privacy Choices ✓✕

Document title: Lifecore Biomedical, Inc. (LFCR) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/LFCR/history/?period1=1600905600&amp;period2=1712016000&amp;guccounter=1
Capture timestamp (UTC): Thu, 20 Mar 2025 18:17:12 GMT

yahoo! finance

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

- Summary
- News
- Research 🔒
- Chart
- Community
- Statistics
- Historical Data
- Profile
- Financials
- Analysis
- Options
- Holders
- Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Dec 27, 2021 | 11.06 | 11.19 | 10.78 | 11.14 | 11.14 | 159,200 |
| Dec 23, 2021 | 10.73 | 11.07 | 10.57 | 11.01 | 11.01 | 124,900 |
| Dec 22, 2021 | 10.91 | 11.07 | 10.60 | 10.80 | 10.80 | 104,200 |
| Dec 21, 2021 | 10.66 | 11.36 | 10.58 | 10.96 | 10.96 | 162,100 |
| Dec 20, 2021 | 10.75 | 10.75 | 10.46 | 10.73 | 10.73 | 125,300 |
| Dec 17, 2021 | 10.67 | 10.91 | 10.44 | 10.72 | 10.72 | 163,700 |
| Dec 16, 2021 | 11.07 | 11.25 | 10.58 | 10.61 | 10.61 | 147,400 |
| Dec 15, 2021 | 10.55 | 11.31 | 10.55 | 11.05 | 11.05 | 231,300 |
| Dec 14, 2021 | 9.50 | 10.84 | 9.47 | 10.66 | 10.66 | 358,800 |
| Dec 13, 2021 | 9.24 | 9.50 | 9.19 | 9.43 | 9.43 | 77,100 |
| Dec 10, 2021 | 9.34 | 9.46 | 8.88 | 9.26 | 9.26 | 49,300 |
| Dec 9, 2021 | 9.11 | 9.40 | 9.11 | 9.29 | 9.29 | 38,600 |
| Dec 8, 2021 | 9.11 | 9.37 | 8.98 | 9.19 | 9.19 | 72,800 |
| Dec 7, 2021 | 9.17 | 9.40 | 8.95 | 9.13 | 9.13 | 89,300 |
| Dec 6, 2021 | 9.25 | 9.36 | 8.93 | 9.16 | 9.16 | 77,100 |
| Dec 3, 2021 | 9.12 | 9.27 | 9.03 | 9.11 | 9.11 | 149,500 |
| Dec 2, 2021 | 8.72 | 9.16 | 8.64 | 9.13 | 9.13 | 135,000 |
| Dec 1, 2021 | 8.12 | 8.75 | 8.06 | 8.67 | 8.67 | 301,400 |
| Nov 30, 2021 | 8.18 | 8.55 | 7.65 | 7.95 | 7.95 | 1,076,700 |
| Nov 29, 2021 | 8.65 | 8.88 | 8.09 | 8.25 | 8.25 | 293,200 |
| Nov 26, 2021 | 9.00 | 9.05 | 8.44 | 8.67 | 8.67 | 66,900 |
| Nov 24, 2021 | 9.37 | 9.37 | 9.02 | 9.04 | 9.04 | 141,400 |
| Nov 23, 2021 | 9.49 | 9.52 | 9.36 | 9.43 | 9.43 | 63,200 |
| Nov 22, 2021 | 9.57 | 9.59 | 9.35 | 9.46 | 9.46 | 175,900 |
| Nov 19, 2021 | 9.48 | 9.65 | 9.43 | 9.49 | 9.49 | 171,300 |
| Nov 18, 2021 | 9.49 | 9.57 | 9.36 | 9.53 | 9.53 | 124,600 |
| Nov 17, 2021 | 9.49 | 9.57 | 9.42 | 9.51 | 9.51 | 60,500 |
| Nov 16, 2021 | 9.49 | 9.68 | 9.45 | 9.54 | 9.54 | 72,400 |
| Nov 15, 2021 | 9.50 | 9.57 | 9.37 | 9.54 | 9.54 | 300,300 |
| Nov 12, 2021 | 9.52 | 9.60 | 9.37 | 9.51 | 9.51 | 81,200 |
| Nov 11, 2021 | 9.73 | 9.77 | 9.50 | 9.51 | 9.51 | 37,200 |
| Nov 10, 2021 | 9.80 | 9.84 | 9.62 | 9.67 | 9.67 | 45,100 |
| Nov 9, 2021 | 9.76 | 9.82 | 9.67 | 9.80 | 9.80 | 77,000 |
| Nov 8, 2021 | 9.80 | 9.83 | 9.70 | 9.82 | 9.82 | 30,200 |
| Nov 5, 2021 | 9.42 | 9.80 | 9.42 | 9.74 | 9.74 | 95,900 |
| Nov 4, 2021 | 9.54 | 9.69 | 9.44 | 9.45 | 9.45 | 51,600 |
| Nov 3, 2021 | 9.33 | 9.60 | 9.33 | 9.56 | 9.56 | 50,100 |
| Nov 2, 2021 | 9.48 | 9.59 | 9.32 | 9.39 | 9.39 | 46,500 |
| Nov 1, 2021 | 9.69 | 9.71 | 9.33 | 9.52 | 9.52 | 146,600 |
| Oct 29, 2021 | 9.66 | 9.73 | 9.54 | 9.72 | 9.72 | 60,900 |
| Oct 28, 2021 | 9.40 | 9.69 | 9.35 | 9.64 | 9.64 | 89,300 |
| Oct 27, 2021 | 9.56 | 9.56 | 9.31 | 9.35 | 9.35 | 92,200 |
| Oct 26, 2021 | 9.40 | 9.68 | 9.32 | 9.53 | 9.53 | 91,900 |

Bloom Energy Cor... +1.82 (+7.49%)

TBBB 25.95
BBB Foods Inc. +1.75 (+7.23%)

ACV 15.47
ACV Auctions Inc. +0.86 (+5.89%)

IMVT 20.00
Immunovant, Inc. +1.12 (+5.93%)

**TOP LOSERS**

FG 36.81
F&G Annuities & ... -5.93 (-13.87%)

YY 41.40
JOYY Inc. -5.48 (-11.69%)

KC 16.39
Kingsoft Cloud Ho... -2.05 (-11.11%)

RGTI 8.78
Rigetti Computing,... -1.12 (-11.36%)

ZK 25.73
ZEEKR Intelligent ... -2.51 (-8.89%)

**MOST ACTIVE**

NVDA 118.92
NVIDIA Corporation +1.40 (+1.19%)

PLTR 87.23
Palantir Technologi... +1.13 (+1.31%)

TSLA 234.30
Tesla, Inc. -1.56 (-0.66%)

LCID 2.3150
Lucid Group, Inc. -0.1250 (-5.12%)

F 10.03
Ford Motor Company -0.14 (-1.41%)

