# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID CAREW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFECORE BIOMEDICAL, INC., ALBRT D. BOLLES, JAMES G. HALL, BRIAN MCLAUGHLIN, and JOHN MORBERG,<br><br>Defendants, | **Case No. 0:24-cv-03028 (LMP/JFD)**<br><br>**LR 7.1 CERTIFICATE OF COMPLIANCE REGARDING PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

The undersigned attorneys for Co-Lead Plaintiffs David Carew and Hugh Robert Holmes (collectively, "Plaintiffs") certifies Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint complies with the word count limitations set forth in Local Rule 7.1(f) and the type-size requirements of Local Rule 7.1(h). This Memorandum contains 8791 words of type, in 13-point font size. It was prepared using Microsoft Word for Office 365, and the word count function in this program was applied to include all text, including headings, footnotes, and quotations.

Dated: May 23, 2025

Respectfully submitted,

**CUNEO GILBERT & LaDUCA, LLP**

*/s/ Robert K. Shelquist*
Robert K. Shelquist (#21310X)
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416

1

(612) 254-7288
rshelquist@cuneolaw.com

*Liaison Counsel to Plaintiffs and the Proposed Class*

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
Dean Paul Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim (*pro hac vice*)
Ha Sung (Scott) Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
(212) 686-1060
philkim@rosenlegal.com
skim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl Malmstrom
111 W. Jackson St., Suite 1700
Chicago, IL 60604
(312) 984-0000
malmstrom@whafh.com

*Additional Counsel for Plaintiff Hugh Robert Holmes*

2