**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DAVID CAREW, Individually and on Behalf of All Others Similarly Situated, | Civil File No. 0:24-cv-03028 (LMP/JFD) |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION** |
| LIFECORE BIOMEDICAL, INC., ALBERT D. BOLLES, JAMES G. HALL, BRIAN MCLAUGHLIN, and JOHN MORBERG, | |
| Defendants. | |

This matter comes before the Court on the Parties' Joint Stipulation (the "Stipulation") (Dkt. No 58) to stay this matter pending mediation. The Court finds good cause for the requested relief, and IT IS HEREBY ORDERED as follows:

1.  This action is STAYED pending the proposed mediation.

2.  The mediation will take place by August 1, 2025.

3.  The Parties shall submit a joint status report within fifteen (15) days after the completion of the mediation, advising the Court as to the status of the mediation.

4.  If the mediation is unsuccessful, the Parties shall request that the stay be lifted. Defendants shall have thirty (30) days from the filing of the joint status report to submit a Reply in support of the Motion (Dkt. 48). A hearing on the Motion shall be scheduled on a date convenient for the Court that is after the deadline for filing the Reply. Alternatively, if the Parties reach a tentative settlement, they shall request a period of time within which the settlement documents can be finalized,

2

and Plaintiffs can move for preliminary approval of the settlement pursuant to

Federal Rule of Civil Procedure 23(e).

Dated: June 5, 2025

s/ John F. Docherty

JOHN F. DOCHERTY
United States Magistrate Judge