# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Carew,

      Plaintiff,

v.

Lifecore Biomedical, Inc., *et al.*,

      Defendant.

Case No. 24-cv-3028-LMP-EMB

**ORDER**

This case is before the Court on the parties' stipulated joint request to lift the stay of proceedings (Dkt. No. 62), which the Court construes as an unopposed motion.

**IT IS ORDERED** that the motion is granted and stay is lifted. Defendant's reply brief shall be filed no later than September 15, 2025. Judge Provinzino's courtroom deputy will reach out to the parties to schedule a hearing on the motion. Due to the pending Motion to Dismiss, the Court finds good cause to delay the entry of a pretrial scheduling order. The Court will schedule a pretrial conference, if needed, promptly after a decision is issued on the pending dispositive motion.

Date: August 15, 2025

*s/ Elsa M. Bullard*
ELSA M. BULLARD
United States Magistrate Judge