**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DAVID CAREW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFECORE BIOMEDICAL, INC., ALBERT D. BOLLES, JAMES G. HALL, BRIAN MCLAUGHLIN, and JOHN MORBERG,<br><br>Defendants. | Civil File No. 0:24-cv-03028 (LMP/EMB)<br><br><br>**LR 7.1 CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' REPLY BRIEF SUPPORTING THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT** |

The undersigned attorneys for Defendants Lifecore Biomedical, Inc. ("Lifecore"), Albert D. Bolles, James G. Hall, Brian McLaughlin, and John Morberg (collectively, "Defendants") certify this memorandum brief supporting Defendants' Reply in Support of Motion to Dismiss complies with the word count limitations set forth in Local Rule 7.1(f) and the type-size requirements of Local Rule 7.1(h). This memorandum contains 3,790 words of type, in 13-point font size. It was prepared using Microsoft Word for Office 365, and the word count function in this program was applied to include all text, including headings, footnotes, and quotations.

1

Dated:  September 15, 2025

<div style="margin-left:50%">

/s/ Michael Rowe
James K. Langdon (#0171931)
Michael Rowe (#0392598)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
   langdon.jim@dorsey.com
   rowe.michael@dorsey.com

Michele D. Johnson (pro hac vice)
Andrew R. Gray (pro hac vice)
Spencer L. Chatellier (pro hac vice)
Kehaulani R. Jai (pro hac vice)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone:  (714) 540-1235
   michele.johnson@lw.com
   andrew.gray@lw.com
   spencer.chatellier@lw.com
   kehaulani.jai@lw.com

Nicholas Siciliano (pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 777-7021
   nicholas.siciliano@lw.com

*Attorneys for Defendants Lifecore Biomedical, Inc., Albert D. Bolles, James G. Hall, Brian McLaughlin, and John Morberg*

</div>

2