# UNITED STATES DISTRICT COURT
## District of Minnesota

David Carew, Hugh Robert Holmes,

Plaintiffs,

v.

Lifecore Biomedical, Inc., Albert D. Bolles, James G. Hall, Brian McLaughlin, John Morberg,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-3028 LMP/EMB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 76) is GRANTED. The parties are directed to take the necessary steps to effectuate the terms of the settlement agreement (ECF No. 72-1) and the plan of allocation (ECF No. 80 ¶¶ 57–63).

2. Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (ECF No. 78) is GRANTED as follows:

   a. Class Counsel's request for an award of $1,249,987 from the Settlement Fund, plus interest earned at the same rate as the Fund, is approved.

   b. Class Counsel's request for litigation expenses of $103,468.42, plus interest earned at the same rate as the Settlement Fund, is approved.

   c. Service awards of $2,000 each are granted to Class Representatives David Carew and Hugh Robert Holmes.

3. This action is **DISMISSED WITH PREJUDICE**.

Date: 8/7/2026

KATE M. FOGARTY, CLERK