**TRENDING TICKERS**

NIO 4.7244
NIO Inc. -0.4456 (-8.62%)

IBM 241.93
International Busi... -10.36 (-4.11%)

ACN 299.63
Accenture plc -24.85 (-7.66%)

WINT 2.2160
Windtree Ther... +0.5260 (+31.05%)

CVNA 184.92
Carvana Co. +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220    N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08    N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5    N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72    N: -

Terms and Privacy Policy
Your Privacy Choices

yahoo!finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now

🔒 UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Oct 25, 2021 | 9.50 | 9.50 | 9.18 | 9.40 | 9.40 | 91,700 |
| Oct 22, 2021 | 9.54 | 9.73 | 9.40 | 9.50 | 9.50 | 74,800 |
| Oct 21, 2021 | 9.47 | 9.75 | 9.41 | 9.68 | 9.68 | 293,400 |
| Oct 20, 2021 | 9.53 | 9.55 | 9.45 | 9.51 | 9.51 | 40,900 |
| Oct 19, 2021 | 9.60 | 9.60 | 9.41 | 9.54 | 9.54 | 43,000 |
| Oct 18, 2021 | 9.82 | 9.82 | 9.56 | 9.58 | 9.58 | 91,800 |
| Oct 15, 2021 | 9.89 | 9.90 | 9.71 | 9.81 | 9.81 | 89,900 |
| Oct 14, 2021 | 9.79 | 10.00 | 9.59 | 9.77 | 9.77 | 81,100 |
| Oct 13, 2021 | 9.68 | 10.05 | 9.57 | 9.68 | 9.68 | 185,700 |
| Oct 12, 2021 | 9.47 | 9.65 | 9.40 | 9.63 | 9.63 | 63,500 |
| Oct 11, 2021 | 9.54 | 9.64 | 9.43 | 9.49 | 9.49 | 52,900 |
| Oct 8, 2021 | 9.56 | 9.57 | 9.34 | 9.54 | 9.54 | 52,300 |
| Oct 7, 2021 | 9.51 | 9.70 | 9.51 | 9.58 | 9.58 | 57,300 |
| Oct 6, 2021 | 9.37 | 9.66 | 9.26 | 9.42 | 9.42 | 258,400 |
| Oct 5, 2021 | 9.17 | 9.44 | 9.07 | 9.43 | 9.43 | 274,700 |
| Oct 4, 2021 | 9.20 | 9.36 | 9.09 | 9.14 | 9.14 | 95,700 |
| Oct 1, 2021 | 9.22 | 9.46 | 9.09 | 9.19 | 9.19 | 184,400 |
| Sep 30, 2021 | 9.06 | 9.93 | 8.69 | 9.22 | 9.22 | 202,500 |
| Sep 29, 2021 | 10.19 | 10.58 | 10.15 | 10.28 | 10.28 | 116,200 |
| Sep 28, 2021 | 10.29 | 10.37 | 10.15 | 10.20 | 10.20 | 44,500 |
| Sep 27, 2021 | 10.27 | 10.51 | 10.19 | 10.34 | 10.34 | 47,800 |
| Sep 24, 2021 | 10.59 | 10.62 | 10.16 | 10.22 | 10.22 | 64,300 |
| Sep 23, 2021 | 10.23 | 10.34 | 10.13 | 10.28 | 10.28 | 46,600 |
| Sep 22, 2021 | 10.27 | 10.43 | 10.14 | 10.19 | 10.19 | 48,700 |
| Sep 21, 2021 | 10.50 | 10.52 | 10.22 | 10.27 | 10.27 | 70,700 |
| Sep 20, 2021 | 10.05 | 10.42 | 10.05 | 10.39 | 10.39 | 107,900 |
| Sep 17, 2021 | 10.29 | 10.38 | 10.14 | 10.19 | 10.19 | 494,500 |
| Sep 16, 2021 | 10.20 | 10.33 | 10.04 | 10.24 | 10.24 | 53,000 |
| Sep 15, 2021 | 10.24 | 10.30 | 10.05 | 10.18 | 10.18 | 135,400 |
| Sep 14, 2021 | 10.46 | 10.46 | 10.13 | 10.21 | 10.21 | 117,800 |
| Sep 13, 2021 | 10.68 | 10.72 | 10.45 | 10.47 | 10.47 | 72,500 |
| Sep 10, 2021 | 10.45 | 10.68 | 10.36 | 10.60 | 10.60 | 57,200 |
| Sep 9, 2021 | 10.55 | 10.57 | 10.39 | 10.45 | 10.45 | 66,900 |
| Sep 8, 2021 | 10.40 | 10.58 | 10.31 | 10.58 | 10.58 | 78,100 |
| Sep 7, 2021 | 10.50 | 10.62 | 10.42 | 10.44 | 10.44 | 45,100 |
| Sep 3, 2021 | 10.51 | 10.65 | 10.46 | 10.55 | 10.55 | 24,700 |
| Sep 2, 2021 | 10.50 | 10.61 | 10.35 | 10.55 | 10.55 | 135,500 |
| Sep 1, 2021 | 10.83 | 10.83 | 10.34 | 10.48 | 10.48 | 149,900 |
| Aug 31, 2021 | 10.76 | 10.87 | 10.70 | 10.83 | 10.83 | 77,600 |
| Aug 30, 2021 | 10.83 | 10.96 | 10.79 | 10.81 | 10.81 | 39,000 |
| Aug 27, 2021 | 10.65 | 10.91 | 10.65 | 10.87 | 10.87 | 162,900 |
| Aug 26, 2021 | 10.71 | 10.82 | 10.56 | 10.62 | 10.62 | 157,000 |

🔍 Quote Lookup ⚙️

Bloom Energy Cor...    +1.82 (+7.49%)
**TBBB**    25.95
BBB Foods Inc.    +1.75 (+7.23%)
**ACVA**    15.47
ACV Auctions Inc.    +0.86 (+5.89%)
**IMVT**    20.00
Immunovant, Inc.    +1.12 (+5.93%)

**TOP LOSERS**

**FG**    36.81
F&G Annuities & ...    -5.93 (-13.87%)
**YY**    41.40
JOYY Inc.    -5.48 (-11.69%)
**KC**    16.39
Kingsoft Cloud Ho...    -2.05 (-11.11%)
**RGTI**    8.79
Rigetti Computing, ...    -1.11 (-11.26%)
**ZK**    25.73
ZEEKR Intelligent ...    -2.51 (-8.89%)

**MOST ACTIVE**

**NVDA**    118.92
NVIDIA Corporation    +1.40 (+1.19%)
**PLTR**    87.25
Palantir Technolog...    +1.15 (+1.34%)
**TSLA**    234.26
Tesla, Inc.    -1.60 (-0.68%)
**LCID**    2.3150
Lucid Group, Inc.    -0.1250 (-5.12%)
**F**    10.02
Ford Motor Compa...    -0.15 (-1.43%)

**TRENDING TICKERS**

**NIO**    4.7244
NIO Inc.    -0.4456 (-8.62%)
**IBM**    241.93
International Busi...    -10.36 (-4.11%)
**ACN**    299.52
Accenture plc    -24.95 (-7.69%)
**WINT**    2.2160
Windtree Ther...    +0.5260 (+31.05%)
**CVNA**    184.92
Carvana Co.    +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ˅

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220    N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08    N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5    N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72    N: -

‹ ›

Terms and Privacy Policy
Your Privacy Choices ☑️❌

Document title: Lifecore Biomedical, Inc. (LFCR) Stock Historical Prices &amp; Data - Yahoo Finance
Capture URL: https://finance.yahoo.com/quote/LFCR/history/?period1=1600905600&amp;period2=1712016000&amp;guccounter=1
Capture timestamp (UTC): Thu, 20 Mar 2025 18:17:12 GMT

**yahoo!**finance

My Portfolio | News | Markets | Research | Personal Finance | Videos | Streaming Now

🔒 UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Aug 25, 2021 | 10.82 | 10.87 | 10.69 | 10.74 | 10.74 | 62,900 |
| Aug 24, 2021 | 10.77 | 10.88 | 10.74 | 10.84 | 10.84 | 35,900 |
| Aug 23, 2021 | 10.87 | 11.01 | 10.67 | 10.79 | 10.79 | 46,600 |
| Aug 20, 2021 | 10.52 | 10.91 | 10.52 | 10.88 | 10.88 | 46,600 |
| Aug 19, 2021 | 10.63 | 10.70 | 10.48 | 10.57 | 10.57 | 141,000 |
| Aug 18, 2021 | 10.86 | 10.86 | 10.66 | 10.69 | 10.69 | 91,000 |
| Aug 17, 2021 | 10.85 | 10.93 | 10.74 | 10.82 | 10.82 | 107,800 |
| Aug 16, 2021 | 10.69 | 10.99 | 10.58 | 10.86 | 10.86 | 54,300 |
| Aug 13, 2021 | 10.83 | 10.83 | 10.70 | 10.72 | 10.72 | 47,600 |
| Aug 12, 2021 | 11.15 | 11.15 | 10.80 | 10.84 | 10.84 | 69,400 |
| Aug 11, 2021 | 11.04 | 11.51 | 11.03 | 11.17 | 11.17 | 92,400 |
| Aug 10, 2021 | 11.00 | 11.04 | 10.84 | 10.99 | 10.99 | 35,400 |
| Aug 9, 2021 | 10.96 | 11.08 | 10.80 | 10.99 | 10.99 | 73,700 |
| Aug 6, 2021 | 10.62 | 10.89 | 10.58 | 10.76 | 10.76 | 92,400 |
| Aug 5, 2021 | 10.58 | 10.63 | 10.49 | 10.58 | 10.58 | 93,900 |
| Aug 4, 2021 | 10.69 | 10.75 | 10.44 | 10.52 | 10.52 | 209,300 |
| Aug 3, 2021 | 10.59 | 10.88 | 10.56 | 10.80 | 10.80 | 225,100 |
| Aug 2, 2021 | 10.88 | 11.04 | 10.55 | 10.64 | 10.64 | 134,400 |
| Jul 30, 2021 | 11.38 | 11.53 | 10.93 | 10.94 | 10.94 | 77,700 |
| Jul 29, 2021 | 12.40 | 12.64 | 11.11 | 11.31 | 11.31 | 433,000 |
| Jul 28, 2021 | 12.25 | 12.53 | 12.00 | 12.44 | 12.44 | 566,100 |
| Jul 27, 2021 | 11.75 | 12.58 | 11.75 | 12.14 | 12.14 | 234,000 |
| Jul 26, 2021 | 11.88 | 12.11 | 11.70 | 11.89 | 11.89 | 119,200 |
| Jul 23, 2021 | 11.33 | 11.86 | 11.24 | 11.82 | 11.82 | 76,500 |
| Jul 22, 2021 | 12.09 | 12.26 | 11.34 | 11.36 | 11.36 | 103,800 |
| Jul 21, 2021 | 12.25 | 12.62 | 11.89 | 12.11 | 12.11 | 434,500 |
| Jul 20, 2021 | 12.00 | 12.34 | 11.91 | 12.17 | 12.17 | 131,100 |
| Jul 19, 2021 | 11.50 | 12.05 | 11.30 | 11.96 | 11.96 | 197,400 |
| Jul 16, 2021 | 11.63 | 11.69 | 11.45 | 11.59 | 11.59 | 116,100 |
| Jul 15, 2021 | 11.25 | 11.58 | 11.12 | 11.51 | 11.51 | 146,000 |
| Jul 14, 2021 | 11.36 | 11.36 | 11.19 | 11.27 | 11.27 | 96,900 |
| Jul 13, 2021 | 11.20 | 11.37 | 11.16 | 11.32 | 11.32 | 145,000 |
| Jul 12, 2021 | 11.39 | 11.43 | 11.16 | 11.25 | 11.25 | 61,200 |
| Jul 9, 2021 | 11.35 | 11.47 | 11.30 | 11.44 | 11.44 | 79,900 |
| Jul 8, 2021 | 11.18 | 11.36 | 11.16 | 11.31 | 11.31 | 104,300 |
| Jul 7, 2021 | 11.17 | 11.31 | 11.15 | 11.25 | 11.25 | 113,600 |
| Jul 6, 2021 | 11.21 | 11.21 | 10.96 | 11.15 | 11.15 | 124,900 |
| Jul 2, 2021 | 11.27 | 11.29 | 11.11 | 11.22 | 11.22 | 72,400 |
| Jul 1, 2021 | 11.27 | 11.41 | 11.06 | 11.24 | 11.24 | 84,400 |
| Jun 30, 2021 | 10.87 | 11.28 | 10.87 | 11.25 | 11.25 | 136,500 |
| Jun 29, 2021 | 10.82 | 11.03 | 10.75 | 10.95 | 10.95 | 88,000 |
| Jun 28, 2021 | 11.13 | 11.13 | 10.72 | 10.80 | 10.80 | 116,000 |

🔍 Quote Lookup ⚙️

Bloom Energy Cor... +1.82 (+7.49%)
**TBBB** 25.95
BBB Foods Inc. +1.75 (+7.23%)
**ACV** 15.47
ACV Auctions Inc. +0.86 (+5.89%)
**IMVT** 20.00
Immunovant, Inc. +1.12 (+5.93%)

**TOP LOSERS**
**FG** 36.81
F&G Annuities & ... -5.93 (-13.87%)
**YY** 41.40
JOYY Inc. -5.48 (-11.69%)
**KC** 16.39
Kingsoft Cloud Ho... -2.05 (-11.11%)
**RGTI** 8.78
Rigetti Computing,... -1.12 (-11.35%)
**ZK** 25.80
ZEEKR Intelligent ... -2.44 (-8.64%)

**MOST ACTIVE**
**NVDA** 118.91
NVIDIA Corporation +1.39 (+1.18%)
**PLTR** 87.26
Palantir Technolog... +1.16 (+1.35%)
**TSLA** 234.31
Tesla, Inc. -1.55 (-0.66%)
**LCID** 2.3150
Lucid Group, Inc. -0.1250 (-5.12%)
**F** 10.03
Ford Motor Compa... -0.14 (-1.38%)

**TRENDING TICKERS**
**NIO** 4.7244
NIO Inc. -0.4456 (-8.62%)
**IBM** 241.93
International Busi... -10.36 (-4.11%)
**ACN** 299.52
Accenture plc -24.95 (-7.69%)
**WINT** 2.2160
Windtree Ther... +0.5260 (+31.05%)
**CVNA** 184.92
Carvana Co. +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**
United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220    N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08    N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5    N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72    N: -

‹  ›

Terms and Privacy Policy

yahoo!finance   🔍 Doc. 51 8   Filed 03/25/25   Page 19 of 23   ✉ Mail   Sign in

My Portfolio   News   Markets   Research   Personal Finance   Videos   Streaming Now   🔒 UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

- Summary
- News
- Research 🔒
- Chart
- Community
- Statistics
- Historical Data
- Profile
- Financials
- Analysis
- Options
- Holders
- Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| Jun 25, 2021 | 11.20 | 11.45 | 10.87 | 11.10 | 11.10 | 314,200 |
| Jun 24, 2021 | 11.00 | 11.30 | 10.90 | 11.25 | 11.25 | 66,300 |
| Jun 23, 2021 | 10.94 | 11.19 | 10.93 | 10.98 | 10.98 | 141,500 |
| Jun 22, 2021 | 11.20 | 11.51 | 10.71 | 10.94 | 10.94 | 237,700 |
| Jun 21, 2021 | 11.48 | 11.60 | 11.28 | 11.29 | 11.29 | 242,300 |
| Jun 18, 2021 | 11.48 | 11.64 | 11.33 | 11.47 | 11.47 | 298,800 |
| Jun 17, 2021 | 11.56 | 11.70 | 11.33 | 11.53 | 11.53 | 187,900 |
| Jun 16, 2021 | 11.54 | 11.61 | 11.30 | 11.51 | 11.51 | 275,000 |
| Jun 15, 2021 | 11.72 | 11.85 | 11.44 | 11.54 | 11.54 | 81,700 |
| Jun 14, 2021 | 12.15 | 12.15 | 11.67 | 11.71 | 11.71 | 60,000 |
| Jun 11, 2021 | 12.26 | 12.26 | 11.95 | 12.06 | 12.06 | 101,000 |
| Jun 10, 2021 | 12.29 | 12.31 | 12.06 | 12.08 | 12.08 | 33,100 |
| Jun 9, 2021 | 12.70 | 12.70 | 12.24 | 12.29 | 12.29 | 45,600 |
| Jun 8, 2021 | 12.77 | 12.88 | 12.66 | 12.71 | 12.71 | 154,700 |
| Jun 7, 2021 | 12.74 | 12.84 | 12.48 | 12.78 | 12.78 | 83,200 |
| Jun 4, 2021 | 12.41 | 12.85 | 12.29 | 12.75 | 12.75 | 170,600 |
| Jun 3, 2021 | 12.32 | 12.47 | 12.20 | 12.31 | 12.31 | 116,800 |
| Jun 2, 2021 | 12.44 | 12.46 | 11.93 | 12.44 | 12.44 | 128,700 |
| Jun 1, 2021 | 11.98 | 11.99 | 11.56 | 11.64 | 11.64 | 89,100 |
| May 28, 2021 | 11.44 | 12.01 | 11.41 | 11.97 | 11.97 | 148,500 |
| May 27, 2021 | 11.80 | 11.88 | 11.35 | 11.37 | 11.37 | 399,400 |
| May 26, 2021 | 11.52 | 11.77 | 11.33 | 11.73 | 11.73 | 94,000 |
| May 25, 2021 | 11.86 | 11.86 | 11.52 | 11.54 | 11.54 | 118,700 |
| May 24, 2021 | 12.18 | 12.18 | 11.90 | 11.91 | 11.91 | 82,600 |
| May 21, 2021 | 12.10 | 12.33 | 12.03 | 12.22 | 12.22 | 64,100 |
| May 20, 2021 | 12.10 | 12.25 | 11.96 | 12.17 | 12.17 | 74,200 |
| May 19, 2021 | 12.14 | 12.15 | 11.83 | 12.07 | 12.07 | 82,700 |
| May 18, 2021 | 12.34 | 12.41 | 12.04 | 12.09 | 12.09 | 84,200 |
| May 17, 2021 | 12.21 | 12.49 | 12.08 | 12.39 | 12.39 | 82,800 |
| May 14, 2021 | 11.89 | 12.20 | 11.65 | 12.17 | 12.17 | 93,100 |
| May 13, 2021 | 11.67 | 11.86 | 11.44 | 11.76 | 11.76 | 59,100 |
| May 12, 2021 | 11.64 | 11.82 | 11.54 | 11.66 | 11.66 | 59,700 |
| May 11, 2021 | 11.90 | 12.06 | 11.59 | 11.65 | 11.65 | 63,300 |
| May 10, 2021 | 12.56 | 12.56 | 12.00 | 12.02 | 12.02 | 84,000 |
| May 7, 2021 | 12.37 | 12.56 | 12.12 | 12.52 | 12.52 | 123,200 |
| May 6, 2021 | 12.02 | 12.41 | 11.83 | 12.41 | 12.41 | 182,200 |
| May 5, 2021 | 11.53 | 12.03 | 11.49 | 11.95 | 11.95 | 120,400 |
| May 4, 2021 | 11.65 | 11.66 | 11.50 | 11.55 | 11.55 | 74,100 |
| May 3, 2021 | 11.44 | 11.72 | 11.35 | 11.69 | 11.69 | 77,000 |
| Apr 30, 2021 | 11.36 | 11.42 | 11.18 | 11.32 | 11.32 | 121,200 |
| Apr 29, 2021 | 11.38 | 11.48 | 11.25 | 11.47 | 11.47 | 79,300 |
| Apr 28, 2021 | 11.39 | 11.39 | 11.24 | 11.35 | 11.35 | 70,500 |

🔍 Quote Lookup   ⚙

Bloom Energy Cor...   +1.82 (+7.49%)
**TBBB**   25.95
BBB Foods Inc.   +1.75 (+7.23%)
**ACV**   15.47
ACV Auctions Inc.   +0.86 (+5.89%)
**IMVT**   20.00
Immunovant, Inc.   +1.12 (+5.93%)

**TOP LOSERS**
**FG**   36.81
F&G Annuities & ...   -5.93 (-13.87%)
**YY**   41.40
JOYY Inc.   -5.48 (-11.69%)
**KC**   16.39
Kingsoft Cloud Ho...   -2.05 (-11.11%)
**RGTI**   8.78
Rigetti Computing,...   -1.12 (-11.35%)
**ZK**   25.80
ZEEKR Intelligent ...   -2.44 (-8.64%)

**MOST ACTIVE**
**NVDA**   118.91
NVIDIA Corporation   +1.39 (+1.18%)
**PLTR**   87.26
Palantir Technolog...   +1.16 (+1.35%)
**TSLA**   234.32
Tesla, Inc.   -1.54 (-0.65%)
**LCID**   2.3150
Lucid Group, Inc.   -0.1250 (-5.12%)
**F**   10.03
Ford Motor Company   -0.14 (-1.41%)

**TRENDING TICKERS**
**NIO**   4.7244
NIO Inc.   -0.4456 (-8.62%)
**IBM**   241.93
International Busi...   -10.36 (-4.11%)
**ACN**   299.52
Accenture plc   -24.95 (-7.69%)
**WINT**   2.2200
Windtree The...   +0.5300 (+31.36%)
**CVNA**   184.92
Carvana Co.   +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**
United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220   N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08   N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5   N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72   N: -

‹   ›

Terms and Privacy Policy
Your Privacy Choices

yahoo!finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
Historical Data
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Apr 27, 2021 | 11.28 | 11.41 | 11.24 | 11.40 | 11.40 | 118,400 |
| Apr 26, 2021 | 11.73 | 11.73 | 11.17 | 11.27 | 11.27 | 92,100 |
| Apr 23, 2021 | 11.67 | 11.75 | 11.35 | 11.65 | 11.65 | 106,600 |
| Apr 22, 2021 | 11.26 | 11.37 | 11.20 | 11.31 | 11.31 | 113,800 |
| Apr 21, 2021 | 10.95 | 11.19 | 10.95 | 11.17 | 11.17 | 76,500 |
| Apr 20, 2021 | 11.26 | 11.61 | 10.74 | 10.90 | 10.90 | 115,900 |
| Apr 19, 2021 | 11.24 | 11.42 | 10.90 | 10.97 | 10.97 | 127,500 |
| Apr 16, 2021 | 11.65 | 11.74 | 11.03 | 11.20 | 11.20 | 169,500 |
| Apr 15, 2021 | 10.86 | 11.35 | 10.75 | 11.30 | 11.30 | 285,200 |
| Apr 14, 2021 | 10.45 | 10.75 | 10.45 | 10.55 | 10.55 | 88,500 |
| Apr 13, 2021 | 10.10 | 10.46 | 10.04 | 10.40 | 10.40 | 144,700 |
| Apr 12, 2021 | 9.88 | 10.15 | 9.79 | 10.06 | 10.06 | 417,400 |
| Apr 9, 2021 | 10.00 | 10.06 | 9.48 | 9.91 | 9.91 | 400,700 |
| Apr 8, 2021 | 9.38 | 10.18 | 9.27 | 10.02 | 10.02 | 755,700 |
| Apr 7, 2021 | 11.24 | 11.24 | 10.88 | 10.95 | 10.95 | 133,100 |
| Apr 6, 2021 | 11.06 | 11.32 | 11.05 | 11.18 | 11.18 | 114,300 |
| Apr 5, 2021 | 10.76 | 11.11 | 10.66 | 10.99 | 10.99 | 215,300 |
| Apr 1, 2021 | 10.65 | 10.87 | 10.58 | 10.63 | 10.63 | 150,200 |
| Mar 31, 2021 | 10.59 | 10.78 | 10.53 | 10.60 | 10.60 | 159,500 |
| Mar 30, 2021 | 10.51 | 10.60 | 10.32 | 10.55 | 10.55 | 166,600 |
| Mar 29, 2021 | 10.80 | 11.01 | 10.51 | 10.52 | 10.52 | 70,300 |
| Mar 26, 2021 | 10.82 | 10.95 | 10.61 | 10.82 | 10.82 | 110,200 |
| Mar 25, 2021 | 10.45 | 10.73 | 10.23 | 10.70 | 10.70 | 479,500 |
| Mar 24, 2021 | 10.87 | 10.87 | 10.34 | 10.44 | 10.44 | 78,500 |
| Mar 23, 2021 | 11.15 | 11.15 | 10.71 | 10.75 | 10.75 | 60,600 |
| Mar 22, 2021 | 11.55 | 11.55 | 11.05 | 11.16 | 11.16 | 55,900 |
| Mar 19, 2021 | 11.36 | 11.47 | 11.22 | 11.41 | 11.41 | 233,300 |
| Mar 18, 2021 | 11.63 | 11.78 | 11.30 | 11.36 | 11.36 | 47,400 |
| Mar 17, 2021 | 11.58 | 11.80 | 11.47 | 11.63 | 11.63 | 52,900 |
| Mar 16, 2021 | 11.85 | 11.86 | 11.45 | 11.67 | 11.67 | 54,800 |
| Mar 15, 2021 | 12.06 | 12.06 | 11.73 | 11.83 | 11.83 | 57,900 |
| Mar 12, 2021 | 12.17 | 12.22 | 11.95 | 12.09 | 12.09 | 47,700 |
| Mar 11, 2021 | 12.05 | 12.22 | 11.83 | 12.22 | 12.22 | 84,100 |
| Mar 10, 2021 | 11.88 | 12.09 | 11.54 | 11.95 | 11.95 | 64,500 |
| Mar 9, 2021 | 11.33 | 11.90 | 11.32 | 11.86 | 11.86 | 78,600 |
| Mar 8, 2021 | 11.20 | 11.32 | 10.88 | 11.16 | 11.16 | 93,000 |
| Mar 5, 2021 | 11.21 | 11.21 | 10.93 | 11.12 | 11.12 | 95,700 |
| Mar 4, 2021 | 11.37 | 11.48 | 10.99 | 11.07 | 11.07 | 64,900 |
| Mar 3, 2021 | 11.24 | 11.47 | 10.91 | 11.35 | 11.35 | 50,300 |
| Mar 2, 2021 | 11.21 | 11.43 | 11.16 | 11.21 | 11.21 | 51,100 |
| Mar 1, 2021 | 11.30 | 11.41 | 11.19 | 11.23 | 11.23 | 58,800 |
| Feb 26, 2021 | 11.64 | 11.72 | 11.15 | 11.15 | 11.15 | 83,300 |

🔍 Quote Lookup    ⚙️

Bloom Energy Cor...    +1.82 (+7.49%)
**TBBB**    25.95
BBB Foods Inc.    +1.75 (+7.23%)
**ACV**    15.47
ACV Auctions Inc.    +0.86 (+5.89%)
**IMVT**    20.00
Immunovant, Inc.    +1.12 (+5.93%)

**TOP LOSERS**
**FG**    36.81
F&G Annuities & ...    -5.93 (-13.87%)
**YY**    41.40
JOYY Inc.    -5.48 (-11.69%)
**KC**    16.39
Kingsoft Cloud Ho...    -2.05 (-11.11%)
**RGTI**    8.78
Rigetti Computing,...    -1.12 (-11.35%)
**ZK**    25.80
ZEEKR Intelligent ...    -2.44 (-8.64%)

**MOST ACTIVE**
**NVDA**    118.91
NVIDIA Corporation    +1.39 (+1.18%)
**PLTR**    87.26
Palantir Technolog...    +1.16 (+1.35%)
**TSLA**    234.32
Tesla, Inc.    -1.54 (-0.65%)
**LCID**    2.3150
Lucid Group, Inc.    -0.1250 (-5.12%)
**F**    10.03
Ford Motor Company    -0.14 (-1.41%)

**TRENDING TICKERS**
**NIO**    4.7244
NIO Inc.    -0.4456 (-8.62%)
**IBM**    241.93
International Busi...    -10.36 (-4.11%)
**ACN**    299.52
Accenture plc    -24.95 (-7.69%)
**WINT**    2.2199
Windtree Ther...    +0.5299 (+31.35%)
**CVNA**    184.92
Carvana Co.    +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**
United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220    N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08    N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5    N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72    N: -

‹    ›

Terms and Privacy Policy

yahoo!finance

My Portfolio | News | Markets | Research | Personal Finance | Videos | Streaming Now

UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
**Historical Data**
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Feb 25, 2021 | 11.67 | 11.86 | 11.57 | 11.64 | 11.64 | 110,500 |
| Feb 24, 2021 | 11.29 | 11.78 | 11.10 | 11.75 | 11.75 | 128,200 |
| Feb 23, 2021 | 11.56 | 11.56 | 10.99 | 11.25 | 11.25 | 87,500 |
| Feb 22, 2021 | 11.37 | 11.63 | 11.27 | 11.56 | 11.56 | 50,100 |
| Feb 19, 2021 | 11.46 | 11.60 | 11.28 | 11.36 | 11.36 | 70,400 |
| Feb 18, 2021 | 11.74 | 11.74 | 11.36 | 11.44 | 11.44 | 96,100 |
| Feb 17, 2021 | 11.99 | 12.07 | 11.64 | 11.74 | 11.74 | 70,400 |
| Feb 16, 2021 | 12.07 | 12.19 | 11.82 | 12.05 | 12.05 | 185,800 |
| Feb 12, 2021 | 11.77 | 12.08 | 11.74 | 11.97 | 11.97 | 105,900 |
| Feb 11, 2021 | 11.95 | 12.10 | 11.75 | 12.02 | 12.02 | 100,700 |
| Feb 10, 2021 | 12.11 | 12.19 | 11.53 | 11.93 | 11.93 | 117,400 |
| Feb 9, 2021 | 11.43 | 12.19 | 11.35 | 12.01 | 12.01 | 188,200 |
| Feb 8, 2021 | 10.94 | 11.13 | 10.91 | 11.11 | 11.11 | 76,700 |
| Feb 5, 2021 | 11.21 | 11.21 | 10.81 | 10.95 | 10.95 | 56,300 |
| Feb 4, 2021 | 11.00 | 11.15 | 10.83 | 11.13 | 11.13 | 50,100 |
| Feb 3, 2021 | 10.79 | 11.03 | 10.79 | 11.01 | 11.01 | 87,900 |
| Feb 2, 2021 | 10.56 | 11.00 | 10.48 | 10.86 | 10.86 | 113,900 |
| Feb 1, 2021 | 10.64 | 10.85 | 10.50 | 10.52 | 10.52 | 49,600 |
| Jan 29, 2021 | 10.64 | 10.72 | 10.55 | 10.66 | 10.66 | 79,000 |
| Jan 28, 2021 | 10.86 | 10.88 | 10.44 | 10.68 | 10.68 | 113,400 |
| Jan 27, 2021 | 10.78 | 10.94 | 10.55 | 10.77 | 10.77 | 110,600 |
| Jan 26, 2021 | 11.45 | 11.59 | 10.77 | 10.97 | 10.97 | 154,400 |
| Jan 25, 2021 | 11.27 | 11.56 | 11.15 | 11.35 | 11.35 | 135,900 |
| Jan 22, 2021 | 11.62 | 11.79 | 11.23 | 11.32 | 11.32 | 121,100 |
| Jan 21, 2021 | 11.86 | 11.92 | 11.61 | 11.69 | 11.69 | 281,800 |
| Jan 20, 2021 | 12.03 | 12.24 | 11.60 | 11.79 | 11.79 | 263,000 |
| Jan 19, 2021 | 10.85 | 11.20 | 10.70 | 11.18 | 11.18 | 264,600 |
| Jan 15, 2021 | 10.98 | 11.04 | 10.70 | 10.83 | 10.83 | 84,600 |
| Jan 14, 2021 | 10.92 | 11.20 | 10.86 | 11.02 | 11.02 | 141,200 |
| Jan 13, 2021 | 10.54 | 10.96 | 10.39 | 10.83 | 10.83 | 198,800 |
| Jan 12, 2021 | 10.94 | 10.94 | 10.41 | 10.55 | 10.55 | 97,400 |
| Jan 11, 2021 | 10.61 | 10.94 | 10.61 | 10.94 | 10.94 | 86,000 |
| Jan 8, 2021 | 10.88 | 11.00 | 10.60 | 10.74 | 10.74 | 118,600 |
| Jan 7, 2021 | 11.23 | 11.23 | 10.24 | 10.80 | 10.80 | 254,100 |
| Jan 6, 2021 | 11.20 | 11.66 | 11.04 | 11.27 | 11.27 | 221,600 |
| Jan 5, 2021 | 11.09 | 11.41 | 11.03 | 11.04 | 11.04 | 226,400 |
| Jan 4, 2021 | 10.89 | 11.18 | 10.81 | 11.09 | 11.09 | 90,800 |
| Dec 31, 2020 | 10.61 | 10.91 | 10.58 | 10.85 | 10.85 | 150,500 |
| Dec 30, 2020 | 10.54 | 10.72 | 10.41 | 10.60 | 10.60 | 151,600 |
| Dec 29, 2020 | 10.63 | 10.72 | 10.45 | 10.47 | 10.47 | 67,900 |
| Dec 28, 2020 | 10.16 | 10.63 | 10.16 | 10.58 | 10.58 | 137,300 |
| Dec 24, 2020 | 10.22 | 10.40 | 10.05 | 10.13 | 10.13 | 45,200 |

Quote Lookup

Bloom Energy Cor... +1.82 (+7.49%)
**TBBB** 25.95
BBB Foods Inc. +1.75 (+7.23%)
**ACV** 15.47
ACV Auctions Inc. +0.86 (+5.89%)
**IMVT** 20.00
Immunovant, Inc. +1.12 (+5.93%)

**TOP LOSERS**

**FG** 36.81
F&G Annuities & ... -5.93 (-13.87%)
**YY** 41.40
JOYY Inc. -5.48 (-11.69%)
**KC** 16.39
Kingsoft Cloud Ho... -2.05 (-11.11%)
**RGTI** 8.79
Rigetti Computing,... -1.12 (-11.27%)
**ZK** 25.80
ZEEKR Intelligent ... -2.44 (-8.64%)

**MOST ACTIVE**

**NVDA** 118.90
NVIDIA Corporation +1.38 (+1.18%)
**PLTR** 87.25
Palantir Technolog... +1.15 (+1.34%)
**TSLA** 234.29
Tesla, Inc. -1.57 (-0.67%)
**LCID** 2.3150
Lucid Group, Inc. -0.1250 (-5.12%)
**F** 10.03
Ford Motor Compa... -0.14 (-1.39%)

**TRENDING TICKERS**

**NIO** 4.7200
NIO Inc. -0.4500 (-8.70%)
**IBM** 241.93
International Busi... -10.36 (-4.11%)
**ACN** 299.52
Accenture plc -24.95 (-7.69%)
**WINT** 2.2199
Windtree Ther... +0.5299 (+31.35%)
**CVNA** 184.92
Carvana Co. +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**

United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220      N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08      N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5      N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72      N: -

‹  ›

Terms and Privacy Policy

yahoo!finance

My Portfolio    News    Markets    Research    Personal Finance    Videos    Streaming Now

UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...

6.72 +0.98%

Summary
News
Research 🔒
Chart
Community
Statistics
**Historical Data**
Profile
Financials
Analysis
Options
Holders
Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Dec 23, 2020 | 10.24 | 10.39 | 10.21 | 10.25 | 10.25 | 99,300 |
| Dec 22, 2020 | 10.53 | 10.92 | 10.20 | 10.23 | 10.23 | 165,800 |
| Dec 21, 2020 | 10.73 | 10.93 | 10.45 | 10.51 | 10.51 | 228,300 |
| Dec 18, 2020 | 11.11 | 11.11 | 10.90 | 10.94 | 10.94 | 563,000 |
| Dec 17, 2020 | 11.02 | 11.27 | 10.92 | 11.03 | 11.03 | 258,900 |
| Dec 16, 2020 | 11.41 | 11.41 | 10.92 | 10.99 | 10.99 | 108,700 |
| Dec 15, 2020 | 11.74 | 11.74 | 11.30 | 11.34 | 11.34 | 70,200 |
| Dec 14, 2020 | 11.71 | 11.89 | 11.63 | 11.64 | 11.64 | 72,500 |
| Dec 11, 2020 | 11.71 | 11.81 | 11.41 | 11.77 | 11.77 | 218,100 |
| Dec 10, 2020 | 11.70 | 11.82 | 11.41 | 11.76 | 11.76 | 69,700 |
| Dec 9, 2020 | 11.31 | 11.72 | 11.18 | 11.70 | 11.70 | 94,800 |
| Dec 8, 2020 | 10.95 | 11.27 | 10.95 | 11.22 | 11.22 | 54,300 |
| Dec 7, 2020 | 11.14 | 11.15 | 10.97 | 11.04 | 11.04 | 88,700 |
| Dec 4, 2020 | 11.03 | 11.17 | 10.81 | 11.10 | 11.10 | 145,300 |
| Dec 3, 2020 | 10.78 | 11.10 | 10.69 | 10.94 | 10.94 | 93,400 |
| Dec 2, 2020 | 10.50 | 10.84 | 10.31 | 10.75 | 10.75 | 92,400 |
| Dec 1, 2020 | 10.45 | 10.67 | 10.12 | 10.50 | 10.50 | 136,300 |
| Nov 30, 2020 | 10.30 | 10.45 | 9.99 | 10.35 | 10.35 | 170,600 |
| Nov 27, 2020 | 10.52 | 10.65 | 10.20 | 10.32 | 10.32 | 35,500 |
| Nov 25, 2020 | 10.35 | 10.73 | 10.27 | 10.56 | 10.56 | 190,600 |
| Nov 24, 2020 | 10.24 | 10.49 | 10.18 | 10.41 | 10.41 | 84,800 |
| Nov 23, 2020 | 10.21 | 10.27 | 10.10 | 10.21 | 10.21 | 80,600 |
| Nov 20, 2020 | 10.19 | 10.26 | 10.00 | 10.21 | 10.21 | 105,400 |
| Nov 19, 2020 | 10.12 | 10.33 | 9.95 | 10.30 | 10.30 | 81,200 |
| Nov 18, 2020 | 10.30 | 10.46 | 10.15 | 10.17 | 10.17 | 102,600 |
| Nov 17, 2020 | 10.21 | 10.34 | 10.06 | 10.25 | 10.25 | 71,200 |
| Nov 16, 2020 | 9.98 | 10.30 | 9.97 | 10.21 | 10.21 | 128,300 |
| Nov 13, 2020 | 9.76 | 9.94 | 9.62 | 9.85 | 9.85 | 73,700 |
| Nov 12, 2020 | 9.78 | 9.81 | 9.55 | 9.66 | 9.66 | 121,900 |
| Nov 11, 2020 | 9.72 | 9.88 | 9.51 | 9.73 | 9.73 | 280,400 |
| Nov 10, 2020 | 9.42 | 9.71 | 9.20 | 9.63 | 9.63 | 252,900 |
| Nov 9, 2020 | 9.89 | 10.14 | 9.27 | 9.30 | 9.30 | 183,000 |
| Nov 6, 2020 | 9.78 | 9.78 | 9.32 | 9.44 | 9.44 | 160,100 |
| Nov 5, 2020 | 9.75 | 9.88 | 9.65 | 9.71 | 9.71 | 77,400 |
| Nov 4, 2020 | 9.89 | 10.12 | 9.61 | 9.74 | 9.74 | 235,800 |
| Nov 3, 2020 | 9.81 | 10.01 | 9.69 | 9.97 | 9.97 | 64,500 |
| Nov 2, 2020 | 9.71 | 9.78 | 9.60 | 9.64 | 9.64 | 138,700 |
| Oct 30, 2020 | 9.69 | 9.69 | 9.53 | 9.61 | 9.61 | 113,500 |
| Oct 29, 2020 | 9.69 | 9.80 | 9.54 | 9.71 | 9.71 | 90,600 |
| Oct 28, 2020 | 9.96 | 10.20 | 9.56 | 9.76 | 9.76 | 109,000 |
| Oct 27, 2020 | 10.09 | 10.37 | 10.07 | 10.15 | 10.15 | 157,500 |

Quote Lookup

Bloom Energy Cor... +1.82 (+7.49%)
TBBB 25.95
BBB Foods Inc. +1.75 (+7.23%)
ACV 15.47
ACV Auctions Inc. +0.86 (+5.89%)
IMVT 20.00
Immunovant, Inc. +1.12 (+5.93%)

**TOP LOSERS**
FG 36.81
F&G Annuities & ... -5.93 (-13.87%)
YY 41.40
JOYY Inc. -5.48 (-11.69%)
KC 16.39
Kingsoft Cloud Ho... -2.05 (-11.11%)
RGTI 8.78
Rigetti Computing,... -1.12 (-11.30%)
ZK 25.80
ZEEKR Intelligent ... -2.44 (-8.64%)

**MOST ACTIVE**
NVDA 118.92
NVIDIA Corporation +1.40 (+1.19%)
PLTR 87.25
Palantir Technolog... +1.15 (+1.34%)
TSLA 234.29
Tesla, Inc. -1.57 (-0.67%)
LCID 2.3150
Lucid Group, Inc. -0.1250 (-5.12%)
F 10.03
Ford Motor Compa... -0.14 (-1.39%)

**TRENDING TICKERS**
NIO 4.7270
NIO Inc. -0.4430 (-8.58%)
IBM 241.93
International Busi... -10.36 (-4.11%)
ACN 299.52
Accenture plc -24.95 (-7.69%)
WINT 2.2199
Windtree Ther... +0.5299 (+31.35%)
CVNA 184.92
Carvana Co. +8.83 (+5.01%)

**TOP ECONOMIC EVENTS**
United States 🇺🇸

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220     N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08     N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5     N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72     N: -

## yahoo/finance

My Portfolio   News   Markets   Research   Personal Finance   Videos   Streaming Now

⬆ UPGRADE TO PREMIUM

**LFCR**
Lifecore Biomedi...



6.72 +0.98%

- Summary
- News
- Research 🔒
- Chart
- Community
- Statistics
- Historical Data
- Profile
- Financials
- Analysis
- Options
- Holders
- Sustainability

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Oct 26, 2020 | 10.20 | 10.20 | 9.95 | 10.15 | 10.15 | 88,900 |
| Oct 23, 2020 | 10.09 | 10.36 | 9.99 | 10.25 | 10.25 | 78,100 |
| Oct 22, 2020 | 9.97 | 10.12 | 9.97 | 10.00 | 10.00 | 102,400 |
| Oct 21, 2020 | 10.20 | 10.30 | 9.90 | 9.96 | 9.96 | 120,100 |
| Oct 20, 2020 | 10.17 | 10.33 | 10.00 | 10.21 | 10.21 | 215,800 |
| Oct 19, 2020 | 10.49 | 10.56 | 10.06 | 10.09 | 10.09 | 79,900 |
| Oct 16, 2020 | 10.46 | 10.73 | 10.30 | 10.43 | 10.43 | 340,900 |
| Oct 15, 2020 | 10.35 | 10.77 | 10.27 | 10.36 | 10.36 | 152,200 |
| Oct 14, 2020 | 10.36 | 10.48 | 10.17 | 10.42 | 10.42 | 335,900 |
| Oct 13, 2020 | 10.15 | 10.38 | 10.04 | 10.28 | 10.28 | 53,400 |
| Oct 12, 2020 | 10.12 | 10.34 | 10.03 | 10.24 | 10.24 | 69,800 |
| Oct 9, 2020 | 9.97 | 10.13 | 9.95 | 10.06 | 10.06 | 61,000 |
| Oct 8, 2020 | 10.10 | 10.15 | 9.70 | 9.88 | 9.88 | 495,700 |
| Oct 7, 2020 | 9.50 | 10.44 | 9.37 | 10.10 | 10.10 | 298,600 |
| Oct 6, 2020 | 10.14 | 10.69 | 10.00 | 10.52 | 10.52 | 295,800 |
| Oct 5, 2020 | 9.50 | 10.03 | 9.50 | 9.98 | 9.98 | 163,800 |
| Oct 2, 2020 | 9.55 | 9.60 | 9.33 | 9.43 | 9.43 | 131,400 |
| Oct 1, 2020 | 9.81 | 9.81 | 9.41 | 9.62 | 9.62 | 71,200 |
| Sep 30, 2020 | 9.67 | 9.91 | 9.61 | 9.72 | 9.72 | 62,500 |
| Sep 29, 2020 | 9.58 | 9.74 | 9.34 | 9.68 | 9.68 | 78,000 |
| Sep 28, 2020 | 9.42 | 9.75 | 9.38 | 9.64 | 9.64 | 116,500 |
| Sep 25, 2020 | 9.18 | 9.48 | 9.15 | 9.34 | 9.34 | 219,600 |
| Sep 24, 2020 | 9.42 | 9.43 | 9.14 | 9.18 | 9.18 | 183,800 |

🔍 Quote Lookup   ⚙

Bloom Energy Cor...   +1.82 (+7.49%)
TBBB   25.95
BBB Foods Inc.   +1.75 (+7.23%)
ACV   15.45
ACV Auctions Inc.   +0.84 (+5.74%)
IMVT   20.00
Immunovant, Inc.   +1.12 (+5.93%)

**TOP LOSERS**
FG   36.81
F&G Annuities & ...   -5.93 (-13.87%)
YY   41.40
JOYY Inc.   -5.48 (-11.69%)
KC   16.40
Kingsoft Cloud H...   -2.05 (-11.09%)
RGTI   8.78
Rigetti Computing,...   -1.12 (-11.34%)
ZK   25.81
ZEEKR Intelligent ...   -2.43 (-8.60%)

**MOST ACTIVE**
NVDA   118.93
NVIDIA Corporation   +1.41 (+1.20%)
PLTR   87.25
Palantir Technolog...   +1.15 (+1.34%)
TSLA   234.34
Tesla, Inc.   -1.52 (-0.64%)
LCID   2.3200
Lucid Group, Inc.   -0.1200 (-4.93%)
F   10.02
Ford Motor Company   -0.15 (-1.47%)

**TRENDING TICKERS**
NIO   4.7200
NIO Inc.   -0.4500 (-8.70%)
IBM   241.92
International Busi...   -10.37 (-4.11%)
ACN   299.52
Accenture plc   -24.95 (-7.69%)
WINT   2.2199
Windtree Ther...   +0.5299 (+31.35%)
CVNA   184.90
Carvana Co.   +8.81 (+5.00%)

**TOP ECONOMIC EVENTS**
United States 🇺🇸 ⌄

Initial Jobless Clm*
Mar 20, 2025, 8:30 AM EDT
P: 220   N: 223

Existing Home Sales
Mar 20, 2025, 10:00 AM EDT
P: 4.08   N: 4.26

Mortgage Market Index
Mar 26, 2025, 7:00 AM EDT
P: 252.5   N: -

MBA 30-Yr Mortgage Rate
Mar 26, 2025, 7:00 AM EDT
P: 6.72   N: -

‹  ›

Terms and Privacy Policy
Your Privacy Choices ✓✗
Ad Terms · Feedback